# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ATA AIRLINES, INC., § § § Plaintiff, § § v. § § FEDERAL EXPRESS CORPORATION, § § § Defendant. § | **EXHIBIT LIST** Civil Action No. 1:08-CV-0785-RLY-DML |

| PRESIDING JUDGE Hon. Debra McVicker Lynch | PLAINTIFF'S ATTORNEY Kenneth E. Broughton John David Hoover | DEFENDANT'S ATTORNEY Robert R. Ross George E. Purdy |
|---|---|---|
| TRIAL DATE(S) April, 2010 | COURT REPORTER | COURTROOM DEPUTY |

| PLTF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | 04/11/2007 – Contractor Team Arrangement Agreement among Federal Express Corporation, ATA Airlines, Inc., Atlas Air, Inc., Northwest Airlines, Inc., Omni Air International, Inc., Polar Air Cargo, Inc. and Air Transport International |
| | | | | | 09/27/2007 - Contractor Team Arrangement Agreement between Federal Express Corporation and ATA Airlines, Inc. |
| | | | | | FY08 International Airlift Services Contract from the Department of the Air Force |
| | | | | | FY08 Contract Team Arrangement and Contractor Agreement Federal Express Corporation and ATA Airlines, Inc. |
| | | | | | 12/19/2006 - Aircraft Purchase Agreement between Northwest Airlines, Inc. and ATA Airlines, Inc. |
| | | | | | 11/22/2006 – Lease Proposal from Vx Capital Partners |
| | | | | | 09/18/2006 – Contractor Team Arrangement Agreement between Federal Express Corporation and ATA Airlines, Inc |
| | | | | | 09/07/2006 - FedEx Letter Agreement re: distribution between Omni Air and ATA Airlines |
| | | | | | 01/22/2008 – Termination letter from FedEx to ATA |
| | | | | | 12/19/2006 - Aircraft Purchase Agreement |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | between NWA and ATA |
|  |  |  |  |  |  | 07/22/2008 - US Air Force Fact Sheet – CRAF |
|  |  |  |  |  |  | COINS Reports |
|  |  |  |  |  |  | ATA's voluntary chapter 11 petition |
|  |  |  |  |  |  | 02/16/2007 – Letter from Gary Molinari to Bill Wernecke re: FedEx offer to Northwest Airlines for FY08 AMC Long Range Contract Teaming Agreement (FEX FY08 118) |
|  |  |  |  |  |  | 02/16/2007 – Email from Rob Cortez to Gary Molinari and copying Chuck Pollard re: FY08 team sharing (FEX FY08 287) |
|  |  |  |  |  |  | 08/15/2005 – Fax from Gary Molinari to Chuck Pollard providing signed letter agreement re: FedEx Contractor Teaming Agreement for CRAF Business (FEX FY06 1306-1307) |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

The defendant has not completed production of all of its documents in this case, no depositions have been taken in this case, and no documents have been obtained from third-parties yet.  For these reasons, ATA reserves the right to supplement this list as discovery progresses.

        Respectfully submitted,

        */s/  Kenneth E. Broughton*
        Thomas E. Kurth
        Kenneth E. Broughton
        W. Alan Wright
        HAYNES AND BOONE, LLP
        901 Main Street, Suite 3100
        Dallas, Texas  75202
        Telephone  214.651.5000
        Facsimile   214.651.5940
        thomas.kurth@haynesboone.com
        kenneth.broughton@haynesboone.com
        alan.wright@haynesboone.com
        francisco.rivero@haynesboone.com

*and*

*/s/ John David Hoover*
John David Hoover, No. 7945-49
Alice M. Morical, No. 18418-49
Don R. Hostetler, No. 24239-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Telephone 317.822.4400
Facsimile 317.822.0234
jdhoover@hooverhull.com
amorical@hooverhull.com
dhostetler@hooverhull.com

**ATTORNEYS FOR PLAINTIFF
ATA AIRLINES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the attorneys of record for all parties to the above cause via e-mail on November 17, 2008. I hereby certify that on November 25, 2008, a copy of the foregoing *Plaintiff's Exhibit List* was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| George E. Purdy<br>Carina M. de la Torre<br>BOSE MCKINNEY & EVANS LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br>*gpurdy@boselaw.com*<br>*cdelatorre@boselaw.com* | Robert R. Ross<br>Peter D. Blumberg<br>FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road<br>Building B – 2nd Floor<br>Memphis, Tennessee 38125-8800<br>*rrross@fedex.com*<br>*peter.blumberg@fedex.com* |

 */s/ John David Hoover*
John David Hoover