UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATA AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-CV-0785-RLY-DML |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SERVICE OF ATA AIRLINES, INC.'S
## FIRST AMENDED RULE 26 DISCLOSURES

Plaintiff, ATA Airlines, Inc., by counsel, respectfully notifies this Court that its First Amended Rule 26 Disclosures were served upon Defendant, Federal Express Corporation, by and through its counsel, via e-mail and First Class U.S. Mail, postage prepaid, on June 10, 2009.

Respectfully submitted,

*s/Alice M. Morical*
John David Hoover, Attorney No. 7945-49
Alice M. Morical, Attorney No. 18418-49
Don R. Hostetler, Attorney No. 24239-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail: jdhoover@hooverhull.com
amorical@hooverhull.com
dhostetler@hooverhull.com

and

s/Kenneth E. Broughton
Thomas E. Kurth         TBA#11768500
Kenneth E. Broughton   TBA#03087250
W. Alan Wright          TBA#22062700
Kenric D. Kattner       TBA#11108400
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas  75202
Phone:  214.651.5000
FAX:  214.651.5940
E-mail:  thomas.kurth@haynesboone.com
         kenneth.broughton@haynesboone.com
         alan.wright@haynesboone.com

Attorneys for Plaintiff, ATA Airlines, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2009, a copy of the foregoing *Notice of Service of ATA Airlines, Inc.'s First Amended Rule 26 Disclosures* was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

George E. Purdy
Carina M. de la Torre
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
gpurdy@boselaw.com
cdelatorre@boselaw.com

Robert R. Ross
Peter D. Blumberg
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B – Second Floor
Memphis, TN  38125
rross@fedex.com

s/Alice M. Morical
Alice M. Morical

510210