UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATA AIRLINES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-CV-0785-RLY-DML |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF SERVICE OF PLAINTIFF'S
### FIRST AMENDED STATEMENT OF SPECIAL DAMAGES

Plaintiff, ATA Airlines, Inc., by counsel, respectfully notifies the Court that on June 10, 2009, ATA Airlines, Inc. served Plaintiff's First Amended Statement of Special Damages upon Defendant, Federal Express Corporation, by and through its counsel, Robert R. Ross and Peter D. Blumberg, FEDERAL EXPRESS CORPORATION, and George E. Purdy and Carina M. de la Torre, BOSE MCKINNEY & EVANS LLP, *via* e-mail and U.S. First Class Mail, postage prepaid.

Respectfully submitted,

*/s/ Alice M. Morical*
John David Hoover, No. 7945-49
Alice M. Morical, No. 18418-49
Don R. Hostetler, No. 24239-49
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Telephone   317.822.4400
Facsimile    317.822.0234
jdhoover@hooverhull.com
amorical@hooverhull.com
dhostetler@hooverhull.com

and

/s/ Kenneth E. Broughton
Thomas E. Kurth
Kenneth E. Broughton
W. Alan Wright
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
Telephone 214.547.2021
Facsimile 214.236.5507
thomas.kurth@haynesboone.com
kenneth.broughton@haynesboone.com
alan.wright@haynesboone.com
francisco.rivero@haynesboone.com

**ATTORNEYS FOR PLAINTIFF
ATA AIRLINES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all counsel of record via the Court's Electronic Notification system, this 10th day of June, 2009:

George E. Purdy
Carina M. de la Torre
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
gpurdy@boselaw.com
cdelatorre@boselaw.com

Robert R. Ross
Peter D. Blumberg
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B – 2nd Floor
Memphis, Tennessee 38125-8800
rrross@fedex.com
peter.blumberg@fedex.com

/s/ Alice M. Morical

510211

2