UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATA AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-CV-0785-RLY-WGH |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## CUSTODIAN OF THE RECORDS AFFIDAVIT
## OF NORTHWEST AIRLINES, INC.

| | |
|---|---|
| STATE OF GEORGIA | § |
| | § |
| COUNTY OF FULTON | § |

On this date, before me personally appeared Nekia T. Fowler, who being by me duly sworn stated under oath the following:

1.    My name is Nekia T. Fowler.  I am over the age of 18 and am competent in all respects to make this Affidavit.  Northwest Airlines, Inc. (hereinafter "NWA") recently merged with Delta Air Lines, Inc, and is a charter air carrier that, among other things, participated and continues to participate in the AMC Long Range Contract flying for the military on behalf of the FedEx Contractor Teaming Arrangement (the "FedEx Team").  The facts stated in this Affidavit are within my personal knowledge and are true, based on my personal knowledge and review of NWA's business records.

2.    I am a Senior Paralegal for Delta Air Lines, Inc., and I am also a custodian of NWA's records.

3.    Attached as Exhibit A to this Affidavit are true and correct copies of documents maintained by NWA in the regular course of its business.  These documents are identified with

**CUSTODIAN OF RECORDS AFFIDAVIT OF NORTHWEST AIRLINES, INC.**                              **PAGE 1**

NWA bates numbers NWA 000001-7, NWA 000027-28, NWA 000030-31, NWA 000080, NWA 000085-87, NWA 000089-90, NWA 000092-93, NWA 000095-97, NWA 000105-106 to NWA 000112.  These documents were made at or near the time by, or from information transmitted by, a person with knowledge.  These documents are kept in the regular course of NWA's business and it was the regular practice of NWA to make and maintain these documents.

FURTHER AFFIANT SAYETH NOT.

_____

Senior Paralegal, as Custodian of Records
for Northwest Airlines, Inc.

Sworn to and subscribed before me on September _____, 2009.

_____

Notary Public in and for the State of Georgia

My commission expires:

Sept. 17, 2011



H-795260_1.DOC

---

**CUSTODIAN OF RECORDS AFFIDAVIT OF NORTHWEST AIRLINES, INC.**          **PAGE 2**