UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATA AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-CV-0785-RLY-DML |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S SECOND AMENDED STATEMENT OF SPECIAL DAMAGES**

**COMES NOW,** Plaintiff ATA Airlines, Inc. ("Plaintiff" or "ATA"), and submits this Second Amended Statement of Special Damages. This Second Amended Statement is made without prejudice to Plaintiff's right to produce additional relevant evidence that may come to light.

Furthermore, this Second Amended Statement is made without prejudice to Plaintiff's right to offer, use or rely upon (at trial or before) subsequently discovered information or information omitted from this Second Amended Statement as a result of good faith oversight, error, mistake or subsequently acquired information or developments.

ATA's direct and reasonably foreseeable consequential damages proximately caused by FedEx's January 22, 2008 notice of termination of ATA from the FedEx Team for Fiscal Year 2009 and FedEx's breach of the 2005 Agreement and FedEx Letter Agreement are as follows:

      Military Lost Profits:    $65,998,411

      DC-10 Losses:    $27,842,748

A.   **Military Lost Profits**

ATA's Military Lost Profits of $65,998,411 are the profits ATA would have received for the period from April 3, 2008 through September 30, 2009 if FedEx had honored it contracts, which extended through September 30, 2009. Accordingly, ATA was deprived of the profits it would have earned for the period of April 3, 2008 through September 30, 2009. ATA's Military Lost Profits are as follows:

| Period | Damage Amount |
|---|---|
| April 3, 2008 through September 30, 2008 | $21,999,470 |
| October 1, 2008 through September 30, 2009 | $43,998,941 |
| Total Military Lost Profits | $65,998,411 |

The Military Lost Profits of $65,998,411 consist of ATA's before tax incremental lost cash flow as measured through ATA's lost incremental earnings before interest, taxes, depreciation and amortization (EBITDA). ATA's Military Lost Profits of $65,998,411 are calculated based on the generally accepted hybrid lost profit method. In addition, estimating ATA's military costs based on a regression analysis of ATA's historical military charter revenues to its historical military charter expenses for the fiscal years ended 1998 through 2007 demonstrates that ATA's Military Lost Profits as set forth herein understate ATA's actual lost profits from FedEx's breach of the 2007-2009 Agreement.

B.   **DC-10 Losses**

ATA's DC-10 Losses of $27,842,748 are also proximately caused by FedEx's January 22, 2008 notice of termination of ATA from the FedEx Team for Fiscal Year 2009 and FedEx's contract breaches. In reliance on and in order to fulfill its obligations for FY07-FY09, ATA

acquired DC-10 aircraft and would not have purchased these DC-10 aircraft if it had known that FedEx did not intend to honor its agreements. Accordingly, ATA's DC-10 Losses are:

| Element | Damage Amount |
|---|---|
| DC-10 Capitalized Costs | $19,420,000 |
| DC-10 Lease Costs | $15,331,476 |
| Less DC-10 Profits Earned Through Damage Date | ($2,858,728) |
| Less L-1011 Disposition Proceeds | ($4,050,000) |
| Total DC-10 Losses | $27,842,748 |

Respectfully submitted,

*/s/  Kenneth E. Broughton*
Thomas E. Kurth
Kenneth E. Broughton
W. Alan Wright
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, Texas  77010-2007
Telephone  214.547.2021
Facsimile   214.236.5507
thomas.kurth@haynesboone.com
kenneth.broughton@haynesboone.com
alan.wright@haynesboone.com
francisco.rivero@haynesboone.com

*and*

/s/  John David Hoover
John David Hoover, No. 7945-49
Alice M. Morical, No. 18418-49
Don R. Hostetler, No. 24239-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, Indiana  46244-0989
Telephone   317.822.4400
Facsimile   317.822.0234
jdhoover@hooverhull.com
amorical@hooverhull.com
dhostetler@hooverhull.com

**ATTORNEYS FOR PLAINTIFF
ATA AIRLINES, INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the attorneys of record for all parties to the above cause in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 17th day of February, 2010.

George E. Purdy
Carina M. de la Torre
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
*gpurdy@boselaw.com*
*cdelatorre@boselaw.com*

Robert R. Ross
Peter D. Blumberg
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B – 2nd Floor
Memphis, Tennessee  38125-8800
*rrross@fedex.com*
*peter.blumberg@fedex.com*

/s/  Kenneth E. Broughton
Kenneth E. Broughton

H-823973_1.DOC