EXHIBIT 1-B: Adams Declaration

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATA AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:08-CV-0785- RLY-DML |
| | § | |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF A. FRANK ADAMS, III, Ph.D.**

I, A. Frank Adams, III, Ph.D. make the following declaration:

1.      I am over the age of twenty-one and am competent to make this declaration. I have knowledge of all matters contained herein.

2.      I was engaged by Federal Express Corporation to provide an expert opinion regarding the regression analysis and consequent lost profits calculation performed by Lawrence Morriss.

3.      In connection with that engagement, I reviewed Mr. Morriss' report and deposition testimony and prepared an expert report which contains my opinions in this matter. A true and correct copy of my report is attached hereto as Exhibit 1.

4.      As part of my analysis of Mr. Morriss' regression model, I applied the Ramsey RESET test to test for specification errors. This test is an objective test for

specification errors which is recognized in the community of professionals in econometrics and statistics and is commonly used for this purpose.

5.     A "specification error" is an error in the construct of the regression model which is generally the result of the omission of a relevant variable and/or incorrect functional form.

6.     It is the common practice of professionals engaged in statistical analysis to conduct the Ramsey RESET test - or some similar objective test - to test the regression model for specification errors.

7.     The necessity of using an objective F-test (such as the Ramsey RESET test) to test a regression model for specification error is also taught to undergraduate and graduate students in econometrics.

8.     Attached hereto as Exhibit 2 is a true and correct copy of relevant pages from *Principles of Econometrics* (3rd ed., 2008), authored by R. Carter Hill, William E. Giffiths, and Guay C. Lim.  This book is a widely used undergraduate textbook on the topic of introductory econometrics.  On page 152 of this text, the authors state that "[t]he RESET test (Regression Specification Error Test) is designed to detect omitted variables and incorrect functional form."

9.     Attached hereto as Exhibit 3 are relevant pages from a text that attempts to bridge the gap between undergraduate and graduate econometrics: Peter Kennedy's *A Guide to Econometrics* (1998).   Kennedy has much to say about RESET, most of which supports its use as a test for omitted variables:  On page 78 he indicates that it can be used to test "whether unknown variables have been omitted from a regression

specification" and to "detect a misspecified functional form."    On page 80, he again notes that it can be used to test for incorrect functional form.  On page 96, he describes the test and notes how its structure can be expected to test for omitted variables.  On page 98, he indicates that RESET can be used to test for nonlinearities (incorrect functional form) and parenthetically also notes, "a strong case can be made that RESET can only test for incorrect functional form."

10.    Attached hereto as Exhibit 4 are relevant pages from a popular master's level text, Damodar Gujarati's *Basic Econometrics* (4th ed. 2003).  On pages 521-523 he discusses the conduct of RESET under the section heading, "Tests for Omitted Variables and Incorrect Functional Form." This section is in Chapter 13 titled, "Econometric Modeling:  Model Specification and Diagnostic Testing."

11.    Attached hereto as Exhibit 5 are relevant pages from *Measuring Commercial Damages*, authored by Patrick A. Gaughan in which he cautions against expert witnesses with little training in statistical analysis and econometrics "blindly us[ing] the regression analysis features built into spreadsheet software packages without any appreciation of the complexity or the limitations of the techniques employed."

12.    In his deposition, Mr. Morriss made several statements indicating that he believes linearity to either be equivalent to a test for specification error or indicative of a model having no specification error.  Both of these beliefs are entirely incorrect.

13.    Linearity in variables indicates only that there is a relationship between the variables in a regression model.  It provides little information with regard to whether

there is a specification error or whether any other assumptions of regression analysis have been violated.

14.     Moreover, one cannot even reliably test for linearity in variables solely by visually examining a plot of points.  Such a test could be perhaps unintentionally self-serving; it is clearly subjective and dependent entirely upon the individual analyst's perspective.

15.     Mr. Morriss also makes an error in the assignment of his dependent and independent variables.  Specifically, he uses revenue as his independent variable to proxy inputs, claiming that revenue causes costs.  As I explained in detail on page four of my report, this is contrary to recognized economic theory.  If anything, costs cause revenue.

16.     I have authored several articles which discuss the use of a regression analysis in determining lost profits.  One example of these articles, "When a 'Simple Analysis' Won't Do: Applying Economic Principles in a Lost Profits Case," which was published in the May/June 2008 issue of The Value Examiner, is attached hereto as Exhibit 6.

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed this 16th day of February, 2010 at Canton, Georgia.

A.  Frank Adams, III, Ph.D.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| ATA AIRLINES, INC. | ) |
| Plaintiff, | ) 1:08-CV-0785- RLY-DML |
| | ) |
| v. | ) |
| | ) |
| FEDERAL EXPRESS CORPORATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

**EXPERT REBUTTAL REPORT OF A. FRANK ADAMS, III, PH.D.**

**DATED AUGUST 28, 2009**

**TO DAMAGES REPORT SUBMITTED BY LAWRENCE D. MORRISS, JR.**

**DATED JUNE 10, 2009**

EXHIBIT

B-1

This report is submitted pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

## I.  QUALIFICATIONS

I hold a Ph.D. in Economics and currently teach graduate students in the Executive MBA Program at Kennesaw State University, Kennesaw, GA.  Additionally, I teach an undergraduate, senior level, strategy course for the Department of Management & Entrepreneurship at Kennesaw State University.

I have substantial practical business experience as a corporate officer in a family business, and as a consultant to family businesses.  In addition, for the past six years, I have served as a consultant/expert in numerous litigation matters utilizing my economic, statistical and financial expertise.  For the past eight years, I have been an instructor for the National Association of Certified Valuation Analysts, teaching economics and statistics in their Certified Forensic Financial Analyst Program and have been recognized as an Instructor of Exceptional or Great Distinction in six of those eight years.  I have published a dozen peer-reviewed articles in economics and business journals, on both economics and finance topics, and made numerous presentations, all of which are listed in my Curriculum Vita, attached hereto as Exhibit 1.

The opinions set forth below are based on my education, experience, and review of the literature.

## II.  SCOPE OF ENGAGEMENT

I have been engaged to analyze the expert report of Mr. Lawrence D. Morriss, Jr., CPA, CVA dated June 10, 2009 in the matter of ATA Airlines, Inc. v. Federal Express Corporation, only as it relates to damage calculations, particularly military charter cost estimates, using regression analysis.

This report describes my opinions and the basis for those opinions. The opinions and findings are based upon my work to date and upon the pattern of facts that I have thus far observed.  I may, pursuant to Rule 26(e)(1), supplement, update or modify this report at a later date based upon additional documents or information.  This report has been prepared solely in connection with this litigation and is intended for no other use.

## III. DATA OR INFORMATION REVIEWED FOR THIS REPORT

The first step of my analysis was to read Mr. Morriss's report and review the various sections of his report that contained references, calculations and explanation of results obtained from using regression analysis to estimate military charter costs and therefore lost profits for ATA. I have identified 3 sections in Mr. Morriss's report that are relevant to my analysis; pages 53-58, pages 65-68 and TAB 20.

## IV. SUMMARY OF OPINION

As set forth in detail below, it is my opinion that Mr. Morriss's military charter cost estimates, and therefore lost profits estimates for ATA, based on his use of regression analysis, are not statistically valid.

## V. METHODOLOGY

Typically, the costs associated with various levels of output, other than zero, are comprised of fixed and variable costs.[1] Inputs, such as capital and labor, are used to produce output. Therefore, it follows that costs are incurred by a firm to employ inputs and revenues are what a firm receives from selling output.

The conventional way to estimate costs associated with a given level of output is to analyze a firm's financial records utilizing traditional cost accounting methods or to utilize regression analysis to provide estimates of a firm's costs. Mr. Morriss, p. 54, states that "Statistical analysis methods of cost estimation may be a preferred method when historical fixed versus variable cost information is limited since it generally provides a better cost predictor than non-statistical methods. The most common and generally accepted statistical technique in cost estimation is linear regression." Mr. Morriss purports to calculate damages by 1) positing a behavioral model, to forecast cost and hence lost profits in 2008 (and 2009), in which costs are determined by revenues; 2) estimating this model by the method of ordinary least squares (OLS) using what appears to be a spreadsheet based regression package; 3) using those regression estimates, along with a non-regression forecast of revenues to forecast costs; and 4) subtracting

---

[1] Businesses may also have semi-fixed costs, i.e. costs that are constant within a certain range of output but then vary as output exceeds certain levels.

3

forecast costs from revenues to estimate lost profits.

## VI. STATEMENT OF OPINION

It is my opinion that Mr. Morriss has made numerous errors in 1) his model specification, both theoretically and empirically; 2) the conclusions about lost profits drawn from his estimated model; and 3) his explanation of regression analysis. The first two errors lead to damage estimates that are not statistically valid at any conventional, or commonly accepted, level, while the third error indicates a fundamental lack of understanding of regression analysis.

### a. Errors in Model Specification.

Mr. Morriss posits a causal relationship, one in which costs are determined by revenues, that is backward. In standard mathematical and statistical methodology, the left hand side (dependent) variable – in Mr. Morriss's case, Military Costs –is determined by, or caused by, the right hand side (independent) variable – in Mr. Morriss's case, Military Revenue. But economic theory tells us that, if anything, the reverse is the case, i.e., costs cause revenues. Clearly, inputs are used to produce output. Costs are what we pay to employ inputs; revenues are what we receive from selling output. Since changing input levels cause changes in output, it follows that changes in costs cause changes in revenues, and not conversely.[2] This reversed causality can create problems with the theoretical disturbance of the model which can in turn render the statistical tests and confidence intervals employed by Mr. Morriss to be potentially inappropriate.

Accepting for a moment Mr. Morriss's rationale that revenues 'cause' costs, i.e. that revenue can be used as a proxy for output, a second major problem with Mr. Morriss's model is that it ignores many potentially important explanatory variables.[3] Economic theory tells us that output costs are determined not only by output levels (which, arguably, could be proxied by

---

[2] "….a model chosen for empirical analysis should satisfy the following criteria: ….2. *Be consistent with theory;* that is, it must make good economic sense." Gujarati (2003) p. 507.

[3] "In economics, the typical cost function expresses various categories of costs as a function of output. Our initial presentation of the method used to differentiate between fixed and variable costs also uses such a functional relationship. Regression analysis can again be used to separate those costs that vary with sales from those that do not. A regression of costs against revenues produces a fitted relationship and an equation describing this

4

revenue) but also by input prices and the state of technology (which could be reflected by rising fixed costs from period to period). Assuming one has no data to measure these effects directly, their effects can be proxied by some form of a time trend, and indeed, inspection of the data indicates that both costs and revenues are generally rising over the sample period. The problem with omitting these relevant trend effects from the estimated model is that the coefficients estimated for the constant term and revenues can each encounter important statistical difficulties, i.e., they may be statistically biased, inconsistent, and inefficient. In order to test whether these potential defects are present to any statistically significant degree in Mr. Morriss's estimated model, I conducted a RESET test for specification error.[4] The test is an F test and the null hypothesis of the test is "no specification error". The computed F value $F^*(2,6) = 13.82$, which exceeds the critical $F^{0.01}(2,6) = 10.9$, so that we can reject the hypothesis of "no specification error" at the $\alpha = 0.01$ (1%) level. This means that, at the highest conventional level of statistical confidence, the 99% level, Mr. Morriss's model is misspecified. This misspecification is most likely due to omitted variables.

Alternative Model Specifications

Continuing an assumption that Mr. Morriss's causal relationship is correct, I reviewed the OLS results from his original model (Table 1). He estimates fixed costs to average $30.5 million over the period and the increase in costs attributable to a $1 increase in revenue to be $0.78. The former estimate is statistically significant at the 10% level, but not at the 5% level; the latter estimate is statistically significant at any reasonable level. His model fits the data well with $R^2$ indicating that, over this period, variations in revenues explain about 95% of the variation in costs. Because I am able to reject the hypothesis of "no specification error" at the $\alpha = 0.01$ (1%) level based on the results from the RESET test, an alternative specification, using a time trend variable to proxy the influence of other relevant variables, is estimated.[5] By adding a simple linear trend to Mr. Morriss's model, I obtain the results presented in Table 2.

---

relationship as depicted in Figure 6.1." Gaughan (2000), p. 174. Dr. Gaughan illustrates the use of revenue to proxy output.
[4] The Ramsey RESET test is commonly used to test for specification error. Gujarati (2003) p. 521-523.
[5] "In time series data it is common practice to introduce the trend variable to represent the influence of other variables which cannot be precisely pinpointed." Gujarati, D.N. (1999), p. 407.

With this change in specification, fixed costs now average about $37.4 million over the sample and this estimate, unlike Mr. Morriss's, is statistically significant at the 1% level. The estimated marginal effect of an additional dollar of revenue on cost drops from $0.78 to $0.54, but that estimate is still statistically significant at the 1% level. Also note that costs trend upward by $9.12 million per year on average independent of what is happening to revenue, and this effect is also statistically significant at the 1% level. This model explains a bit more of the variation in cost than did Mr. Morriss's, 98.7% vs. 95.3%. This model does, however, produce a markedly different cost forecast for 2008, $292 million vs. $253.8 million (Mr. Morriss's estimate). Indeed, this cost forecast suggests a loss ($286.5 million revenue − $292 million cost) of about $5.5 million could be expected for ATA for 2008, assuming that Mr. Morriss's revenue estimate of $286.5 million is correct. This result suggests that there are no lost profits accruing to ATA.

While a forecast of a (relatively) small loss for ATA in 2008 seems reasonable given the improvements made to the original model Mr. Morriss specified, it is possible that this loss forecast is attributable to my specification of a linear trend. A linear trend assumes that a constant amount is added to cost each year; about $9.12 million per year in the estimated model in Table 2. But inspection of the data suggests that, while this type of trend may have been reasonable in the earlier years of the sample, toward the end of the sample, both costs and revenues were leveling off. This leveling off of the data can be captured by adding a trend squared (T2 = Trend^2) term to the model. Estimates of this extended model are presented in Table 3.

With the addition of the quadratic term in time, T2, fixed cost now averages about $29.6 million over the sample, the marginal effect of an additional dollar of revenue on cost is about $0.52, and with each passing year, fixed costs rise by a factor of [($14.15 million*Trend) − ($0.42 million*T2(trend squared))]. The constant, revenue and the trend terms are all significant at the 1% level. The trend squared term (T2) is not significant at traditional levels, but it is statistically significant at the 10% level on a one-tailed test. The $R^2$ for this model is basically the same as for the linear trend, but the quadratic term serves a purpose in generating the forecast cost for 2008. Because of the negative effect of trend squared (T2) on cost forecasts, the cost forecast for 2008 is now $284.5 million. This result, in turn, implies a forecast lost profit of

6

approximately $2 million ($286.5 million revenue – $284.5 million cost), which seems reasonable given the net profit the previous year of $2.1 million.

### b. **Errors in concluding lost profits.**

It is important to note that even if one assumes Mr. Morriss's model specification is correct, it still provides no evidence that statistically significant lost profits accrued to ATA in 2008, and, by extension, 2009. Mr. Morriss's 2008 cost forecast is based on coefficient estimates that are subject to sampling variability, so that his forecast too is subject to sampling variability. This means that his forecast is itself a point estimate – a best guess at the true, but unknown, 2008 cost value. Using well known statistical results concerning point estimates and sampling variability, one can create confidence intervals on such forecasts. These intervals can be constructed so as to cover the true but unknown value of 2008 cost with a specified probability (e.g., 0.95 or 95%). That is, one can be 95% sure that the true but unknown value of 2008 cost lies between the upper and lower limits of the appropriately constructed interval. Such intervals are constructed in the last two columns of the predicted values analysis, labeled 95% Forecast Interval, of Mr. Morriss's model presented in Table 1. Note that Mr. Morriss's revenue forecast for 2008, $286.5 million, falls between the upper and lower bounds of the cost forecast for 2008 (Observation 11), $298.5 million and $209.2 million, respectively. This means that, even using Mr. Morriss's own model with all of its shortcomings, one cannot be 95% sure that 2008 costs did not equal 2008 revenues for ATA – indicating no lost profits. Although most statisticians view an $\alpha=.10$ (10%) significance level as the maximum risk of Type I error (90% confidence level as the minimum level of confidence) they are willing to accept, it is worth noting that lost profits become marginally significant at the 0.13 (13%) level of significance. That is, at an 87% level of confidence, the upper bound of Mr. Morriss's forecast interval on 2008 costs is approximately $286.5 million. Plainly stated, Mr. Morriss can only be 87% sure that there were ANY lost profits in 2008, much less $32.6 million, and that is assuming his revenue estimate of $286.5 million for 2008 is correct. To reiterate, based on the RESET test, Mr. Morriss's model is misspecified. This means that ANY forecasts based on his model, as well as the forecast confidence intervals, are unreliable.

In addition to the confidence intervals created for the forecasts in Table 1, I have created confidence intervals for the forecasts for each model estimated in Tables 2 and 3. Such intervals

are constructed in the last two columns of predicted values analysis of each model.   Note that for each and every model (Tables 1, 2, and 3), Mr. Morriss's revenue estimate for 2008, $286.5 million, falls between the upper and lower bounds of the cost forecast for 2008 (Observation 11 in each Table, 95% Forecast Interval columns).   This means that, regardless of the model, I cannot be 95% sure that 2008 costs did not equal 2008 revenues for ATA – indicating no lost profits.

### c.   Errors in explaining regression analysis.

Mr. Morriss has made numerous misstatements regarding regression analysis in the section of his report, pages 65-68, titled "Regression Analysis of Total Military Costs to Military Revenue." My criticisms of his misstatements are not exhaustive; rather they serve to illustrate Mr. Morriss's lack of familiarity with the technique.

In the first sentence of the next to last paragraph on p. 65, Mr. Morriss states, "A *regression analysis compares* the relationship of one independent variable to *another dependent* variable *for the purpose* of using the results of this analysis as a predictor of *future dependent variables* [emphasis mine]." First, he presumably means a "*simple*" regression as opposed to a "*multiple*" regression since he is concerned with only two variables.  Second, regression analysis *measures or estimates* (not *compares*) the relationship between one (*or more, in the case of multiple regression*) independent variable(s) and *a (not another)* dependent variable for the purpose, among others *(other purposes for estimating a regression include testing hypotheses on the relationship between the two variables, making quantitative policy inferences, etc.),* of using the results of this analysis as a predictor of future *values of the* dependent variable *(not future dependent variables).*

A further indication of Mr. Morriss's lack of familiarity with regression methodology can be found in the second paragraph below his results table on page 66.  First of all R is not the *correlation of coefficient* as Mr. Morriss suggests, it is the *coefficient of correlation* or more simply the *correlation coefficient*.  Furthermore, since $R^2$ is just the square of R, the discussion of its value in the previous paragraph (coupled with the sign of $B_1$) tells us everything R possibly could.  Thus the whole paragraph on R is redundant.

8

In the last paragraph on page 66, Mr. Morriss makes an error that introductory statistics students are taught never to make. He states, "…the benefit of the p-value or Significance F is that if it *proves* the null hypothesis is false, then there is a relationship between…"[emphasis mine]. One never *proves* anything with statistics! Statistical results can support the null or find no support for it; but there is always some chance, however small, that the decision is incorrect – nothing is ever *proved*.

These errors are not simply semantic; they reflect a fundamental misunderstanding of statistics and regression technique, which permeates his entire analysis.

## VII. SUMMARY.

Mr. Morriss has made the following errors in his estimates of military charter costs, and therefore lost profits for ATA:

- Model specification – potentially theoretically incorrect. This would render the statistical tests and confidence intervals employed by Mr. Morriss to be potentially inappropriate.

- Model specification errors – assuming his model is theoretically correct, it is, to the highest conventional level of statistical confidence, the 99% level, misspecified. This means that any forecasts based on his model are statistically unreliable.

- Confidence interval estimates of Mr. Morriss's original model (Table 1) – assumes his model is theoretically correct and is correctly specified. Mr. Morriss cannot state, even at the 87% level of confidence, a level less than is commonly acceptable, that ATA would have had any lost profits assuming the revenue estimate of $286.5 million is correct.

- Confidence interval estimates of alternative specifications (Tables 2 and 3) – assumes a theoretically correct model. Even with these improvements over Mr. Morrriss's model, I cannot state, to any degree of statistical confidence at traditional levels, (90%, 95% or 99%) that ATA would have had any lost profits in 2008. This assumes that the revenue estimate of $286.5 million is correct.

The 2nd and 3rd bullet points alone demonstrate that Mr. Morriss's model is incapable of producing cost estimates, and therefore damages calculations, that are statistically valid at any conventional, or commonly accepted, level.

### VIII. PEER REVIEWED LITERATURE AND OTHER AUTHORITY SUPPORTIVE OF REGRESSION MODEL CRITICISMS.

For a partial list of reference materials see Schedule 1.

### IX. COMPENSATION

I charge an hourly rate for work actually performed.  My fees for work performed on this matter are attached in Schedule 2.  My fees are not contingent upon the outcome of this matter.

Submitted this 28th day of August 2009,

A. Frank Adams, III, Ph.D.
Adams Economic Consulting, LLC

## Table 1

```
+---------------------------------------------------------+
| Ordinary    least squares regression                    |
|               TOTMILC = Total Military Costs            |
|             TOTMILR = Total Military Revenue            |
| LHS=TOTMILC  Mean                      =      215.1278  |
|              Standard deviation        =      78.25851  |
| WTS=none     Number of observs.        =            10  |
| Model size   Parameters                =             2  |
|              Degrees of freedom        =             8  |
| Residuals    Sum of squares            =      2572.159  |
|              Standard error of e       =      17.93098  |
| Fit          R-squared                 =       .9533349 |
|              Adjusted R-squared        =       .9475018 |
| Model test   F[  1,    8] (prob) =   163.43 (.0000)     |
| Autocorrel   Durbin-Watson Stat.       =     1.3805730  |
|              Rho = cor[e,e(-1)]        =       .3097135 |
| Robust VC    Newey-West, Periods       =             1  |
+---------------------------------------------------------+
```

| Variable | Coefficient | Standard Error | t-ratio | P[|T|>t] | Mean of X |
|----------|-------------|----------------|---------|----------|-----------|
| Constant | 30.5020042 | 15.2829350 | 1.996 | .0810 | |
| TOTMILR | .77960885 | .06890529 | 11.314 | .0000 | 236.818545 |

**Data in millions of dollars**

Predicted Values        (* => observation was not in estimating sample.)

|  | TOTMILC | | | | |
|---|---|---|---|---|---|
| Observation | Observed Y | Predicted Y | Residual | 95% Forecast Interval | |
| 1 | 113.94 | 130.70 | -16.7610 | 85.8932 | 175.5102 |
| 2 | 106.86 | 119.35 | -12.4919 | 73.8218 | 164.8789 |
| 3 | 174.99 | 175.05 | -.0581 | 131.9643 | 218.1339 |
| 4 | 155.82 | 154.84 | .9819 | 111.1925 | 198.4868 |
| 5 | 177.12 | 167.87 | 9.2497 | 124.6304 | 211.1114 |
| 6 | 257.45 | 245.97 | 11.4825 | 201.7701 | 290.1693 |
| 7 | 268.43 | 266.46 | 1.9626 | 221.0816 | 311.8461 |
| 8 | 315.13 | 347.09 | -31.9598 | 294.0327 | 400.1461 |
| 9 | 306.74 | 297.56 | 9.1828 | 249.7350 | 345.3783 |
| 10 | 274.80 | 246.39 | 28.4114 | 202.1670 | 290.6071 |
| * 11 | No data | 253.84 | No data | 209.2317 | 298.4545 |

11

## Table 2

```
+-----------------------------------------------------+
| Ordinary      least squares regression              |
           TOTMILC = Total Military Costs
           TOTMILR = Total Military Revenue
              TREND = Time Trend
| LHS=TOTMILC  Mean                  =      215.1278   |
|              Standard deviation    =       78.25851  |
| WTS=none     Number of observs.    =             10  |
| Model size   Parameters            =              3  |
|              Degrees of freedom    =              7  |
| Residuals    Sum of squares        =      729.9928   |
|              Standard error of e   =       10.21199  |
| Fit          R-squared             =        .9867562 |
|              Adjusted R-squared    =        .9829722 |
| Model test   F[ 2,    7] (prob)    =  260.77 (.0000) |
| Autocorrel   Durbin-Watson Stat.   =    2.4604073    |
|              Rho = cor[e,e(-1)]    =     -.2302037    |
| Robust VC    Newey-West, Periods   =              1  |
+-----------------------------------------------------+
```

| Variable | Coefficient | Standard Error | t-ratio | P[|T|>t] | Mean of X |
|----------|-------------|----------------|---------|----------|-----------|
| Constant | 37.4082722  | 7.00236982     | 5.342   | .0011    |           |
| TOTMILR  | .53861567   | .06527764      | 8.251   | .0001    | 236.818545 |
| TREND    | 9.12097925  | 1.52283530     | 5.989   | .0005    | 5.50000000 |

**Data in millions of dollars**
Predicted Values          (* => observation was not in estimating sample.)

| | TOTMILC | | | | |
|---|---|---|---|---|---|
| Observation | Observed Y | Predicted Y | Residual | 95% Forecast | Interval |
| 1 | 113.94 | 115.76 | -1.8144 | 90.3495 | 141.1608 |
| 2 | 106.86 | 117.03 | -10.1753 | 91.7273 | 142.3401 |
| 3 | 174.99 | 164.64 | 10.3552 | 139.4420 | 189.8297 |
| 4 | 155.82 | 159.79 | -3.9729 | 134.8688 | 184.7202 |
| 5 | 177.12 | 177.92 | -.7979 | 152.9759 | 202.8611 |
| 6 | 257.45 | 241.00 | 16.4558 | 215.2653 | 266.7274 |
| 7 | 268.43 | 264.28 | 4.1501 | 238.3724 | 290.1802 |
| 8 | 315.13 | 329.10 | -13.9702 | 296.8476 | 361.3520 |
| 9 | 306.74 | 304.00 | 2.7398 | 278.2330 | 329.7662 |
| 10 | 274.80 | 277.77 | -2.9702 | 252.3805 | 303.1567 |
| * 11 | No data | 292.04 | No data | 265.9756 | 318.1060 |

12

## Table 3

```
+--------------------------------------------------------+
| Ordinary    least squares regression                   |
```
**TOTMILC = Total Military Costs**
**TOTMILR = Total Military Revenue**
**TREND = Time Trend**
**T2 = Time Trend squared**

```
| LHS=TOTMILC   Mean                 =      215.1278 |
|               Standard deviation   =       78.25851 |
| WTS=none      Number of observs.   =          10   |
| Model size    Parameters           =           4   |
|               Degrees of freedom   =           6   |
| Residuals     Sum of squares       =      643.9189 |
|               Standard error of e  =       10.35953 |
| Fit           R-squared            =        .9883178 |
|               Adjusted R-squared   =        .9824767 |
| Model test    F[ 3,    6] (prob)   = 169.20 (.0000) |
| Autocorrel    Durbin-Watson Stat.  =     2.8357431 |
|               Rho = cor[e,e(-1)]   =     -.4178716 |
| Robust VC     Newey-West, Periods  =           1   |
+--------------------------------------------------------+
```

| Variable | Coefficient | Standard Error | t-ratio | P[|T|>t] | Mean of X |
|----------|-------------|----------------|---------|----------|-----------|
| Constant | 29.5728763  | 7.04315806     | 4.199   | .0057    |           |
| TOTMILR  | .52269596   | .06565077      | 7.962   | .0002    | 236.818545 |
| TREND    | 14.1523179  | 3.50031700     | 4.043   | .0068    | 5.50000000 |
| T2       | -.41732163  | .24952634      | -1.672  | .1455    | 38.5000000 |

**Data in millions of dollars**
Predicted Values    (* => observation was not in estimating sample.)

|             | TOTMILC |  |  |  |  |
|-------------|------------|-------------|----------|----------------|----------|
| Observation | Observed Y | Predicted Y | Residual | 95% Forecast | Interval |
| 1           | 113.94     | 110.49      | 3.4530   | 84.0914        | 136.8840 |
| 2           | 106.86     | 115.78      | -8.9190  | 89.7757        | 141.7792 |
| 3           | 174.99     | 165.19      | 9.8042   | 139.1325       | 191.2413 |
| 4           | 155.82     | 162.87      | -7.0468  | 135.9294       | 189.8072 |
| 5           | 177.12     | 182.00      | -4.8811  | 154.4409       | 209.5624 |
| 6           | 257.45     | 243.93      | 13.5266  | 216.6675       | 271.1835 |
| 7           | 268.43     | 266.39      | 2.0333   | 239.2316       | 293.5548 |
| 8           | 315.13     | 328.34      | -13.2122 | 295.7196       | 360.9640 |
| 9           | 306.74     | 302.19      | 4.5495   | 275.6881       | 328.6918 |
| 10          | 274.80     | 274.11      | .6924    | 247.4183       | 300.7938 |
| * 11        | No data    | 284.49      | No data  | 256.2264       | 312.7607 |

13

Schedule 1 – Peer Reviewed Literature

Gaughan, P.A. (2000). Measuring Commercial Damages, New York, NY:
    John Wiley & Sons, Inc.

Gujarati, D.N. (1999).  Essentials of Econometrics (2nd edition), Boston, MA:
    Irwin-McGraw Hill

Gujariti, D.N. (2003).  Basic Econometrics (4th edition), New York, NY:
    McGraw-Hill, Inc.

Schedule 2 – Compensation

Hourly Rate:   $300.00

Exhibit 1

# VITA

**A. FRANK ADAMS, III, PH.D.**
Aronoff Professor of Family Business
Department of Management & Entrepreneurship
Michael J. Coles College of Business
Kennesaw State University
Kennesaw, GA  30144-5591
Office:  (770) 420-4468
Cell:  (404) 402-6565
E-mail:  fadams@.kennesaw.edu

Dr. Adams has over 10 years of business experience with a substantial portion of that being involved as a corporate officer and controller of a family held business that was the 3rd franchisee of Waffle House, Inc.  His current academic position, as the Aronoff Professor of Family Business, involves teaching strategy, finance and family business, primarily at the graduate level (MBA and EMBA).  His research and consulting activities include valuation work in closely held companies, governance issues, and succession planning in family businesses as well as serving the legal community as an expert witness using his economic, financial and statistical skills in lost profits, commercial damages and other types of cases involving economic damages.  For the past eight years, 2001-2008, Dr. Adams has been an instructor for the National Association of Certified Valuation Analysts (NACVA), teaching economics and statistics in their Certified Forensic Financial Analyst (CFFA) Program and has been recognized as an Instructor of Exceptional or Great Distinction in six of those eight years.  Additionally, Dr. Adams served as a member of the Executive Advisory Board for NACVA, from September 2004 through May 2005, and as a member of their Valuation Credentialing Board from September 2005 through May 2007.

## EDUCATION

Auburn University
Auburn, AL
Ph.D., Economics, 1996
Specialization:  Finance, International Economics

Berry College
Rome, GA
MBA, 1982

Shorter College
Rome, GA
B. S., Business Administration, 1980

## ACADEMIC EXPERIENCE

Associate Professor of Management, promoted and tenured effective August 2005, Kennesaw State University.
Assistant Professor of Management, July 2004-July 2005, Kennesaw State University
Assistant Professor of Economics/Finance, Executive MBA Programs, January 2000-June 2004, Kennesaw State University.
Assistant Professor of Economics/Finance, 1998-1999, Troy State University.
Assistant Professor of Finance, 1997-1998, Eastern New Mexico University.
Associate Professor of Finance, 1996-1997, Gustavus Adolphus College.

## TEACHING/RESEARCH INTERESTS

Strategy, Family Business, Corporate Finance, Investments, Governance, Economics of Regulation and Industrial Organization, International Economics, History of Economic Thought, Forensic Economics.

**Courses Taught:**

Graduate:  Strategy (Executive MBA & MBA), Corporate Governance (Executive MBA), Corporate Finance (MBA & Executive MBA), Business Research (MBA), Macroeconomics (Executive MBA), Microeconomics (Executive MBA), International Trade & Finance (Executive MBA), Financial Accounting (Executive MBA), Entrepreneurial Finance (MBA).

Undergraduate:  Corporate Finance, Principles of Finance, Investments, International Economics, Principles of Microeconomics, Principles of Macroeconomics, Introduction to Data Processing, Money and Banking, Labor Economics.

## REFEREED JOURNAL ARTICLES

"Patent Infringement and Royalty Rates:  Is Litigation a 'Deterrent'?  with Peter T. Calcagno and Budina Naydenova, *Atlantic Economic Journal*, Volume 36, Number 4, December 2008.

"When a 'Simple' Analysis Won't Do:  Applying Economic Principles in a Lost Profits Case," *The Value Examiner*, May/June 2008, pp. 22-28.

"Integrating Macroeconomics and Corporate Finance in Executive Education," with Peter T. Calcagno, *Journal of Executive Education*, Volume 5, Issue 1, 2006, pp. 9-15.

"A Public Choice Perspective of Firm Targeting: A Theoretical Note," with Peter T. Calcagno, *Journal of Business, Industry and Economics*, Volume 5, Spring 2005, pp. 47-59.

"The Importance of Integrated Goal Setting: The Application of Cost of Capital Concepts for Private Firms," with George E. Manners, Jr., Joseph H. Astrachan, and Pietro Mazzola, *Family Business Review*, Volume XVII, Number 4, December 2004, pp. 287-302.

"Occupational Licensing of a Credence Good:  The Regulation of Midwifery," with Robert B. Ekelund, Jr. and John D. Jackson, *Southern Economic Journal*, Volume 69, Number 3, January 2003, pp. 659-675.

"Corporate America's Search for the 'Right' Direction:  Outlook and Opportunities for Family Firms," with Sheb L. True and Robert D. Winsor, *Family Business Review*, Volume XV, Number 4, December 2002, pp. 269-276.

"Characteristics of Those 'Offended' By Organ Procurement Alternatives," with Peter T. Calcagno, *Atlantic Economic Journal*, Volume 30, Number 2, June 2002, p. 222.

"Occupational Licensing in a 'Competitive' Labor Market:  The Case of Cosmetology," with John D. Jackson and Robert B. Ekelund, Jr., *Journal of Labor Research*, Volume XXIII, Number 2, Spring 2002, pp. 261-278.

"Capital Market Theory and Real Estate Valuation:  A Case Study in Choosing an 'Appropriate' Discount Rate," with John D. Jackson and J. Philip Cook, *Journal of Forensic Economics,* 14 (2), 2001, pp. 119-133.

"Markets for Organs:  The Question of Supply," with A.H. Barnett and David L. Kaserman, *Contemporary Economic Policy*, Volume 17, Number 2, April 1999.

"Search Costs and Price Dispersion in a Localized Homogeneous Product Market:  Some Empirical Evidence," the *Review of Industrial Organization*, Volume 12, Issue 5/6, December 1997.

## EDITORIALLY REVIEWED JOURNAL ARTICLES

"Econometric Forecasting in a Lost Profits Case:  A Rejoinder," *The Value Examiner*, May/June 2009, p. 38.  (The full article is available on the NACVA website at www.nacva.com/PDF/MJ-letter.pdf)

## REPRINTS IN BOOKS & MONOGRAPHS

"Markets for Organs:  The Question of Supply," with A.H. Barnett and David L. Kaserman, *Contemporary Economic Policy*, Volume 17, Number 2, April 1999.  Reprinted substantially in David L. Kaserman and A.H. Barnett, *The U.S. Organ Procurement System:  A Prescription for Reform*, Chapter 6, Washington, D.C.:  AEI (American Enterprise Institute) Press, 2002.

## PRESENTATIONS AND PAPERS IN PROCEEDINGS

"Sampling Issues in Commercial Damages Cases,"  presented at the Western Economic Association International Conference – NAFE Sessions, June 29-July 3, 2009, Vancouver, BC, Canada.

"Forecasting Revenues in Lost Profits Cases:  Structural vs. Time Series Models,"  presented at the American Academy of Economic and Financial Experts Annual Conference, March 25-27, 2009, Las Vegas, NV.

"Issues in Calculating Damages in Lost Profits Cases," presented at the international meeting of the National Association of Forensic Economics, January 30-31, 2009, St. Thomas, USVI

"When a 'Simple' Analysis Won't Do:  Applying Economic Principles in a Lost Profits Case" presented at the Western Economic Association International Conference – NAFE Sessions, June 29-July 3, 2008, Honolulu, HI.

"Royalty Rates in Litigation:  A Deterrent for Infringers?" presented at the American Academy of Economic and Financial Experts Annual Conference, March 26-28, 2008, Las Vegas, NV.

"Family Business Finance:  Advanced Topics,"  CPE's for CPA's, SBDC @ Kennesaw State University, October, 26, 2007, Kennesaw State University.

"The Cost of Capital in a Family Business:  Advanced Concepts," presented at the Southeastern Accounting Show, Cobb Galleria, August 30, 2007, Atlanta, GA.

"Commercial Damages and the Importance of Industry Data:  A Case Study," presented at the Western Economic Association International Conference – NAFE Sessions, June 29-July 3, 2007, Seattle, WA.

"Normalizing Adjustments in Business Valuations: Testing for Statistical Outliers," presented at the American Academy of Economic and Financial Experts Annual Conference, March 28-30, 2007, Las Vegas, NV.

"Revenue Volatility and Risk: Adjusting Beta in a Business Valuation," presented at the American Academy of Economic and Financial Experts Annual Conference, March 29-31, 2006, Las Vegas, NV.

"Your Company: Its Value and Future," with Wes French, Michael Jacobs, Tim Mescon and Alex Patterson, presented at the Capital City Club – Brookhaven, January 11, 2006, Atlanta, GA.

"Family Business Finance," presented at the July 26, 2005 meeting of Loyola's Next Generation Leadership Institute, Loyola University Chicago Family Business Center, Chicago, IL.

"The Cost of Capital in Privately Held Firms: Assessing the Impact of Non-Financial Returns," with Joseph H. Astrachan, George E. Manners, Jr. and Pietro Mazzola, presented at the Babson-Kauffman Entrepreneurship Research Conference, June 9-11, 2005, Babson College, Babson Park, MA.

"Statistical Techniques and Royalty Rates in Patent Infringement Litigation," presented at the National Association of Certified Valuation Analysts' (NACVA's) Twelfth Annual Consultants' Conference, June 2-4, 2005, Philadelphia, PA.

"The Cost of Capital in a Family Business," with Joseph H. Astrachan, presented at the Family Business Forum, Cox Family Enterprise Center, November 17, 2004, Kennesaw State University, Kennesaw, Georgia.

"What is a Fair Return? And answers to other 'hard' questions," with George E. Manners, Jr. and Joseph H. Astrachan, presented at Loyola University Chicago's Family Business Center, October 21, 2004.

"What's Your Exit Plan," presented at the Greater Georgia Business Expo, September 14, 2004, The Cobb Galleria Centre, Cobb County, Georgia.

"Planning for Transitions," presented at the area meeting of the Georgia Tire Dealers and Retreaders Association, Inc, May 13, 2004, Atlanta, GA and at their annual meeting at Brasstown Valley Resort on July 31, 2004.

"A Public Choice Perspective of State Financial Incentives: An Application of Hotelling's Lemma," with Peter T. Calcagno, *Proceedings of the Society of Business Industry and Economics Annual Meeting* April 4-7, 2004, 146-147.

"Family Business Value: Economic Value Added and the Growth Capacity of the Firm," presented at the August 12, 2003 meeting of Loyola's Next Generation Leadership Institute, Loyola University Chicago Family Business Center, Chicago, IL.

"Royalty Rates in Patent Infringement Cases: A Look at Recent Court Decisions," with Budina Naydenova, presented at the international meeting of the National Association of Forensic Economics, January 30-February 1, 2003, St. Thomas, USVI.

"EVA in Family Business," presented at the Summer 2002 Family Business Forum, Cox Family Enterprise Center, August 28, 2002, Kennesaw State University, Kennesaw, GA.

Participation with M. Lyn Reagan, MPA, CPA, CVA (Certified Valuation Analyst), Bennett-Thrasher, Atlanta, GA, in delivering seminar to area Domestic Mediators and Judicial Officers (Fulton County), December 7, 2001.

"Valuing Long-Term Leases: A Case Study," with John D. Jackson and J. Philip Cook, presented at the International Applied Business Research Conference, March 14-21, 2001, Cancun, Mexico.

19

"Practice Cost Analysis:  A Traditional Cost Accounting Approach vs. A Marginal Analysis Approach," with Dwight Hooper, M.D., Georgia Academy of Family Practitioners (GAFP), November 3, 2000, Cobb Galleria, Marietta, GA.

"Informational Asymmetry and Occupational Regulation,"  Troy State University System-Wide Business Symposium Presentation and Proceedings, February 12-13, 1999.

## NEWSPAPER EDITORIALS

"Case of too many dollars chasing too few projects," Guest Column, *The Times-Herald*, Newnan, Georgia, May 12, 1999.

## PROFESSIONAL RECOGNITION & AWARDS

2006 Instructor of Exceptional (Highest) Distinction - Awarded by the National Association of Certified Valuation Analysts (NACVA) June, 2007.  This award is NACVA's highest category of recognition for instruction and was awarded to a select few.

2005 Instructor of Great Distinction - Awarded by the National Association of Certified Valuation Analysts (NACVA) June, 2006.

2004 Instructor of Great Distinction - Awarded by the National Association of Certified Valuation Analysts (NACVA) June, 2005.

2004 – Awarded the Aronoff Professorship of Family Business, an endowed position.

2003 - Instructor of Exceptional (Highest) Distinction - Awarded by the National Association of Certified Valuation Analysts (NACVA) June, 2004.  This award is NACVA's highest category of recognition for instruction and was awarded to a select few.

2002 - Instructor of Exceptional (Highest) Distinction - Awarded by the National Association of Certified Valuation Analysts (NACVA) May 29, 2003.  This award is NACVA's highest category of recognition for instruction and was awarded to a select few.

2001 - Instructor of Exceptional (Highest) Distinction - Awarded by the National Association of Certified Valuation Analysts (NACVA) May 22, 2002.  This award is NACVA's highest category of recognition for instruction and was awarded to only 8 out of 60+ instructors.

Coles College Outstanding Scholar Award 2001/2002 - Awarded May 13, 2002, Michael J. Coles College of Business, Kennesaw State University, Kennesaw, GA.  The Coles College employs more than 80 full-time tenured, or tenure-track faculty.

## PROFESSIONAL AFFILIATIONS, ACTIVITIES & EXAMINATIONS

Course Development & Instruction for Professional Organizations

Developed courses and served as an instructor for the National Association of Certified Valuation Analyst's (NACVA) Certified Forensic Financial Analyst (CFFA) Program, teaching Economics/Statistics courses (1 day, 8-hour courses, except where noted) on the following dates:

| Date | Place | Week |
|------|-------|------|
| August 15, 2001 | Chicago, IL | Three |
| October 3, 2001 | Washington, DC. | Three |
| October 15, 2001 | Orlando, FL | One |
| November 26, 2001 | Las Vegas, NV | One |
| August 13, 2002 | Toronto, Ontario | One |
| October 1, 2002 | Phoenix, AZ | One |
| November 12, 2002 | Atlanta, GA | One |
| September 16, 2003 | Washington, DC | One |
| October 28, 2003 | New Orleans, LA | One |
| July 22, 2004 | Salt Lake City, UT | One |
| September 21, 2004 | Boston, MA | One |
| October 19, 2004 | Chicago, IL | One |
| July 27, 2005 | Atlanta, GA | One |
| September 20, 2005 | Las Vegas, NV | One |
| November 1, 2005 | Jersey City, NJ | One |
| September 11, 2006 | San Antonio, TX | Advanced Course |
| September 12, 2006 | San Antonio, TX | Basic Course – Economics/Statistics |
| October 17, 2006 | Philadelphia, PA | Basic Course – Economics/Statistics |
| August 14, 2007 | Jersey City, NJ | Basic Course – Economics/Statistics |
| September 12, 2007 | Phoenix, AZ | Basic Course – Economics/Statistics |
| December 11, 2007 | Ft. Lauderdale, FL | Basic Course – Economics (4 Hours) |
| October 29, 2008 | San Antonio, TX | Advanced Damages – Economics/Statistics |
| December 10, 2008 | San Diego, CA | Advanced Damages – Economics/Statistics |

Participation in Specialized Courses

NACVA's (National Association of Certified Valuation Analysts) Business Valuation and Certification Training (40 hours), February 5-9, 2001, Atlanta, GA.

NACVA's Career Development Institute, Valuing Medical Practices (8 hours), August 28, 2000, Annapolis, MD.

NACVA's Litigation Consultant Training, August 30-September 1, 2000, Annapolis, MD:
    Commercial Damages-Legal Theory & Case Law (8 hours)
    Specialty Areas of Litigation (8 hours)
    Calculating Personal Losses and Business Losses (8 hours)

Prior Testimony Experience:

Pamela Garner vs. Northeast Georgia Medical Center – Trial (August 2009) – Personal Injury case – Superior Court of Hall County (GA) – Civil Action File No. 2007CV3525A. Attorneys (Plaintiff): Spence Johnson - Orr Brown & Johnson, LLP.

Janet B. Ayers vs. Georgia Department of Technical and Adult Education – Trial (June 2008) – Affidavit (CV and Economic Damages Report) admitted into evidence, no testimony – Wrongful Termination case – Superior Court of Fulton County, State of Georgia, Civil Action File No. 2006CV120300. Attorneys (Plaintiff): Kevin T. Moore, Atlanta, GA and Chandler Mason, Duluth, GA

Mindy Broda vs. Joan Dziwura and Winmark Homes, Inc. – Trial (March 2008), Deposition (January 2008) – Personal Injury case – State Court for the County of Dekalb, State of Georgia, Civil Action File No. 06A52302-6. Attorneys (Defense): Frederick A. Johnson and Stephanie Glickauf - The Law Firm of Harvey Berss, Duluth, GA.

Egbert Viamill vs. Royal Food – Deposition (September 2007) – Personal Injury case – State of Georgia. Attorney (Plaintiff): Gregory S. Shurman, LLC, Atlanta, GA.

Vickie Coleman vs. Jennifer A. Feenstra – Evidentiary Deposition (September 2007) – Personal injury case – Gwinnett State Court, State of Georgia. Attorney (Plaintiff): Edward D. Flynn, III - Flynn & Gottlieb, P.A.

Robert Mosher vs. GMS Services, Inc. and GMS Air Conditioning, Inc. – Deposition (September 2007) – Wrongful death case – State Court for the County of Dekalb, State of Georgia, Civil Action File No. 05A38905. Attorney (Defense): Cannon Alsobrook - Savell & Williams, Atlanta, GA.

Vickie Coleman vs. Jennifer A. Feenstra – Deposition (September 2007) – Personal injury case – Gwinnett State Court, State of Georgia. Attorney (Plaintiff): Edward D. Flynn, III - Flynn & Gottlieb, P.A.

Johns Manville vs. US Tsubaki, Inc., Motion Industries, Inc. and Walter Besser – Deposition (December 2006) – Lost profits case – Superior Court of Fulton County, State of Georgia, Civil Action File No. 2005-CV-103111. Attorneys (Defense): Matt Ashby - Savell & Williams, Atlanta, GA., David Sapp - Green, Johnson & Landers, LLP, Atlanta, GA.

Scott Fruchtman vs. Ellen Fruchtman – Deposition (January 2006) – Business valuation in a divorce – Superior Court of Cobb County, Civil Action File No. 04-1-9703-24. Attorney (Plaintiff): Alan C. Manheim, Marietta, GA.

Paige E. Steadman vs. Sara Lee Bakery Group, Inc., et al. – Deposition (October 2005) – Personal injury case – U.S. District Court for the Northern District of Georgia. Civil Action No. 1:03-CV-2035-CAP. Attorney (Plaintiff): John C. Bell, Jr. - Bell & James, Augusta, GA.

David A. Wood vs. Drug Transport, Inc. et.al. – Deposition (May 2004) – Personal injury case – Superior Court – State of Georgia. Attorney (Defense): Cristina Leon - Christopher D. Pixley, P.C. Atlanta, Georgia.

Voice-Tel Enterprises, LLC and Voicecom Telecommunications, LLC vs. JOBA, Inc and Digital Communication Services, Inc. – Deposition (March 2004) – U.S. District Court for the Northern District of Georgia (statistical sampling, econometric analysis, commercial damage calculations and business valuation) – September 2003-August 2005. Attorney (Plaintiff): Mary Donne Peters - Gorby, Reeves & Peters, P.C., Atlanta, Georgia.

Digital Communication Services, Inc. vs. Voice-Tel Enterprises, Inc. and Voicecom Telecommunications, Inc. – Deposition and Binding Arbitration Testimony (July 2003) – U.S. District Court for the Northern District of Georgia (econometric analysis, commercial damage calculations and business valuation) – June-July 2003. Attorney (Defense): Mary Donne Peters - Gorby, Reeves & Peters, P.C., Atlanta, Georgia.

| Member: | National Association of Forensic Economics |
| | National Association of Certified Valuation Analysts (NACVA) |
| | American Academy of Economic and Financial Experts |

Professional Examinations:     NASD Series 6 – Investment Company/Variable Contracts Registered Representative's Examination – June 2000
NASD Series 65 – Uniform Investment Adviser Law Examination – December 1999

Journal Editorial Review Board: *Journal of Executive Education,* 2001-present. *Journal of Business Valuation and Economic Loss Analysis*, 2006-present.

Reviewer: *Journal of Executive Education, Family Business Review, Journal of Forensic Economics, Journal of Business Valuation and Economic Loss Analysis*

## NON-ACADEMIC EXPERIENCE

**LECG, LLC, Salt Lake City, Utah:** Affiliate Member. Litigation and Consulting Services. May 2003-April 2008.

**Integrity Rehabilitation & Testing, Lawrenceville, GA:** Economic and Financial Expert. Project economic damages based on information provided by Life Care Planners and Rehabilitation Specialists in personal injury litigation. February 2003 – present.

**Convenience Store, Dublin, GA:** Owner and operator. Optioned location, conducted marketing surveys, negotiated construction and permanent financing, acted as general contractor, and trained staff. September 1988 - July 1989 (project inception - store opening), July 1989 - June 1990 (operation of store - negotiation of sale).

**Adams and Lumley Construction Co., Dublin, GA:** President. Company specialized in residential (primarily custom-built) and small commercial construction in the Dublin, GA area. March 1985 - March 1989 (corporation dissolved).

**Coastal Waffles, Inc., Dublin, GA:** Secretary of the Corporation and Controller. Responsible for all accounting functions (except yearly tax returns), including monthly P&L, balance sheet, and quarterly tax reports for 11 restaurants (Waffle House Franchisee) in a family owned business. I worked in the business from August 1979 – August 1980 and from September 1982 - March 1989. The business was sold in March 1989 and I participated and played a significant role in the negotiations for the sale of the business.

**WWG Industries (Trend/Roxbury Carpet), Rome, GA:** Credit Analyst. Responsible for analyzing mercantile credit applications for this carpet manufacturer for the southeastern U. S.; also responsible for handling selected collection accounts. February 1981 - April 1982.

# Principles of Econometrics  — 2007
## Third Edition

**R. Carter Hill**
*Louisiana State University*

**William E. Griffiths**
*University of Melbourne*

**Guay C. Lim**
*University of Melbourne*

1807
WILEY
2007

BICENTENNIAL

John Wiley & Sons, Inc.

EXHIBIT
B-2

... of the presence of **irrelevant variables**. To see the effect of irrelevant variables, ... two artificially generated variables $X_5$ and $X_6$ to (6.24). These variables were ... so that they are correlated with *HEDU* and *WEDU*, but are not expected to ... family income. The resulting estimated equation is

$$...C_i = -7759 + 3340\,HEDU_i + 5869\,WEDU_i - 14200\,KL6_i + 889X_{i5} - 1067X_{i6}$$

... (11195) (1250)        (2278)        (5044)     (2242)     (1982)

... (0.500) (0.008)        (0.010)        (0.005)     (0.692)    (0.591)

... we observe from these estimates? First, as expected, the coefficients of $X_5$ and $X_6$ ... values greater than 0.05. They do indeed appear to be irrelevant variables. Also, the ... errors of the coefficients estimated for all other variables have increased, with ... increasing correspondingly. The inclusion of irrelevant variables has reduced the ... of the estimated coefficients for other variables in the equation. This result follows ... by the Gauss–Markov theorem, the least squares estimator of the correct model is ... mum variance linear unbiased estimator.

## ... CHOOSING THE MODEL

... ssibilities of omitted-variable bias or inflated variances from irrelevant variables ... that it is important to specify an appropriate set of explanatory variables. Unfortu-... doing so is often not an easy task. There is no one set of mechanical rules that can be ... to come up with the best model. What is needed is an intelligent application of both ... cal knowledge and the outcomes of various statistical tests. Better choices come ... experience. What is important is to recognize ways of assessing whether a model is ... ble or not. Some points worth keeping in mind are as follows:

Choose variables and a functional form on the basis of your theoretical and general understanding of the relationship.

If an estimated equation has coefficients with unexpected signs, or unrealistic magnitudes, they could be caused by a misspecification such as the omission of an important variable.

One method for assessing whether a variable or a group of variables should be included in an equation is to perform significance tests. That is, $t$-tests for hypotheses such as $H_0 : \beta_3 = 0$ or $F$-tests for hypotheses such as $H_0 : \beta_3 = \beta_4 = 0$. Failure to reject hypotheses such as these can be an indication that the variable(s) are irrelevant. However, it is important to remember that failure to reject a null hypothesis can also occur if the data are not sufficiently rich to disprove the hypothesis. More will be said about poor data in the next section. For the moment we note that, when a variable has an insignificant coefficient, it can either be (a) discarded as an irrelevant variable or (b) retained because the theoretical reason for its inclusion is a strong one.

The adequacy of a model can be tested using a general specification test known as RESET. We conclude this section with a description of this test.

## ... a  The RESET Test

... ing for model misspecification is a way of asking is our model adequate, or can we ... ove on it? It could be misspecified if we have omitted important variables, included ... vant ones, chosen a wrong functional form, or have a model that violates the

assumptions of the multiple regression model. The RESET test (Regression Specification Error Test) is designed to detect omitted variables and incorrect functional form. It proceeds as follows.

Suppose that we have specified and estimated the regression model

$$y_i = \beta_1 + \beta_2 x_{i2} + \beta_3 x_{i3} + e_i$$

Let $(b_1, b_2, b_3)$ be the least squares estimates and let

$$\hat{y}_i = b_1 + b_2 x_{i2} + b_3 x_{i3} \qquad (6.25)$$

be the predicted values of $y_i$. Consider the following two artificial models

$$y_i = \beta_1 + \beta_2 x_{i2} + \beta_3 x_{i3} + \gamma_1 \hat{y}_i^2 + e_i \qquad (6.26)$$

$$y_i = \beta_1 + \beta_2 x_{i2} + \beta_3 x_{i3} + \gamma_1 \hat{y}_i^2 + \gamma_2 \hat{y}_i^3 + e_i \qquad (6.27)$$

In (6.26) a test for misspecification is a test of $H_0 : \gamma_1 = 0$ against the alternative $H_1 : \gamma_1 \neq 0$. In (6.27), testing $H_0 : \gamma_1 = \gamma_2 = 0$ against $H_1 : \gamma_1 \neq 0$ and/or $\gamma_2 \neq 0$ is a test for misspecification. In the first case a $t$- or an $F$-test can be used. An $F$-test is required for the second equation. Rejection of $H_0$ implies the original model is inadequate and can be improved. A failure to reject $H_0$ says the test has not been able to detect any misspecification.

To understand the idea behind the test, note that $\hat{y}_i^2$ and $\hat{y}_i^3$ will be polynomial functions of $x_{i2}$ and $x_{i3}$. If you square and cube both sides of (6.25), you will get terms like $x_{i2}^2$, $x_{i3}^3$, $x_{i2} x_{i3}$, $x_{i2} x_{i3}^2$, and so on. Since polynomials can approximate many different kinds of functional forms, if the original functional form is not correct the polynomial approximation that includes $\hat{y}_i^2$ and $\hat{y}_i^3$ may significantly improve the fit of the model. If it does, this fact will be detected through nonzero values of $\gamma_1$ and $\gamma_2$. Furthermore, if we have omitted variables, and these variables are correlated with $x_{i2}$ and $x_{i3}$, then they are also likely to be correlated with terms like $x_{i2}^2$ and $x_{i3}^3$, and so some of their effect may be picked up by including the terms $\hat{y}_i^2$ and/or $\hat{y}_i^3$. Overall, the general philosophy of the test is: If we can significantly improve the model by artificially including powers of the predictions of the model, then the original model must have been inadequate.

Applying the two RESET tests in (6.26) and (6.27) to the family income equation in (6.24) yields the following results

$$H_0 : \gamma_1 = 0 \qquad F = 5.984 \qquad p\text{-value} = 0.015$$

$$H_0 : \gamma_1 = \gamma_2 = 0 \qquad F = 3.123 \qquad p\text{-value} = 0.045$$

In both cases the null hypothesis of no misspecification is rejected at a 5% significance level. So, although this equation was a useful one for illustrating the effect of omitted-variable bias, it could be improved upon as a model for explaining family income. Perhaps age and experience could be included in the model, along with whether the household is in a city or the country. Perhaps the linear functional form is inappropriate.

Although the RESET test is often useful for picking up poorly specified models, it needs to be kept in mind that it will not always discriminate between alternative models. For example, if two different functional forms are being considered for a particular relationship, it is possible for RESET to reject neither of them.

# A GUIDE TO ECONOMETRICS

$- 1998$

## FOURTH EDITION

**PETER KENNEDY**

Simon Fraser University

**The MIT Press**
**Cambridge, Massachusetts**

EXHIBIT

tabbies®

$B\text{-}3$

...ining the data and of explaining the successes and failures of rival models in accounting for the same data.

(7) Bounds on the range of results corresponding to different reasonable specifications should be reported, rather than just providing the results of the specification eventually adopted, and the path taken to the selection of this specification should be fully reported.

## 5.4  MISSPECIFICATION TESTS/DIAGNOSTICS

Despite the protestations of fragility analysis advocates, testing has come to play a more and more prominent role in econometric work. Thanks to the ingenuity of econometric theorists, and the power of asymptotic algebra, an extremely large number of tests have been developed, seemingly catering to practitioners' every possible need, but at the same time courting confusion because of unknown small-sample properties, suspicions of low power, and often-conflicting prescriptions. It is not possible in this book to discuss all or even a majority of these tests. The more prominent among them are discussed briefly in later chapters when it is relevant to do so; before moving on to these chapters, however, it may be useful to have an overview of tests used for specification purposes. They fall into several categories.

(1) *Omitted variable (OV) tests*   $F$ and $t$ tests for zero restrictions on (or, more generally, linear combinations of) the parameters, as discussed in chapter 4, are commonly used for specification purposes. Several more complicated tests, such as Hausman tests, can be reformulated as OV tests in an artificial regression, greatly simplifying testing.

(2) *RESET tests*   RESET tests, discussed in chapter 6, are used to test for whether unknown variables have been omitted from a regression specification, and are not to be confused with OV tests that test for zero coefficients on known variables. They can also be used to detect a misspecified functional form.

(3) *Tests for functional form*   Two types of tests for functional form are available, as discussed in chapter 6. The first type, such as tests based on recursive residuals and the rainbow test, does not specify a specific alternative functional form. For the second type, functional form is tested by testing a restriction on a more general functional form, such as a Box–Cox transformation.

(4) *Tests for structural change*   In this category fall tests for parameter constancy, discussed in chapter 6, such as Chow tests, cusum and cusum-of-squares tests, and predictive failure (or post-sample prediction) tests.

(5) *Tests for outliers*   These tests, among which are included tests for normality, are sometimes used as general tests for misspecification. Examples

**80** SPECIFICATION

This last distinction is particularly relevant for this chapter. A prominent feature of the list of general principles given earlier is the use of misspecification tests, the more common of which are often referred to as diagnostics. These tests are designed to detect an inadequate specification (as opposed to "specification" tests, which examine the validity of a specific alternative). There have been calls for researchers to submit their models to misspecification tests as a matter of course, and it is becoming common for computer packages automatically to print out selected diagnostics.

Of the tests listed above, several fall into the misspecification category. Possibly the most prominent are the non-spherical error tests. As stressed in chapter 8, a significant value for the DW statistic could be due to several misspecifications (an omitted variable, a dynamic misspecification, or an incorrect functional form), not just to autocorrelated errors, the usual conclusion drawn by those following the AER methodology. The same is true of tests for heteroskedasticity. As noted in chapter 6, significant values of RESET could be due to an incorrect functional form, and tests for structural break and the first type of functional form test statistic could be significant because of a structural break, an omitted variable or an incorrect functional form. So these tests should be viewed as misspecification tests. Outliers could arise from a variety of specification errors, so they also can be classified as misspecification tests.

It could be argued that the misspecification tests mentioned in the preceding paragraph are to some extent specification tests because they can be associated with one or more specific classes of alternatives that have inspired their construction. Because of this they are discussed in later chapters when that class of alternative is addressed. Three of the tests listed above, however, are sufficiently general in nature that there is no obvious alternative specification determining where they should appear in later chapters. These are data transformation tests, non-nested tests, and conditional moment tests.

*Data transformation tests*   The idea behind data transformation tests is that if the null hypothesis of a linear functional form with a set of specific explanatory variables is correct, then estimating with raw data should yield coefficient estimates very similar to those obtained from using linearly transformed data. If the two sets of estimated coefficients are not similar, one can conclude that the null hypothesis is not correct, but one cannot draw any conclusion about which dimension of that null hypothesis is incorrect, since many different misspecifications could have given rise to this discrepancy. Choosing a specific transformation, and formalizing what is meant by "very similar," produces a test statistic. Fortunately, as explained in the technical notes, data transformation tests have been shown to be equivalent to OV tests, greatly simplifying their application.

*Non-nested tests*   Two models are non-nested (or "separate") if one cannot be obtained from the other by imposing a restriction. The importance of this distinction is that in this circumstance it is not possible to follow the usual testing methodology, namely to employ a test of the restriction as a specification test. Non-nested hypothesis tests provide a means of testing the specification of

Case 1:98-cv-00785-RLY-DML   Document 110-3   Filed 02/17/10   Page 35 of 60 PageID #: 1664

down" to obtain a final specification. ... ... proach is followed, the question arises as to what critical value of the relevant $t$ or $F$ statistic should be employed to operationalize the testing procedure. An obvious possibility is the traditional 5% value, perhaps adjusted downwards if several tests are to be performed. An alternative, as mentioned in the general notes to section 4.5, is to use a critical value of unity, implying maximization of adjusted $R^2$. Several other suggestions for critical values correspond to maximization of alternative adjusted forms of $R^2$, with slightly different trade-offs between goodness of fit and parsimony (number of explanatory variables). These are usually formalized in terms of finding the set of explanatory variables that minimizes a specific function of the sum of squared errors and the number of explanatory variables. The more popular of these model selection criteria are the Akaike information criterion (AIC), Amemiya's prediction criterion (PC), and the Schwarz criterion (SC), which are discussed in the general notes.

Unfortunately there are no unequivocal means of testing for whether an unknown explanatory variable has been omitted, mainly because other misspecifications, such as incorrect functional form, affect available tests. Many of the misspecification tests discussed in chapter 5 are used to check for an omitted explanatory variable. Particularly popular in this regard are tests for serial correlation in the errors (discussed in chapter 8), since any cyclical movement in an omitted variable will be transmitted to the OLS residuals.

Also popular is the RESET test. When a relevant variable is omitted from a model, the "disturbance" term of the false model incorporates the influence of the omitted variable. If some variable or set of variables $Z$ can be used as a proxy for the (unknown) omitted variable(s), a specification error test can be formed by examining $Z$'s relationship to the false model's error term. The RESET (regression specification error test) does this by adding $Z$ to the set of regressors and then testing $Z$'s set of coefficient estimates against the zero vector by means of a traditional $F$ test. There are two popular choices of $Z$: the squares, cubes and fourth powers of the predicted dependent variable, and the squares, cubes and fourth powers of the explanatory variables.

## 6.3  NONLINEARITY

The first assumption of the CLR model specifies that the functional form of the relationship to be estimated is linear. Running an OLS regression when this is not true is clearly unsatisfactory, since parameter estimates not only are biased but also are without meaning except in so far as the linear functional form can be interpreted as an approximation to a nonlinear functional form. Functional forms popular in applied econometric work are summarized in the technical notes to this section.

The OLS procedure must be revised to handle a nonlinear functional form. These revisions fall into two categories.

## (2) COMPUTER-ASSISTED NUMERICAL TECHNIQUES

Some nonlinear functions cannot be transformed into a linear form. The Cobb-Douglas production function is an example of this, as is the Cobb-Douglas function with an additive, rather than a multiplicative, disturbance. In these cases econometricians turn to either nonlinear least squares or maximum likelihood methods, both of which require computer search procedures. In nonlinear least squares the computer uses an iterative technique to find those values of the parameters in the relationship that cause the sum of squared residuals to be minimized. It starts with approximate guesses of the parameter values and computes the residuals, and then the sum of squared residuals; next, it changes one of the parameter values slightly, recomputes the residuals and sees if the sum of squared residuals becomes larger or smaller. It keeps changing parameter values in directions that lead to smaller sums of squared residuals until it finds the set of parameter values that, when changed slightly in any direction, causes the sum of squared residuals to rise. These parameter values are the least squares estimates in the nonlinear context. A good initial guess of the parameter values is necessary to ensure that the procedure reaches a global and not a local minimum for the sum of squared residuals. For maximum likelihood estimation a similar computer search technique is used to find parameter values that maximize the likelihood function. See the technical notes for a discussion of the way in which computer searches are structured, some of which have led to the development of new estimators.

In general, the desirable properties of the OLS estimator in the CLR model do not carry over to the nonlinear least squares estimator. For this reason the maximum likelihood estimator is usually chosen in preference to the nonlinear least squares estimator. The two techniques are identical whenever the dependent variable is determined by a nonlinear function of the independent variables plus a normally distributed, additive disturbance.

There are five main methods of testing for nonlinearity.

(1) *RESET*   Although the Regression Equation Specification Error Test was designed to be used to test for missing regressors, it turns out to be powerful for detecting nonlinearities. This weakens its overall attractiveness, since rejection of a model could be due to either a nonlinearity or an omitted explanatory variable. (No test can discriminate between unknown omitted variables and unknown functional form: a strong case can be made that the RESET test can only test for functional form.)

(2) *Recursive residuals*   The $n$th recursive residual is the error in predicting the $n$th observation using parameters estimated from a linear regression employing the first $n-1$ observations. If the true functional form is nonlinear, then, if the data are ordered according to the variable entering nonlinearly, these residuals could become either all positive or all negative, a result that can be exploited to test for nonlinearity.

# BASIC ECONOMETRICS

FOURTH EDITION

## Damodar N. Gujarati

United States Military Academy, West Point



Boston   Burr Ridge, IL   Dubuque, IA   Madison, WI   New York   San Francisco   St. Louis
Bangkok   Bogotá   Caracas   Kuala Lumpur   Lisbon   London   Madrid   Mexico City
Milan   Montreal   New Delhi   Santiago   Seoul   Singapore   Sydney   Taipei   Toronto

*10*

EXHIBIT

*B-4*

# *McGraw-Hill Higher Education*

### *A Division of The McGraw-Hill Companies*

**BASIC ECONOMETRICS**
Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc. 1221 Avenue of the
Americas, New York, NY, 10020. Copyright © 2003, 1995, 1988, 1978, by The McGraw-Hill Companies,
Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any
means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill
Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission,
or broadcast for distance learning.
Some ancillaries, including electronic and print components, may not be available to customers outside
the United States.

This book is printed on acid-free paper.

domestic     1 2 3 4 5 6 7 8 9 0 DOC/DOC 0 9 8 7 6 5 4 3 2
international 1 2 3 4 5 6 7 8 9 0 DOC/DOC 0 9 8 7 6 5 4 3 2

ISBN  0-07-233542-4

Publisher:  *Gary Burke*
Executive sponsoring editor:  *Lucille Sutton*
Developmental editor:  *Aric Bright*
Marketing manager:  *Martin D. Quinn*
Associate project manager:  *Catherine R. Schultz*
Senior production supervisor:  *Lori Koetters*
Senior designer:  *Jenny El-Shamy*
Media producer:  *Melissa Kansa*
Supplement producer:  *Erin Sauder*
Cover design:  *Jamie O'Neal*
Typeface:  *10/12 New Aster*
Compositor:  *Interactive Composition Corporation*
Printer:  *R. R. Donnelley & Sons Company*

Library of Congress Control Number: 2001099577

INTERNATIONAL EDITION ISBN 0-07-112342-3
Copyright © 2003. Exclusive rights by The McGraw-Hill Companies, Inc. for manufacture and export.
This book cannot be re-exported from the country to which it is sold by McGraw-Hill.
The International Edition is not available in North America.

www.mhhe.com

*//*

# BRIEF CONTENTS

| | | | |
|---|---|---|---|
| | PREFACE | | xxv |
| | Introduction | | 1 |
| PART | I | SINGLE-EQUATION REGRESSION MODELS | 15 |
| | 1 | The Nature of Regression Analysis | 17 |
| | 2 | Two-Variable Regression Analysis: Some Basic Ideas | 37 |
| | 3 | Two-Variable Regression Model: The Problem of Estimation | 58 |
| | 4 | Classical Normal Linear Regression Model (CNLRM) | 107 |
| | 5 | Two-Variable Regression: Interval Estimation and Hypothesis Testing | 119 |
| | 6 | Extensions of the Two-Variable Linear Regression Model | 164 |
| | 7 | Multiple Regression Analysis: The Problem of Estimation | 202 |
| | 8 | Multiple Regression Analysis: The Problem of Inference | 248 |
| | 9 | Dummy Variable Regression Models | 297 |
| PART | II | RELAXING THE ASSUMPTIONS OF THE CLASSICAL MODEL | 335 |
| | 10 | Multicollinearity: What Happens if the Regressors Are Correlated | 341 |
| | 11 | Heteroscedasticity: What Happens if the Error Variance Is Nonconstant? | 387 |
| | 12 | Autocorrelation: What Happens if the Error Terms Are Correlated | 441 |
| | 13 | Econometric Modeling: Model Specification and Diagnostic Testing | 506 |

/2

**2.** What types of model specification errors is one likely to encounter in practice?

**3.** What are the consequences of specification errors?

**4.** How does one detect specification errors? In other words, what are some of the diagnostic tools that one can use?

**5.** Having detected specification errors, what remedies can one adopt and with what benefits?

**6.** How does one evaluate the performance of competing models?

The topic of model specification and evaluation is vast, and very extensive empirical work has been done in this area. Not only that, but there are philosophical differences on this topic. Although we cannot do full justice to this topic in one chapter, we hope to bring out some of the essential issues involved in model specification and model evaluation.

## MODEL SELECTION CRITERIA

According to Hendry and Richard, a model chosen for empirical analysis should satisfy the following criteria[4]:

**1.** *Be data admissible;* that is, predictions made from the model must be logically possible.

**2.** *Be consistent with theory;* that is, it must make good economic sense. For example, if Milton Friedman's **permanent income hypothesis** holds, the intercept value in the regression of permanent consumption on permanent income is expected to be zero.

**3.** *Have weakly exogenous regressors;* that is, the explanatory variables, or regressors, must be uncorrelated with the error term.

**4.** *Exhibit parameter constancy;* that is, the values of the parameters should be stable. Otherwise, forecasting will be difficulty. As Friedman notes, "The only relevant test of the validity of a hypothesis [model] is comparison of its predictions with experience."[5] In the absence of parameter constancy, such predictions will not be reliable.

**5.** *Exhibit data coherency;* that is, the residuals estimated from the model must be purely random (technically, white noise). In other words, if the regression model is adequate, the residuals from this model must be white noise. If that is not the case, there is some specification error in the model. Shortly, we will explore the nature of specification error(s).

**6.** *Be encompassing;* that is, the model should *encompass* or include all the rival models in the sense that it is capable of explaining their results. In short, other models cannot be an improvement over the chosen model.

---

[4]D. F. Hendry and J. F. Richard, "The Econometric Analysis of Economic Time Series," *International Statistical Review,* vol. 51, 1983, pp. 3–33.

[5]Milton Friedman, "The Methodology of Positive Economics," in *Essays in Positive Economics,* University of Chicago Press, Chicago, 1953, p. 7.

*13*

between the Keynesians and the monetarists. The monetarists give primac[?] to money in explaining changes in GDP, whereas the Keynesians emphasiz[?] the role of government expenditure to explain changes in GDP. So to spea[?] there are two competing models.

In what follows, we will first consider model specification errors and the[?] examine model mis-specification errors.

## 13.3  CONSEQUENCES OF MODEL SPECIFICATION ERRORS

Whatever the sources of specification errors, what are the consequences? T[?] keep the discussion simple, we will answer this question in the context [?] the three-variable model and consider in this section the first two types [?] specification errors discussed earlier, namely, (1) **underfitting a mode[?]** that is, omitting relevant variables, and (2) **overfitting a model**, that is, in[?] cluding unnecessary variables. Our discussion here can be easily genera[?] ized to more than two regressors, but with tedious algebra[6]; matrix algeb[?] becomes almost a necessity once we go beyond the three-variable case.

### Underfitting a Model (Omitting a Relevant Variable)

Suppose the true model is:

$$Y_i = \beta_1 + \beta_2 X_{2i} + \beta_3 X_{3i} + u_i \tag{13.3.[?]}$$

but for some reason we fit the following model:

$$Y_i = \alpha_1 + \alpha_2 X_{2i} + v_i \tag{13.3.[?]}$$

The consequences of omitting variable $X_3$ are as follows:

**1.** If the left-out, or omitted, variable $X_3$ is correlated with the inclu[?] variable $X_2$, that is, $r_{23}$, the correlation coefficient between the two variab[?] is *nonzero*, $\hat{\alpha}_1$ and $\hat{\alpha}_2$ are *biased as well as inconsistent*. That is, $E(\hat{\alpha}_1) \neq$ [?] and $E(\hat{\alpha}_2) \neq \beta_2$, and the bias does not disappear as the sample size g[?] larger.

**2.** Even if $X_2$ and $X_3$ are not correlated, $\hat{\alpha}_1$ is biased, although $\hat{\alpha}_2$ is n[?] unbiased.

**3.** The disturbance variance $\sigma^2$ is incorrectly estimated.

**4.** The conventionally measured variance of $\hat{\alpha}_2 (= \sigma^2 / \sum x_{2i}^2)$ is a bia[?] estimator of the variance of the true estimator $\hat{\beta}_2$.

**5.** In consequence, the usual confidence interval and hypothesis-testi[?] procedures are likely to give misleading conclusions about the statisti[?] significance of the estimated parameters.

---

[6]But see exercise 13.32.

*14*

6. As another consequence, the forecasts based on the incorrect model and the forecast (confidence) intervals will be unreliable.

Although proofs of each of the above statements will take us far afield,[7] it is shown in Appendix 13A, Section 13A.1, that

$$E(\hat{\alpha}_2) = \beta_2 + \beta_3 b_{32} \qquad (13.3.3)$$

where $b_{32}$ is the slope in the regression of the excluded variable $X_3$ on the included variable $X_2$ ($b_{32} = \sum x_{3i} x_{2i} / \sum x_{2i}^2$). As (13.3.3) shows, $\hat{\alpha}_2$ is biased, unless $\beta_3$ or $b_{32}$ or both are zero. We rule out $\beta_3$ being zero, because in that case we do not have specification error to begin with. The coefficient $b_{32}$ will be zero if $X_2$ and $X_3$ are uncorrelated, which is unlikely in most economic data.

Generally, however, the extent of the bias will depend on the *bias term* $\beta_3 b_{32}$. If, for instance, $\beta_3$ is positive (i.e., $X_3$ has a positive effect on $Y$) and $b_{32}$ is positive (i.e., $X_2$ and $X_3$ are positively correlated), $\hat{\alpha}_2$, on average, will overestimate the true $\beta_2$ (i.e., positive bias). But this result should not be surprising, for $X_2$ represents not only its *direct effect* on $Y$ but also its *indirect effect* (via $X_3$) on $Y$. In short, $X_2$ gets credit for the influence that is rightly attributable to $X_3$, the latter prevented from showing its effect explicitly because it is not "allowed" to enter the model. As a concrete example, consider the example discussed in Chapter 7.

---

**ILLUSTRATIVE EXAMPLE: CHILD MORTALITY REVISITED**

Regressing child mortality (CM) on per capita GNP (PGNP) and female literacy rate (FLR), we obtained the regression results shown in Eq. (7.6.2), giving the partial slope coefficient values of the two variables as −0.0056 and −2.2316, respectively. But if we now drop the FLR variable, we obtain the results shown in Eq. (7.7.2). If we regard (7.6.2) as the correct model, then (7.7.2) is a misspecified model in that it omits the relevant variable FLR. Now you can see that in the correct model the coefficient of the PGNP variable was −0.0056, whereas in the "incorrect" model (7.7.2) it is now −0.0114.

In absolute terms, now PGNP has a greater impact on CM as compared with the true model. But if we regress FLR on PGNP (regression of the excluded variable on the included variable), the slope coefficient in this regression [$b_{32}$ in terms of Eq. (13.3.3)] is 0.00256.[8] This suggests that as PGNP increases by a unit, on average, FLR goes up by 0.00256 units. But if FLR goes up by these units, its effect on CM will be (−2.2316)(0.00256) = $\hat{\beta}_3 b_{32}$ = −0.00543.

Therefore, from (13.3.3) we finally have ($\hat{\beta}_2 + \hat{\beta}_3 b_{32}$) = {−0.0056 + (−2.2316)(0.00256)} ≈ −0.0111, which is about the value of the PGNP coefficient obtained in the incorrect model (7.7.2).[8] As this example illustrates, the true impact of PGNP on CM is much less (−0.0056) than that suggested by the incorrect model (7.7.2), namely, (−0.0114).

---

[7]For an algebraic treatment, see Jan Kmenta, *Elements of Econometrics*, Macmillan, New York, 1971, pp. 391–399. Those with a matrix algebra background may want to consult J. Johnston, *Econometrics Methods*, 4th ed., McGraw-Hill, New York, 1997, pp. 119–112.

[8]The regression results are:

$$\widehat{FLR} = 47.5971 + 0.00256 PGNP$$
$$se = (3.5553) \quad (0.0011) \quad r^2 = 0.0721$$

[9]Note that in the true model $\hat{\beta}_2$ and $\hat{\beta}_3$ are unbiased estimates of their true values.

*15*

Case 1:08-cv-00785-RLY-DML   Document 110-3   Filed 02/17/10   Page 43 of 60 PageID #: 1672

Oct 22 09 02:09a     A. Frank Adams, III     678-493-7998          p.16

specification errors. The remedies are clear: Introduce the quadratic and cubic terms in the linear cost function and the cubic term in the quadratic cost function. In short, run the cubic cost model.

**Ramsey's RESET Test.** Ramsey has proposed a general test of specification error called RESET (regression specification error test).[24] Here we will illustrate only the simplest version of the test. To fix ideas, let us continue with our cost-output example and assume that the cost function is linear in output as

$$Y_i = \lambda_1 + \lambda_2 X_i + u_{3i} \qquad (13.4.6)$$

where $Y =$ total cost and $X =$ output. Now if we plot the residuals $\hat{u}_i$ obtained from this regression against $\hat{Y}_i$, the estimated $Y_i$ from this model, we get the picture shown in Figure 13.2. Although $\sum \hat{u}_i$ and $\sum \hat{u}_i \hat{Y}_i$ are necessarily zero



**FIGURE 13.2**   Residuals $\hat{u}_i$ and estimated $Y$ from the linear cost function: $Y_i = \lambda_1 + \lambda_2 X_i + u_i$.

[24]J. B. Ramsey, "Tests for Specification Errors in Classical Linear Least Squares Regression Analysis," *Journal of the Royal Statistical Society,* series B, vol. 31, 1969, pp. 350–371.

*16*

(why? see Chapter 3), the residuals in this figure show a pattern in which their mean changes systematically with $\hat{Y}_i$. This would suggest that if we introduce $\hat{Y}_i$ in some form as regressor(s) in (13.4.6), it should increase $R^2$. And if the increase in $R^2$ is statistically significant (on the basis of the $F$ test discussed in Chapter 8), it would suggest that the linear cost function (13.4.6) was mis-specified. This is essentially the idea behind RESET. The steps involved in RESET are as follows:

**1.** From the chosen model, e.g., (13.4.6), obtain the estimated $Y_i$, that is, $\hat{Y}_i$.

**2.** Rerun (13.4.6) introducing $\hat{Y}_i$ in some form as an additional regressor(s). From Figure 13.2, we observe that there is a curvilinear relationship between $\hat{u}_i$ and $\hat{Y}_i$, suggesting that one can introduce $\hat{Y}_i^2$ and $\hat{Y}_i^3$ as additional regressors. Thus, we run

$$Y_i = \beta_1 + \beta_2 X_i + \beta_3 \hat{Y}_i^2 + \beta_4 \hat{Y}_i^3 + u_i \qquad (13.4.7)$$

**3.** Let the $R^2$ obtained from (13.4.7) be $R^2_{\text{new}}$ and that obtained from (13.4.6) be $R^2_{\text{old}}$. Then we can use the $F$ test first introduced in (8.5.18), namely,

$$F = \frac{(R^2_{\text{new}} - R^2_{\text{old}})/\text{number of new regressors}}{(1 - R^2_{\text{new}})/(n - \text{number of parameters in the new model})} \qquad (8.5.18)$$

to find out if the increase in $R^2$ from using (13.4.7) is statistically significant.

**4.** If the computed $F$ value is significant, say, at the 5 percent level, we can accept the hypothesis that the model (13.4.6) is mis-specified.

Returning to our illustrative example, we have the following results (standard errors in parentheses):

$$\hat{Y}_i = 166.467 + 19.933X_i \qquad (13.$$
$$\qquad (19.021) \quad (3.066) \qquad R^2 = 0.8409$$

$$\hat{Y}_i = 2140.7223 + 476.6557X_i - 0.09187\hat{Y}_i^2 + 0.000119\hat{Y}_i^3$$
$$\qquad (132.0044) \quad (33.3951) \quad (0.00620) \quad (0.0000074) \qquad (13.$$
$$\qquad R^2 = 0.9983$$

*Note:* $\hat{Y}_i^2$ and $\hat{Y}_i^3$ in (13.4.9) are obtained from (13.4.8).
Now applying the $F$ test we find

$$F = \frac{(0.9983 - 0.8409)/2}{(1 - 0.9983)/(10 - 4)} \qquad (13.$$
$$= 284.4035$$

*17*

The reader can easily verify that this $F$ value is highly significant, indicating that the model (13.4.8) is mis-specified. Of course, we have reached the same conclusion on the basis of the visual examination of the residuals as well as the Durbin–Watson $d$ value.

One advantage of RESET is that it is easy to apply, for it does not require one to specify what the alternative model is. But that is also its disadvantage because knowing that a model is mis-specified does not help us necessarily in choosing a better alternative.

**Lagrange Multiplier (LM) Test for Adding Variables.** This is an alternative to Ramsey's RESET test. To illustrate this test, we will continue with the preceding illustrative example.

If we compare the linear cost function (13.4.6) with the cubic cost function (13.4.4), the former is a *restricted version* of the latter (recall our discussion of **restricted least-squares** from Chapter 8). The restricted regression (13.4.6) assumes that the coefficients of the squared and cubed output terms are equal to zero. To test this, the LM test proceeds as follows:

1. Estimate the restricted regression (13.4.6) by OLS and obtain the residuals, $\hat{u}_i$.

2. If in fact the unrestricted regression (13.4.4) is the true regression, the residuals obtained in (13.4.6) should be related to the squared and cubed output terms, that is, $X_i^2$ and $X_i^3$.

3. This suggests that we regress the $\hat{u}_i$ obtained in Step 1 on all the regressors (including those in the restricted regression), which in the present case means

$$\hat{u}_i = \alpha_1 + \alpha_2 X_i + \alpha_3 X_i^2 + \alpha_4 X_i^3 + v_i \qquad (13.4.11)$$

where $v$ is an error term with the usual properties.

4. For large-sample size, Engle has shown that $n$ (the sample size) times the $R^2$ estimated from the (auxiliary) regression (13.4.11) follows the chi-square distribution with df equal to the number of restrictions imposed by the restricted regression, two in the present example since the terms $X_i^2$ and $X_i^3$ are dropped from the model.[25] Symbolically, we write

$$nR^2 \underset{\text{asy}}{\sim} \chi^2_{(\text{number of restrictions})} \qquad (13.4.12)$$

where asy means asymptotically, that is, in large samples.

5. If the chi-square value obtained from (13.4.12) exceeds the critical chi-square value at the chosen level of significance, we reject the restricted regression. Otherwise, we do not reject it.

---

[25] R. F. Engle, "A General Approach to Lagrangian Multiplier Model Diagnostics," *Journal of Econometrics*, vol. 20, 1982, pp. 83–104.

*18*



## BECOME A SUBSCRIBER!
### Did you purchase this product from a bookstore?

If you did, it's important for you to become a subscriber. John Wiley & Sons, Inc., may publish, on a periodic basis, supplements and new editions to reflect the latest changes in the subject matter that you *need to know* to stay competitive in this ever-changing industry. By contacting the Wiley office nearest you, you'll receive any current update at no additional charge. In addition, you'll receive future updates and revised or related volumes on a 30-day examination review.

If you purchased this product directly from John Wiley & Sons, Inc., we have already recorded your subscription for this update service.

To become a subscriber, please call 1-800-225-5945 or send your name, company name (if applicable), address, and the title of the product to:

mailing address:   **Supplement Department**
                   **John Wiley & Sons, Inc.**
                   **One Wiley Drive**
                   **Somerset, NJ 08875**

e-mail:    subscriber@wiley.com
fax:       1-732-302-2240
online:    www.wiley.com

For customers outside the United States, please contact the Wiley office nearest you:

Professional & Reference Division          John Wiley & Sons, Ltd.
John Wiley & Sons Canada, Ltd.             Baffins Lane
22 Worcester Road                          Chichester
Rexdale, Ontario M9W 1L1                   West Sussex, PO19 1UD
CANADA                                     ENGLAND
(416) 675-3580                             Phone: (44) 1243 779777
Phone: 1-800-567-4797                      Fax: (44) 1243 770638
Fax: 1-800-565-6802                        cs-books@wiley.co.uk
canada@jwiley.com

Jacaranda Wiley Ltd.                       John Wiley & Sons (SEA) Pte. Ltd.
PRT Division                               2 Clementi Loop #02-01
PO. Box 174                                SINGAPORE 129809
North Ryde, NSW 2113                       Phone: (65) 463-2400
AUSTRALIA                                  Fax: (65) 463-4604(65) 463-4605
Phone: (02) 805-1100                       wiley@singnet.com.sg
Fax: (02) 805-1597
headoffice@jacwiley.com.au

# MEASURING COMMERCIAL DAMAGES

## PATRICK A. GAUGHAN



### JOHN WILEY & SONS, INC.

New York • Chichester • Weinheim • Brisbane • Singapore • Toronto

EXHIBIT

tabbies®   B-5

# CONTENTS

KF
1250
.G35
2000

This book is printed on acid-free paper. ☉

Copyright © 2000 by John Wiley & Sons, Inc. All rights reserved.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4744. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ@WILEY.COM.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*Library of Congress Cataloging-in-Publication Data:*

Gaughan, Patrick A.
    Measuring commercial damages / Patrick A. Gaughan.
       p.      cm.
    Includes index.
    ISBN 0-471-35730-8 (alk. paper)
    1. Lost profits damages—United States.   2. Business losses—
United States.   3. Damages—United States.   I. Title.
KF1250.G35   1999
658.15'5—dc21                                    99-38747

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

Preface

1  Introduction

   Development of Litigation Economics

   Commercial Damages Analysis Compared to Personal Injury
      and Employment Litigation

   Qualifications of a Damages Expert

   Interdisciplinary Nature of Commercial Damages Analysis

   Difference Between Economics and Finance

   Finding a Damages Expert

   Getting the Damages Expert on Board Early Enough

   Court's Position on Experts

   Standards for Admissibility of Expert Testimony

   Expert Reports

   Defense Expert as a Testifying Expert

   Quantitative Research Evidence on the Benefits
      of Calling a Defense Expert

   Types of Commercial Damages

   Treatment of the Relevant Case Law

   Legal Damage Principles

   Contract-Related Damages

   Commercial Damages in Personal Injury

   Summary

   References

2  Economic Framework for Estimating Lost Profits

   Foundation for Damages Testimony

   Approaches to Proving Damages

3

vi

CONTENTS

| | |
|---|---|
| Causality and Damages | 43 |
| Using Demonstrative Evidence to Help the Client Understand Its Losses or Lack of Losses | 49 |
| Causality and Loss of Customers | 50 |
| Graphical Sales Analysis and Causality | 51 |
| Economists and Other Damage Experts: Role of Causality | 53 |
| Causality and the Special Case of Damages Resulting from Adverse Publicity | 53 |
| Length of Loss Period: Business Interruption Case | 54 |
| Case of Postinterruption Growth Exceeding Preinterruption Growth | 56 |
| Disaggregating Revenues by Product Line to Prove Causality | 57 |
| Disaggregating Revenues to Show Spillover Losses | 59 |
| Length of Loss Period: Plaintiff Goes Out of Business | 60 |
| Length of Loss Period: Breach of Contract | 61 |
| Methodological Framework | 62 |
| Summary | 64 |
| References | 65 |
| **3 Macroeconomic Analysis for Measuring Commercial Damages** | **67** |
| Macroeconomics | 67 |
| Measuring Economic Growth and Performance | 68 |
| Using More Narrowly Defined Economic Aggregates | 75 |
| Overstatement of Inflation Statistics | 82 |
| Other Measures of Inflation | 84 |
| Caution on Using Economic Growth Rate Data Too Directly | 88 |
| International Economic Analysis | 91 |
| Macroeconomic and Regional Economic Analysis and the Before and After Method | 93 |
| Summary | 94 |
| References | 95 |
| **4 Industry Analysis** | **96** |
| Government Sources of Industry Data | 96 |
| Standard Industrial Classification Codes | 100 |
| New North American Industry Classification System | 106 |

vii

CONTENTS

| | |
|---|---|
| Private Sources of Industry Data | 107 |
| Retaining an Industry Expert | 114 |
| Conducting an Industry Analysis | 115 |
| Relating Industry Growth to the Plaintiff's Growth | 117 |
| Measuring the Strength of Association: Industry versus Firm | 119 |
| Yardstick Approach and Industry Analysis | 122 |
| Summary | 126 |
| References | 126 |
| **5 Projecting Lost Revenues** | **128** |
| Projections versus Forecasts: Economic versus Accounting Terminology | 128 |
| Using Graphical Analysis as an Aide in Forecasting | 129 |
| Methods of Projecting Lost Revenues | 131 |
| Understanding Regression Output and Diagnostics | 138 |
| Common Problems Affecting Regression Models | 140 |
| Confidence in Forecasted Values | 144 |
| Frequency of the Use of Econometrics Techniques in Commercial Litigation | 147 |
| Seasonality and Forecasting | 149 |
| Capacity Constraints and Forecasts | 151 |
| Sensibility Check of the Forecasted Values | 152 |
| Projecting Lost Sales for a New Business | 153 |
| Projecting Losses for an Unestablished Business | 156 |
| Case Study: *Lightning Lube, Inc. v. Witco* | 158 |
| Summary | 159 |
| Appendix | 160 |
| References | 166 |
| **6 Cost Analysis and Profitability** | **169** |
| Presentation of Costs on the Company's Financial Statements | 170 |
| Profit Margins and Profitability | 171 |
| Measures of Costs | 172 |
| Burden of Proof for Demonstrating Costs | 173 |
| Fixed versus Variable Costs | 173 |
| Using Regression Analysis to Estimate Costs | 175 |

4

ix

CONTENTS

9  Intellectual Property                                           282
   Patents                                                         282
   Royalty Arrangements                                           288
   Computer Software                                              293
   Copyrights                                                     293
   Trademarks                                                     299
   Trade Secrets                                                  303
   Summary                                                        306
   References                                                     307

10 Securities Damages                                             310
   Fraud on the Market                                            310
   Mergers-Related Damages                                        330
   Churning                                                       335
   Summary                                                        345
   Appendix A: Case Study:
      In Re Computer Associates, International, Inc.              346
   Appendix B: Cases Setting Holding Periods                      351
   References                                                     352

11 Antitrust Concerns                                             355
   Antitrust Laws                                                 355
   Antitrust Enforcement                                          358
   Monopolization and Attempts at Monopolization                  365
   Market Power                                                   370
   Common Types of Antitrust Cases                                373
   Summary                                                        382
   References                                                     383

Glossary                                                          385

Index                                                             391

viii

CONTENTS

   Capacity Constraints and Fixed versus Variable Costs           181
   Limitations of Using Unadjusted Accounting Data
      for Measuring Incremental Costs                             182
   Treatment of Overhead Costs                                    183
   Unprofitable Businesses and Recovery of Damages                186
   Mitigation of Damages                                          187
   Cash Flows versus Net Income: Effects
      on the Discounting Process                                  190
   Recasted Profits                                               192
   Case Study: Profits That Are Not Really Profits                195
   Firm-Specific Financial Analysis                               195
   Cross-Sectional versus Time Series Analysis                    199
   Summary                                                        199
   References                                                     200

7  Time Value of Money Considerations                             203
   Interest Rates and Securities Markets                          204
   Prejudgment Losses                                             214
   Cost of Capital                                                218
   Discounting                                                    226
   Summary                                                        231
   References                                                     232

8  Business Valuations                                            235
   Measures of Business Value                                     239
   Equity Valuation Models                                        240
   Earnings-Based Models                                          243
   Estimating Cash Flows                                          250
   Estimating Discount Rates                                      257
   Market Comparable Models                                       262
   Asset Valuation Models                                         267
   Summary of Valuation Models                                    268
   Discounts and Premiums                                         270
   Valuing Other Financial Assets                                 274
   Summary                                                        278
   References                                                     278

5

## COST ANALYSIS AND PROFITABILITY

as fixed costs. Other costs, such as costs of materials or commissions on sales, are categorized as variable costs because they vary with output. The expert may go beyond the data contained in the financial statements with other information gathered directly from the company to determine which costs vary with output. After the fixed inputs are separated from the variable ones, the percentage relationship between the variable costs and the revenues is used to compute a *variable costs percentage*.

In economics, the typical cost function expresses various categories of costs as a function of output.[9] Our initial presentation of the method used to differentiate between fixed and variable costs also uses such a functional relationship. Regression analysis can again be used to separate those costs that vary with sales from those that do not. A regression of costs against revenues produces a fixed relationship and an equation describing this relationship as depicted in Figure 6.1.

The regression analysis allows the estimation of a fitted regression line based on the following equation:

$$C_t = F + vQ_t + u_t \qquad (6.1)$$



**Figure 6.1.   Fitting a regression line to cost data.**

[9]Donald N. McCloskey, *The Applied Theory of Price* (New York: Macmillan) 1982, 260–287.

where $C_t$ = total cost
$F$ = fixed cost
$v$ = variable cost percentage
$Q_t$ = quantity of output
$u_t$ = error term

It would be expected that $v$ varies between 0 and 1. That is:

$$0 < v < 1$$

$v$ captures the relationship between costs and revenues.[10] Given that there are usually few observations where output is close to zero, however, the expert may want to be cautious in interpreting the estimate of fixed costs—caution should also be applied when forecasting damages for output levels for which few if any data points are available in the historical data set.

## USING REGRESSION ANALYSIS TO ESTIMATE COSTS

While regression analysis can be used to measure the relationship between fixed and variable costs, in a litigation context, it is more common for the expert to present such costs as a percent of revenues. In corporate finance, one of the more often used financial forecasting techniques, *percentage of sales forecasting*, forecasts costs and the resulting profits as a percent of a separately forecasted sales level.[11] However, if the expert can use both approaches and arrive at similar results, the analysis can be even more impressive.

When the damages analysis is conducted by a combination of an economist and an accounting expert, the work may be subdivided according to the respective expertise of the team's members. Typically, the economist conducts an analysis of the economy and of the firm's relevant industry and constructs a projection of "but for" revenues. This projection is then handed off to the accountant who computes the costs associated with the incremental lost revenues. This latter exercise can fall within the domain of cost accounting. When the analysis is done this way, the accountant typically does not use regression analysis to measure costs but rather relies on more traditional accounting methods.

[10]Robert R. Trout and Carroll B. Foster, "Economic Analysis of Business Interruption Losses," in *Litigation Economics*, Patrick A. Gaughan and Robert Thornton, eds. (Greenwich, Conn.: JAI Press) 1993. 151–174.

[11]Eugene F. Brigham and Louis C. Gapenski, *Intermediate Financial Management*, 3rd ed. (Chicago: Dryden Press) 1990, 813–819.

Oct 22 09 02:04a    A. Frank Adams, III    678-493-7998    p.7

Case 1:08-cv-00785-RLY-DML   Document 110-3   Filed 02/17/10   Page 51 of 60 PageID #: 1680

176    COST ANALYSIS AND PROFITABILITY

## Pitfalls of Using Regression Analysis to Measure Incremental Costs

Regression analysis can be a powerful tool in estimating relationships among variables and in creating projections. However, it has certain limitations and its usefulness will vary from case to case. It is very important that the user of this tool understands both its potential complexity and limitations. As we noted in Chapter 5, too often, experts with little training in statistical analysis and econometrics sometimes blindly use the regression analysis features built into spreadsheet software packages without any appreciation of the complexity or the limitations of the techniques employed. Experts and attorneys should at least be aware of some issues that may arise when using regression analysis to estimate costs and cost functions and make sure that, where relevant, they are at least discussed in advance of the submission of the report.

## Possible Nonlinear Nature of Total Costs

If a company's production function is characterized by economies of scale over a certain range of output, then the per-unit costs of production decline over that range. Certain industries, particularly capital intensive industries like public utilities, may have significant ranges of output over which per-unit costs decline. This condition occurs when a company leverages its fixed costs. In financial analysis, this is referred to as *operating leverage*. In other industries, the range over which economies of scale are realized may be small. At some point, however, per-unit costs stop declining and may even increase resulting in diseconomies of scale. The relationship between total costs and per-unit costs is shown in Figure 6.2. For output levels up to $x = 7$, per-unit costs decline. This implies that total costs increase at a decreasing rate. However, beyond the output level of 7, the firm begins to experience diseconomies of scale with a resulting increase in per-unit costs, which causes total costs to increase at an increasing rate.

If the cost function exhibits declining and then increasing per-unit costs, the relationship between total costs and output is nonlinear. Figure 6.3 depicts two costs functions. The cost function depicted in 6(a) shows a linear relationship between costs and output whereas the cost function depicted in 6(b) shows a nonlinear relationship.

Over a range of output where per unit costs are either declining or increasing, the cost function may be better estimated using nonlinear regression analysis as opposed to the more standard linear regression. An example of an equation

USING REGRESSION ANALYSIS TO ESTIMATE COSTS    177



Figure 6.2a. Total and average costs.



Figure 6.2b. Total and average costs.

7

178                     COST ANALYSIS AND PROFITABILITY



Figure 6.3a.   Linear versus nonlinear cost functions.



Figure 6.3b.   Linear versus nonlinear cost functions.

179                     USING REGRESSION ANALYSIS TO ESTIMATE COSTS

underlying a nonlinear cost function is shown in Equation (6.2).

$$C = \delta_0 + \delta_1 X_1 + \delta_2 X_1^2 + \delta_3 X_1^3 \qquad (6.2)$$

Costs will be inaccurately estimated if the expert were to use linear regression when the true cost function is nonlinear. This condition is shown in Figure 6.4 where linear regression analysis is used to estimate the cost function, thereby implicitly assuming that costs increase at a constant rate as output increases. In this example, however, the true cost function exhibits first economies and then diseconomies of scale. Because of the misspecification of the relationship between output and costs, the true costs will be higher than the estimated ones for low and high levels of output, whereas they will be lower than the estimated ones for intermediate levels of output. The solution would be to use nonlinear regression analysis to estimate costs.

Care must be exercised in reviewing the regression analysis that is included in many reports of economic damages. Some "experts" have had very little exposure to regression analysis and may not even be aware of nonlinear regression models. Indeed, it is not uncommon for users to simply utilize the linear regression functions included in most spreadsheet packages without even being aware of the existence of other more sophisticated methods that could result in more



Figure 6.4.   Linear regression forecast versus nonlinear actual cost function.

Case 1:08-cv-00785-RLY-DML   Document 110-3   Filed 02/17/10   Page 53 of 60 PageID #: 1682

Oct 22 09 02:06a     A. Frank Adams, III      678-493-7898      p.9

accurate costs estimates. Therefore it is useful to have either an economist with a background in econometrics or an econometrician review any regression analysis included in an opposing expert's report.

## Further Complications Involving Nonlinear Costs

If a plaintiff is prevented from generating sufficient sales to enjoy a reduction in per-unit costs, then it is possible that the costs associated with the projected lost revenues may be lower than the level inherent in the historical relationship between costs and units produced. To a certain extent, this situation was explored previously where a solution involving the use of nonlinear costs estimation was recommended. The situation becomes somewhat more complicated if the cost reduction is such that it applies to not only the projected lost revenues but also to actual revenues. This situation could occur in the case of volume discounts. Here the measure of loss would be not only the lost profits on the lost revenues, but also the difference in costs in the units affected by the volume discount.

## Other Concerns About Using Regression Analysis to Measure Costs

While there are many instances where courts have endorsed regression analysis and have found it to be of great probative value, courts have been quick to reject a regression analysis based on flawed assumptions. It is important to bear in mind that regression analysis simply measures the relationship between the variables in question that are inherent to the historical data used for the estimation process. If, however, there is reason to believe that the relationship would be different over the loss period, then the estimated coefficients from the regression analysis may not be useful. Such was the case in *Micro Motion, Inc. v. Exac Corp.* where the court stated as follows:

The Court finds Mr. Holdren's historical and regression analyses to be of little probative value. An historical or regression analysis may be quite useful in a case involving a well-established firm with relatively constant costs and sales. But it is less useful where, as here, the firm can incur substantial noncrecurring costs, which because they can vary from year to year may appear to be, but are not, incremental costs. Moreover, the database Mr. Holdren used for his historical and regression analyses included data not at issue in this case, such as costs and rev-

enues associated with international sales, and sales of meters not affected by Exac's infringement.[12]

## CAPACITY CONSTRAINTS AND FIXED VERSUS VARIABLE COSTS

Although economists are well acquainted with the separation of costs into fixed and variable categories, the simple separation between fixed and variable costs may not suffice for all projections of lost profits.[13] For projections of sales that go beyond the firm's capacity constraints, additional fixed costs may have to be considered, as shown in Figure 6.5. Here fixed costs increase to a higher level in order for the company to be able to go beyond its initial capacity constraints. The form of this relationship is known in mathematics as a *step function*.

The traditional economic treatment divides costs into short-run and long-run cost functions. A more appropriate treatment of this issue for litigation analysis is



**Figure 6.5.**   Fixed costs and capacity constraints.

[12] *Micro Motion, Inc. v. Exac Corp.*, 761 F. Supp. 1420 (N.D. Ca.).
[13] Roger Leroy Miller, *Intermediate Microeconomics*, 3rd ed. (New York: McGraw Hill) 1986.



# The Value Examiner

May/June 2008

A PROFESSIONAL DEVELOPMENT JOURNAL *for the* CONSULTING DISCIPLINES

**Table 1    Simple Damages**
Occupancy Rate and Room Rate Data: March 2003 to March 2005
Number of Motel Rooms: 100

| Month | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Predicted Occupancy | Lost Occupancy | Lost Revenue/Day | Lost Revenue/Month |
|---|---|---|---|---|---|---|---|
| Mar-03 | 66.70% | 57.10% | $54.81 | | | | |
| Apr-03 | 95.60% | 54.80% | $53.59 | | | | |
| May-03 | 95.80% | 61.30% | $53.37 | | | | |

**Table 2    Demand Equation & Data for 'Damages' Model**

Demand Equation:

$$\text{Motel Occupancy} = \beta_0 + \beta_1 \text{Competitor's Occupancy} + \beta_2 \text{Room Rate Index}_i + \beta_3 \text{Dummy Variable}_i + u_i$$

| Month | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Competitor's Room Rate | Room Rate Index | Dummy Variable |
|---|---|---|---|---|---|---|
| Mar-03 | 66.70% | 57.10% | $54.81 | $71.93 | 76.52% | 0 |
| Apr-03 | 95.60% | 54.80% | $53.59 | $74.21 | 72.21% | 0 |
| May-03 | 95.80% | 61.30% | $53.37 | $74.57 | 71.57% | 0 |
| Jun-03 | 95.20% | 76.90% | $53.83 | $77.66 | 69.31% | 0 |
| Jul-03 | 94.50% | 78.40% | $56.33 | $82.70 | 67.90% | 0 |

**Damage Percentage Calculation**

| | |
|---|---|
| Motel Occupancy (Pre/Post Period) | 79.35% |
| Competitor's Occupancy (Pre/Post Period) | -62.49% |
| Excess Motel Occupancy (Pre/Post Period) | 16.86% |
| Competitor's Occupancy (Damage Period) | 63.37% |
| Predicted Motel Occupancy (Damage Period) | 80.23% |
| Actual Motel Occupancy (Damage Period) | -66.11% |
| Lost Occupancy Percentage Per Month | 14.12% |

**Table 3    Regression Statistics**

### Regression Statistics

| R Square | 70.55% | Standard Error | 8.56% |
|---|---|---|---|
| Adjusted R Square | 66.22% | Observations | 25 |

| | Coefficients | Std. Error | t Stat | P-value |
|---|---|---|---|---|
| Intercept | 1.2076 | 0.4674 | 2.5403 | 0.0193 |
| Competitor's Occupancy | 0.6328 | 0.1375 | 3.953 | 0.5739 |
| Room Rate Index | -1.0697 | | | |
| Dummy Variable | -0.1814 | | | |

Demand Equation:

$$\text{Motel Occupancy} = \beta_0 + \beta_1 \text{Competitor's Occupancy} + \beta_2 \text{Room} ...$$

$$\text{Motel Occupancy} = 1.2076 - (1.0697)...$$

Damage Period Average 79.35%

Damage Period Average 66.11%

**Table 4    Regression Damages**

| Calculation 1 | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Competitor's Room Rate | Room Rate Index | Dummy Variable |
|---|---|---|---|---|---|---|
| Pre & Post Damage Period Average | 79.35% | 62.49% | $56.42 | $74.78 | 75.67% | 0 |

Motel Occupancy = 1.2076 + (.6328)(.6249) – (1.0697)(.7567) – (.1814)(0)
Motel Occupancy =    79.35%

| Calculation 2 | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Competitor's Room Rate | Room Rate Index | Dummy Variable |
|---|---|---|---|---|---|---|
| Damage Period Average | 66.11% | | | | | |

| Calculation 3 | |
|---|---|
| Ceteris Paribus Example | |

**Table 5    Difference in Damage Estimates**
Occupancy Rate and Room Rate Data: March 2003 to March 2005
Number of Motel Rooms: 100

| | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Competitor's Room Rate | Room Rate Index | Predicted Occupancy | Lost Occupancy | Lost Revenue/Month |
|---|---|---|---|---|---|---|---|---|
| Pre & Post Damage Period Average | 79.35% | 62.49% | $56.42 | $74.78 | 75.67% | | | **Total Lost Revenue** |
| Regression - Damage Period Average | 66.11% | 63.37% | $56.61 | $79.12 | 71.60% | 84.26% | 18.14% | $223,329 |
| Simple Average - Damage Period Average | 66.11% | 63.37% | $56.61 | $79.12 | 71.60% | 80.23% | 14.12% | $174,783 |
| Difference in Damage Estimates | | | | | | 4.03% | 4.03% | $48,546 |

**Total Lost Revenue    $ 174,783**

EXHIBIT

B-6

A PROFESSIONAL DEVELOPMENT JOURNAL for the CONSULTING DISCIPLINES

FORENSIC ACCOUNTING

# When a 'Simple' Analysis Won't Do:

## Applying Economic Principles in a Lost Profits Case

*by A. Frank Adams, III, Ph.D.*

Typically, economic damages related to lost business profits are calculated as the incremental revenues that would have been generated, less the incremental costs that would have been incurred, had the damaging act not occurred. In addition, any expenses associated with bringing the business back into full production must be added. So the concepts are simple. However, reasonable estimates of lost revenues and incremental costs are quite often not so simple.

A few years ago a friend of mine called to enlist my help in constructing a damages model in a lost profits case he was working on. We quickly realized that enough data were available to move from a very simple, straightforward damages model, one that we had seen utilized frequently, to a more complex model taking into account basic, immutable economic principles. This article focuses on the differences in the two types of damages models, referred to as Simple Damages and Regression Damages, which could have been used in this particular case.

Whereas a Simple Damages model is easier for the trier of fact to understand, a more comprehensive analysis offered by using the Regression Damages model is more appropriate and will substantially improve your chances of surviving a Daubert challenge.

### Simple Damages

The case involved a defective product used in the construction of numerous budget motels, all in one particular chain. Remedying the defect required a complete shut-down of numerous rooms within each motel for an extended period of time. On average it took approximately seven months to correct the defect in a 100-unit motel, each with approximately 14 rooms being taken "out of service" for one month at a time.[1]

Table 1 (page 24) illustrates an estimate of simple damages based on occupancy rates and room rates for a typical "damaged" motel in this chain, as well as competitor occupancy rates, for a 25-month period. The average monthly occupancy rate for the damaged motel, for the pre- and post-damage period—16 months prior to the damage period and two months after the damage period—was 79.35 percent. This compares with the average monthly competitor occupancy rate of 62.49 percent.[2] The difference in these two values, motel occupancy

---

[1] The number of rooms has been "standardized" for ease of exposition.

A PROFESSIONAL DEVELOPMENT JOURNAL for the CONSULTING DISCIPLINES

minus competitor occupancy, is 16.86 percent[3] and is labeled Excess Motel Occupancy (Pre/Post Period) in the Damage Percentage Calculation box in Table 1.[4]  This percentage, 16.86 percent, is then added to the average competitor occupancy percentage during the seven-month damage period, 63.37 percent, to obtain an average predicted motel occupancy estimate (damage period) of 80.23 percent. Subtracting the actual motel occupancy rate during the damage period, 66.11 percent, from the predicted occupancy rate,

80.23 percent, results in an average lost occupancy percentage per month of 14.12 percent (times 100 motel rooms equals 14.12 rooms "lost" per month).[5]  Total lost revenue per month is then easily obtained by multiplying the average motel room rate by the lost occupancy per month (highlighted in yellow in Table 1), and then multiplying that figure by the number of days in each month. The total lost revenue for the damage period is estimated to be $174,783.[6]

## Regression Damages

A simple damages model (Table 1) fails to take into account the impact on motel occupancy rates of changes in motel room prices from month to month.[7] Just as importantly, the price of related goods, i.e., competitor room rates, must be taken into account to more fully understand the impact of price changes on motel occupancy rates. Prices matter. In addition, relative prices matter a lot!

More formally, economic theory states that the quantity demanded of



**Table 1      Simple Damages**

Occupancy Rate and Room Rate Data:  March 2003 to March 2005
Number of Motel Rooms:                100

| Month | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Predicted Occupancy | Lost Occupancy | Lost Revenue/Day | Lost Revenue/Month |
|---|---|---|---|---|---|---|---|
| Mar-03 | 66.70% | 57.10% | $54.81 | | | | |
| Apr-03 | 95.60% | 54.80% | $53.59 | | | | |
| May-03 | 95.80% | 61.30% | $53.37 | | | | |
| Jun-03 | 96.20% | 76.90% | $53.83 | | | | |
| Jul-03 | 94.50% | 78.40% | $56.83 | | | | |
| Aug-03 | 89.20% | 81.40% | $58.50 | | | | |
| Sep-03 | 85.20% | 63.20% | $59.19 | | | | |
| Oct-03 | 73.70% | 67.10% | $58.62 | | | | |
| Nov-03 | 66.00% | 56.90% | $55.74 | | | | |
| Dec-03 | 71.80% | 48.60% | $54.61 | | | | |
| Jan-04 | 62.90% | 50.70% | $54.90 | | | | |
| Feb-04 | 68.80% | 56.20% | $55.44 | | | | |
| Mar-04 | 78.80% | 61.70% | $55.88 | | | | |
| Apr-04 | 77.40% | 62.80% | $56.13 | | | | |
| May-04 | 82.80% | 58.90% | $56.13 | | | | |
| Jun-04 | 84.90% | 72.90% | $59.43 | | | | |
| Jul-04 | 73.80% | 75.30% | $55.18 | 92.16% | 18.36% | $1,013 | $31,408 |
| Aug-04 | 82.40% | 83.90% | $57.66 | 100.76% | 18.36% | $1,059 | $32,820 |
| Sep-04 | 77.10% | 74.20% | $53.52 | 91.06% | 13.96% | $747 | $22,416 |
| Oct-04 | 80.40% | 65.60% | $53.16 | 82.46% | 2.06% | $110 | $3,397 |
| Nov-04 | 64.70% | 53.50% | $57.05 | 70.36% | 5.66% | $323 | $9,689 |
| Dec-04 | 45.20% | 42.90% | $59.69 | 59.76% | 14.56% | $869 | $26,944 |
| Jan-05 | 39.20% | 48.20% | $60.01 | 65.06% | 25.86% | $1,552 | $48,110 |
| Feb-05 | 63.70% | 54.60% | $58.34 | | | | |
| Mar-05 | 74.30% | 61.30% | $60.15 | | | | |
| Pre & Post Damage Period Average | 79.35% | 62.49% | $56.42 | | | | **Total Lost Revenue** |
| Damage Period Average | 66.11% | 63.37% | $56.61 | **80.23%** | **14.12%** | | **$  174,783** |

**Damage Percentage Calculation**

| | |
|---|---|
| Motel Occupancy (Pre/Post Period) | 79.35% |
| Competitor's Occupancy (Pre/Post Period) | -62.49% |
| Excess Motel Occupancy (Pre/Post Period) | 16.86% |
| Competitor's Occupancy (Damage Period) | 63.37% |
| Predicted Motel Occupancy (Damage Period) | 80.23% |
| Actual Motel Occupancy (Damage Period) | -66.11% |
| **Lost Occupancy Percentage Per Month** | **14.12%** |

any good or service is a function of its price, holding a number of factors constant such as buyer's income, tastes and preferences, and the price of related goods. Therefore, following the law of demand we can specify the following damages model:

Motel Occupancy$_d$ = $f$ (Competitor's Occupancy, Room Rate Index, Dummy Variable)

= a + b Competitor's Occupancy
+ c Room Rate Index
+ d Dummy Variable + u$_d$,[8]

b>0, c<0, d<0

Motel Occupancy, the dependent variable, is the percentage of rooms filled per month. Competitor's Occupancy is the percentage of rooms filled per month by the motels in the "competitive set" and is included as an independent variable in the model as a proxy for the overall demand in the market. The expected impact of an increase (decrease) in the Competitor's Occupancy rates on Motel Occupancy rates is, therefore, positive (negative). The Room Rate Index, an independent variable, is the ratio of Motel Room Rates to Competitor's Room Rates, and the expected impact of an increase (decrease) in this index on Motel Occupancy rates is negative (positive). If the relative price of motel rooms at the damaged motel goes up, then the quantity demanded (occupancy) of those rooms is expected to decrease, all other things held constant. Dummy Variable, the final independent variable, is included in the model to determine the extent, if any, to which motel occupancy rates are influenced by the construction that occurred during the seven-month time period.

Table 2 contains competitor room rate data for the 25-month period. A room rate index is then constructed by dividing the motel room rate by the competitor's room rate. This index very simply illustrates changing relative prices over the

25-month period. Lastly, a dummy variable, or qualitative variable, is included in Table 2 (page 26), taking on a value of 0 for each month of the pre- and post-damage period, and a value of 1 for each month of the damage period.

## Model Estimation

The parameters for the demand (Motel Occupancy) equation can now be estimated using regression analysis (ordinary least squares or OLS):

Motel Occupancy$_i$ = $\beta_0$ + $\beta_1$Competitor's Occupancy$_i$
+ $\beta_2$Room Rate Index$_i$
+ $\beta_3$Dummy Variable$_i$ + $u_i$[9]

Table 3 (page 27) presents OLS estimates (coefficients) for this equation using Microsoft Excel. An R-square of 70.53 percent tells us the variability in motel occupancy that is explained by the three independent variables: Competitor's Occupancy, Room Rate Index, and Dummy Variable.[10] The coefficient estimate of Competitor's Occupancy is positive, as expected, and statistically significantly different from zero at the 1 percent level (P-value = .0037 or .37%). Higher competitor occupancy rates translate into higher motel occupancy rates. The coefficient estimate of Room Rate Index is negative, as expected, and statistically significantly different from zero at the 5 percent level (P-value = .0419 or 4.19%). Higher motel room prices, relative to the competition, translate into lower motel occupancy rates. The coefficient estimate of Dummy Variable is negative and statistically significantly different from zero at the 1 percent level (P-value = .0003 or .3%). This indicates that motel occupancy rates were negatively affected by the construction that occurred during the seven-month period. Overall the model is a good one. In addition to a relatively high R-square, all the coefficients have the signs that are expected by economic theory, and they are all statistically significant at the 5 percent level or better.[11]

---

[2] Competitor's occupancy rate data, or competitive-set data, were obtained from the Smith Travel Research database. "Typically, a competitive set consists of a group of six or more properties selected by a hotel's managers or its parent company. The three key factors used by operators to select hotels in their competitive set are product offering, proximity, and price. Usually a hotel's managers will select for inclusion in their competitive set hotels in reasonable proximity that offer comparable products and features and maintain rate parity. While proximity may vary by hotel segment, a three-mile distance is a reasonable standard…." Canina and Enz, "Revenue Management in U.S. Hotels: 2001-2005," *Cornel Hospitality Research Reports*, Vol. 6, No 8, June 2006.

[3] This is a difference in percentage points, not a percentage difference between the two values. Unless otherwise noted, all differences expressed in this article will reflect a percentage-point difference.

[4] The predicted occupancy for August 2004 was in excess of 100% which is certainly not realistic. Using an occupancy rate of 100% for this month would result in a downward adjustment in total lost revenue of $1358.

[5] This figure of 14.12 lost occupancy rooms per month is not to be confused with the approximately 14 rooms taken out of service per month during the damage period.

[6] Note that the average motel room rate during the damage period, $56.61, times the lost occupancy percentage, 14.12% (times 100 rooms), times the number of days during the damage period, 215, is equal to $171,857. This is $2,926 less than the total lost revenue estimate in Table 1. The average motel room rate of $56.61 is a simple average taken over the seven month damage period. The weighted average motel room rate, obtained by multiplying the average room rate per month times the lost occupancy (number of rooms) per month times the number of days per month, and then summing the lost revenue figures for the seven month period, is $57.57.

[7] Motel room prices and occupancy rates varied during each month. However, only average monthly data, for both prices and occupancy rates, were available.

[8] The stochastic disturbance term—the random component of any individual Motel Occupancy value determined by factors other than Competitor's Occupancy, Room Rate Index, and Dummy Variable.

[9] The stochastic disturbance term.

[10] R-square, adjusted R-square, and standard error of the regression have all been expressed in percent.

---

A PROFESSIONAL DEVELOPMENT JOURNAL for the CONSULTING DISCIPLINES

## Interpretation of Results

Table 4 presents three sets of calculations for Motel Occupancy: the pre- and post-damage period, the damage period, and a Ceteris Paribus example calculation. The latter assumes the Competitor Occupancy Rate and the Room Rate Index are at pre- and post-damage-period levels.[12]

### Table 4 – Calculation 1

The first calculation for Motel Occupancy (79.35%), for the pre- and post-damage period, is obtained by simply multiplying the coefficients from Table 3 by the average values for Competitor Occupancy (62.49%), Room Rate Index (75.67%) and Dummy Variable (0), respectively, during this period, and then summing the results (including the intercept).

### Table 4 – Calculation 2

The second calculation for Motel Occupancy (66.11%) for the damage period is obtained by multiplying the coefficients from Table 3 by the average values for Competitor Occupancy (63.37%), Room Rate Index (71.6%), and Dummy Variable (1), respectively, during this period, and then summing the results (including the intercept).

### Table 4 – Calculation 3

The third calculation for Motel Occupancy (61.21%) illustrates what occupancy would have been during the damage period, assuming the damaging act, if competitor occupancy rates and relative room prices (Room Rate Index) had remained at their pre- and post-damage period levels of 62.49 percent and 75.67 percent, re-

spectively. The $59.87 Adjusted Motel Room Rate (in green in Table 4) is the average rate that this motel would have needed to charge for the Room Rate Index to equal the pre- and post-damage period average. The difference between motel occupancy rates during the damage period and in the Ceteris Paribus Example, 4.9 percent (66.11% minus 61.21%), is driven by higher demand in the marketplace and lower relative prices for motel rooms in the damaged motel during the damage period versus the pre- and post-damage period. Higher demand contributed 0.55 percent to this difference, and lower relative prices contributed 4.35 percent to this difference (0.55% + 4.35% = 4.9%). To obtain these results, multiply the difference in Competitor's Occupancy for the two periods (63.37% minus 62.49%) times the coefficient estimate (0.6326) to equal 0.55 percent, and multiply the difference in the Room Rate Index for the two periods (75.67% minus 71.60%) times the coefficient estimate (1.0697) to equal 4.35 percent.

### Table 4 – Observations

We know that motel occupancy was 79.35 percent during the pre- and post-damage period. In addition, based on our model, we have estimated that motel occupancy would have been 61.21 percent during the damage period if market demand and relative prices for rooms had remained constant. This difference, 18.14 percent, is exactly equal to our coefficient estimate for Dummy Variable and is, therefore, our estimate for lost motel occupancy during the damage period. This makes intuitive sense, as motel occupancy rates are influenced by overall demand in the market and by the motel room

| Table 2 | Demand Equation & Data for 'Damages' Model | | | | | |
|---|---|---|---|---|---|---|
| Demand Equation: | $\text{Motel Occupancy}_i = \beta_0 + \beta_1 \text{Competitor's Occupancy}_i$ | | | | | |
| | $+ \beta_2 \text{Room Rate Index}_i + \beta_3 \text{Dummy Variable}_i + u_i$ | | | | | |
| Month | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Competitor's Room Rate | Room Rate Index | Dummy Variable |
| Mar-03 | 66.70% | 57.10% | $54.81 | $71.63 | 76.52% | 0 |
| Apr-03 | 95.60% | 54.80% | $53.59 | $74.21 | 72.21% | 0 |
| May-03 | 95.80% | 61.30% | $53.37 | $74.57 | 71.57% | 0 |
| Jun-03 | 96.20% | 76.90% | $53.83 | $77.66 | 69.31% | 0 |
| Jul-03 | 94.50% | 78.40% | $56.83 | $83.70 | 67.90% | 0 |
| Aug-03 | 89.20% | 81.40% | $58.50 | $81.32 | 71.94% | 0 |
| Sep-03 | 85.20% | 63.20% | $59.19 | $70.03 | 84.52% | 0 |
| Oct-03 | 73.70% | 67.10% | $58.62 | $72.73 | 80.60% | 0 |
| Nov-03 | 66.00% | 56.90% | $55.74 | $72.05 | 77.36% | 0 |
| Dec-03 | 71.80% | 48.60% | $54.61 | $67.45 | 80.96% | 0 |
| Jan-04 | 62.90% | 50.70% | $54.90 | $68.57 | 80.06% | 0 |
| Feb-04 | 68.80% | 56.20% | $55.44 | $71.46 | 77.58% | 0 |
| Mar-04 | 78.80% | 61.70% | $55.88 | $70.57 | 79.18% | 0 |
| Apr-04 | 77.40% | 62.80% | $56.13 | $73.50 | 76.37% | 0 |
| May-04 | 82.80% | 58.90% | $56.13 | $77.07 | 72.83% | 0 |
| Jun-04 | 84.90% | 72.90% | $59.43 | $83.52 | 71.16% | 0 |
| Jul-04 | 73.80% | 75.30% | $55.18 | $83.36 | 66.19% | 1 |
| Aug-04 | 82.40% | 83.90% | $57.66 | $79.78 | 72.27% | 1 |
| Sep-04 | 77.10% | 74.20% | $53.52 | $77.86 | 68.74% | 1 |
| Oct-04 | 80.40% | 65.60% | $53.16 | $78.62 | 67.62% | 1 |
| Nov-04 | 64.70% | 53.50% | $57.05 | $78.31 | 72.85% | 1 |
| Dec-04 | 45.20% | 42.90% | $59.69 | $77.71 | 76.81% | 1 |
| Jan-05 | 39.20% | 48.20% | $60.01 | $78.23 | 76.71% | 1 |
| Feb-05 | 63.70% | 54.60% | $58.34 | $77.95 | 74.84% | 0 |
| Mar-05 | 74.30% | 61.30% | $60.15 | $78.05 | 77.07% | 0 |
| Pre & Post Damage Period Average | 79.35% | 62.49% | $56.42 | $74.78 | 75.67% | |
| Damage Period Average | 66.11% | 63.37% | $56.61 | $79.12 | 71.60% | |

[11] An F-statistic of 16.7, significant at the 1% level, indicates that *collectively* (in addition to independently) the independent variables influence Motel Occupancy. The Ramsey RESET test indicated no misspecification error at conventional levels.

[12] Ceteris paribus means "all else being equal." The assumptions regarding this calculation are explained in more detail in the text.

**Table 3          Regression Statistics**

### Regression Statistics

| | | | |
|---|---|---|---|
| R Square | 70.53% | Standard Error | 8.38% |
| Adjusted R Square | 66.32% | Observations | 25 |

| | Coefficients | Std. Error | t Stat | P-value |
|---|---|---|---|---|
| Intercept | 1.2076 | 0.4574 | 2.6403 | 0.0153 |
| Competitor's Occupancy | 0.6326 | 0.1935 | 3.2692 | 0.0037 |
| Room Rate Index | -1.0697 | 0.4938 | -2.1663 | 0.0419 |
| Dummy Variable | -0.1814 | 0.0419 | -4.3280 | 0.0003 |

Demand Equation:

$$\text{Motel Occupancy} = \beta_0 + \beta_1 \text{Competitor's Occupancy} + \beta_2 \text{Room Rate Index}_i + \beta_3 \text{Dummy Variable}_i + u_i$$

$$\text{Motel Occupancy} = 1.2076 + (.6326)\text{Competitor's Occupancy} - (1.0697)\text{Room Rate Index}_i - (.1814)\text{Dummy Variable}_i$$

**Table 4          Regression Damages**

| Calculation 1 | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Competitor's Room Rate | Room Rate Index | Dummy Variable |
|---|---|---|---|---|---|---|
| Pre & Post Damage Period Average | 79.35% | 62.49% | $56.42 | $74.78 | 75.67% | 0 |

Motel Occupancy = 1.2076 + (.6326)(.6249) - (1.0697)(.7567) - **(.1814)(0)**
Motel Occupancy = **79.35%**

| Calculation 2 | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Competitor's Room Rate | Room Rate Index | Dummy Variable |
|---|---|---|---|---|---|---|
| Damage Period Average | 66.11% | 63.37% | $56.61 | $79.12 | 71.60% | 1 |

Motel Occupancy = 1.2076 + (.6326)(.6337) - (1.0697)(.7160) - **(.1814)(1)**
Motel Occupancy = **66.11%**

| Calculation 3 | | Competitor's Occupancy | Adj. Motel Room Rate | Competitor's Room Rate | Room Rate Index | Dummy Variable |
|---|---|---|---|---|---|---|
| Ceteris Paribus Example | | 62.49% | $59.87 | $79.12 | 75.67% | 1 |

Motel Occupancy = 1.2076 + (.6326)(.6249) - (1.0697)(.7567) - **(.1814)(1)**
Motel Occupancy = **61.21%**

price relative to the competition.

Competitor occupancy rates were likely positively influenced by the construction that occurred at the damaged motel. The extent to which overall demand in the market actually increased during the damage period is, therefore, unknown. However, as has been shown earlier, the differences in competitor occupancy rates during the two peri-ods were small and account for only about 0.55 percent (percentage points) of the 4.90 percent (percentage point) difference between the damage period and the Ceteris Paribus example.

The competition enjoyed pricing power during the damage period, as their room rates increased from $74.78 to $79.12 (a 5.8 percent increase) while their occupancy rates rose. In contrast, the damaged motel's room rate barely budged, rising only $.19 from $56.42 to $56.61 (one-third of 1 percent increase).

### Table 5 – Difference in Damage Estimates

Table 5 (page 28) compares the results obtained from the Simple Damages analysis and the Regression Damages analysis. Motel occupancy during the damage period was 66.11 percent. Regression Damages predicts that, with Competitor's Occupancy at 63.37 percent and a Room Rate Index of 71.6 percent, Motel Occupancy would have been 84.26 percent (66.11% + 18.14%) but for the defective product.[13] The difference, 18.14 percent, is therefore the "Lost" Motel Occupancy. This percentage, 18.14 percent, translates into total lost revenue of $223,329[14] for the seven-month period, and is $48,546 greater than the estimate obtained from the Simple Damages analysis.[15]

### Conclusion

There are experts who subscribe to the "simplest is best" approach when constructing damages models. "Simple" is an answer, but a more comprehensive analysis may confirm or validate one's initial conclusion of the result of any damage claim analysis. For better results, when doing damage claim litigation, always seek alternative approaches to validate your conclusion. In this particular case, a more complex model, incorporating basic economic principles, was needed to fully understand and estimate lost revenue.[16] As I have heard my friend Mark Shirley, CPA, CVA, CFFA, CFE, state on more than one occasion, "The proper application of mathematical statistics to economic data in a damages case will

---

[13] Motel Occupancy has been rounded up.
[14] Note that the average motel room rate during the damage period, $56.61, times the lost occupancy percentage, 18.14% (times 100 rooms), times the number of days during the damage period, 215, is equal to $220,785. This is $2,544 less than the Regression Damages total lost revenue estimate in Table 5. The average motel room rate of $56.61 is a simple average taken

over the seven month damage period. The weighted average motel room rate is slightly higher.
[15] A log-linear specification of the model yields almost identical results.
[16] Incremental costs estimates are, of course, an important aspect of any damages analysis, but the focus in this article has been on estimating lost revenue.

A PROFESSIONAL DEVELOPMENT JOURNAL for the CONSULTING DISCIPLINES

substantially improve the chances that your testimony will survive a *Daubert* challenge."

**References**

Gujarti, D. N. (2003). *Basic Econometrics* (4th ed.), New York, NY: McGraw-Hill, Inc.

Levine, D.M., Berenson, M.L. and Stephan, D. (1999). *Statistics for Managers Using Microsoft Excel* (2nd ed.), Upper Saddle River, NJ: Prentice-Hall, Inc.

Stanton, T.C. and Riley, N.F., "Interpreting Microsoft Excel's Regression Output," *Business Appraisal Practice*, Spring 2002, p. 51-55.

**Table 5    Difference in Damage Estimates**
Occupancy Rate and Room Rate Data: March 2003 to March 2005
Number of Motel Rooms:          100

| | Motel Occupancy | Competitor's Occupancy | Motel Room Rate | Competitor's Room Rate | Room Rate Index | Predicted Occupancy | Lost Occupancy | Lost Revenue/Month |
|---|---|---|---|---|---|---|---|---|
| Pre & Post Damage Period Average | 79.35% | 62.49% | $56.42 | $74.78 | 75.67% | | | **Total Lost Revenue** |
| Regression - Damage Period Average | 66.11% | 63.37% | $56.61 | $79.12 | 71.60% | **84.26%** | 18.14% | $223,329 |
| Simple Average - Damage Period Average | 66.11% | 63.37% | $56.61 | $79.12 | 71.60% | **80.23%** | 14.12% | $174,783 |
| Difference in Damage Estimates | | | | | | 4.03% | 4.03% | $48,546 |



*A. Frank Adams, III, PhD (economics), holds the Aronoff Professorship in Family Business in the Cox Family Enterprise Center at Kennesaw State University (Atlanta, GA). For over five years he has been an affiliate of LECG, LLC (Salt Lake City office), specializing in litigation support in commercial damages and lost profits cases; and an affiliate of Integrity Rehabilitation and Testing (Lawrenceville, GA), providing litigation support in personal injury and wrongful death cases. He recently became affiliated with Lone Peak Valuation Group in Salt Lake City, Utah. A former member of NACVA's Executive Advisory Board and Valuation Credentialing Board, Adams has been an instructor of economics and statistics in NACVA's Certified Forensic Financial Analyst program since 2001. E-mail: frank_adams@coles2.kennesaw.edu.*



If You IGNORE Machinery & Equipment Values... You're Hanging Out There!

No longer can you ignore, guess, or rely on the word of a non-certified person to determine the value of your client's machinery and equipment! Why? Because an inaccurate value skews an appraisal and may be filled with liability.   What's the alternative? Here are two ways to reduce the risk of liability and deliver an accurate, defensible, irrefutable value that will withstand scrutiny:

1.  Earn the professional designation of CMEA (Certified Machinery and Equipment Appraiser); or
2.  Call upon a CMEA to deliver a USPAP compliant Certified Machinery & Equipment Appraisal Report that will withstand scrutiny.

**NEBB INSTITUTE**
www.nebbi.org

Find Out How To Earn The Professional Designation Of  CMEA
Request Your FREE Appraiser's Protection Pak Today!
Toll Free (866) 632-2467 Or www.nebbi.org