EXHIBIT 1-C: Morris Depo

1

1

2     IN THE UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF INDIANAPOLIS DIVISION

4   ---------------------------------------------x

5   In re:

6   ATA AIRLINES, INC.,

7             Plaintiff,

8      -against-  Index No.

9           108-CV-0785-RLY-DML

10 FEDERAL EXPRESS CORPORATION,

11          Defendant.

12 ---------------------------------------------x

13

14

15

16    DEPOSITION OF LAWRENCE D. MORRISS, Jr.

17      New York, New York

18      Thursday, October 29, 2009

19

20

21

22

23

24 Reported by:
    Aydil M. Torres
25 JOB NO. 304542

17

1
2  guess, probably 50 percent.

3      Q.  What would the other 50 percent

4  entail?

5      A.  Any other kinds of financial damage

6  analysis -- I'm assuming you're talking about

7  in litigation context or just any.

8      Q.  In the litigation context.

9      A.  Fifty percent would be litigation.

10 Fifty percent would be other types of damage

11 issues and other types of standard of care

12 issues.

13     Q.  Is a valuation analysis different

14 from a lost profit analysis?

15     A.  Yes.

16     Q.  How would you distinguish the two?

17     A.  Well, there's two different

18 concepts, in a lost profits analysis, you're

19 computing the profits from a defined event,

20 and in a valuation concept, you would usually

21 do a diminution in value, what was the value

22 before the damage versus the value after the

23 damage.

24     Q.  In your expert report, Exhibit 1,

25 that contains a lost properties analysis,

18

1

2 correct?

3    A.  It does.

4    Q.  Did you, as part of your

5 engagement, conduct any valuation analysis on

6 ATA?

7    A.  Yes.

8    Q.  But you did not present your

9 valuation analysis in your expert report,

10 correct?

11    A.  Yes.

12    Q.  Can you tell why that is?  Tell me

13 why that is.

14    A.  Sure.  I presented the valuation,

15 the damage model, what was the value on

16 January 22, 2008 versus what we had at the

17 very end of time, and we had a meeting with

18 counsel, and counsel and I discussed -- and

19 they thought that the lost profits model was

20 the better fit for this particular case.

21    Q.  Did you concur that the lost profit

22 model was better fit for the case?

23    A.  Well, the way it was explained to

24 me, it was a legal issue, and because I'm not

25 a lawyer, it's, you know, it's something that

19

1

2  I would have to agree with based upon since

3  they're the lawyers in the case.

4      Q.  Did you do a calculation as to the

5  diminution of value that you claim was

6  occasioned by FedEx's conduct?

7      A.  Yes.

8      Q.  What was that amount that you

9  calculated?

10     A.  Well, we did two different

11  calculations.  One for ATA as a whole and

12  then one just for the Military Charter

13  separate from that, and the difference was, I

14  think for ATA as a whole, the value was --

15  the diminution in value was 95 million and

16  for the Military Charter Company, the

17  diminution in value was 115 million.

18     Q.  Why would the actions taken by

19  FedEx here have had any impact at all on

20  ATA's scheduled service operations?

21         MR. BROUGHTON:  Objection.

22         Form.

23     A.  I guess I don't understand the

24  question.

25     Q.  Well, let me ask it another way.

**Morris, Lawrence (Vol. 01) - 10/29/2009**          **Page 19**

135

1

2    hypothesis is that when revenues change,

3    costs change, and so I have a ten-year

4    observation structure to take a look at, and

5    so I can take a look at that plot structure

6    of revenues and costs, and I can see that

7    there's a linear pattern to that observation,

8    so I know that one of the regression analysis

9    assumption is linearity, so I know -- and

10   because I know that this is economic -- you

11   know, it's a plausible economic issue that

12   when revenues change costs change, as most

13   people know, and it's a fundamental tenor of

14   cost accounting, and that the units that we

15   were talking about would have been too

16   cumbersome to project what aircraft, what

17   seat, how many miles, all that kind of stuff,

18   but I have one thing that already encompasses

19   that, and that's my revenue, so if I know

20   that input, then my cost will change based

21   upon that change in revenue.  So all I need

22   to be able to do is be able to say, okay, is

23   there linear, is there linearity between

24   them, meaning that when revenues change, cost

25   change, plot says, yup, okay, now I can do a

136

1

2  regression, and let's see what the tests --

3  the significant tests say about the

4  regression.

5      Q.  Let me ask you this, on your -- if

6  you turn to Page 66 of your expert

7  report...is there a constant relationship

8  between output and price year to year?

9      A.  Is there a constant relationship

10  between output and price?

11         I don't understand the question.

12     Q.  Turn to Tab 19.

13         For ATA's military charter, is

14  there a constant relationship between revenue

15  per available seat mile and cost per

16  available seat mile over this time period?

17     A.  I'm sorry, show me where you're

18  looking.

19     Q.  If you go to...actually, on Page 2

20  of 3, one of the categories, if you go to the

21  bottom, you have a column here that says,

22  it's the second to the bottom, R-A-S-M, less,

23  C-A-M-S, which I assume is revenue per seat

24  mile, less, cost per seat mile?

25     A.  Revenue per available seat mile,

142

1

2  built on that would be a false and erroneous

3  analysis.

4      Q.   When you talk about a reset test,

5  are you talking about the Ramsey reset tests?

6      A.   Yes, as I just referenced to

7  Mr. Adams.

8      Q.   Any other tests?

9      A.   The best test for linearity is

10  plotting.  Like I said, that -- that is nine

11  times out of ten the very best test.  So if

12  you can plot the individual, you know, the

13  observations, the independent and the

14  dependent variables and see there's a linear

15  format to that, you've got a real good test

16  right there.  And then second, you've got,

17  you know, the regression line will actually

18  draw a line through that and show you that

19  it's the best fit and then you've got the R

20  squared which is another correlarity for

21  linearity, and in this particular case, the R

22  squared was over 95, and it only goes to 1 so

23  improving on 95 is almost silly and

24  ridiculous, but it's a perfect fit, and then

25  not only that, you've got the P value of the

153

1

2          While you're trying to formulate

3   that, I'm going to get some ice water.

4      Q.  On page -- oh, I will let you get a

5   glass of water.

6          On Page 67 of your expert report,

7   you say, "Subtracting military costs of

8   $253,843,094 from a projected revenues of

9   286,478,393 indicated ATA's military charter

10  loss net profits would've been 32,635,298,"

11  correct?

12     A.  Yes, you read that correctly.

13     Q.  Do you know what the net profit as

14  a percent of revenue is for those numbers?

15     A.  Do I know what the net -- what 32

16  million over -- divided by 286.5 is?  Yeah.

17     Q.  Do you know, approximately, what

18  that is?

19     A.  Yeah, I think we've disclosed it

20  somewhere in here.  I mean, if not, I can

21  calculate it for you.

22     Q.  Somewhere around 16 percent.

23     A.  Yeah, it's 11.4 percent.

24     Q.  So you've -- going back to the

25  methodology on the regression analysis, you

154

1

2   did not perform a Ramsey Reset Test, correct?

3       A.  No, it would be inappropriate to do

4   so.

5       Q.  You didn't do it and you said --

6   your testimony is you believe it's not

7   appropriate to do so?

8       A.  It is not appropriate to do so.

9       Q.  What type of tests did you perform

10  and what were your results?

11          Did you perform any tests -- did

12  you test your model at all for specification

13  error?

14      A.  I already answered that, yes.

15      Q.  What test did you use?

16      A.  Well, again, I went and plotted

17  everything to look to see if there was

18  linearity, and I already knew that I had a

19  common sense relationship between revenues

20  and costs and I also know that the linearity

21  of the plots were linear, I know that -- what

22  my regressions were from all of that, as

23  well.  It confirmed all of that.

24      Q.  What are the consequences for your

25  model estimate if your model is misspecified?

166

1

2      taken at this time.)

3            THE VIDEOGRAPHER:  The time

4      is 2:17 p.m. and we are on the

5      record.

6   CONTINUED EXAMINATION BY

7   MR. BLUMBERG:

8      Q.  Mr. Morriss, what training do you

9   have in regression?

10     A.  Well, I have formal training in

11  regression, and I have practical on-the-job

12  experience in regression, as a college

13  student a had statistical classes and I had

14  several cost accounting classes, which is a

15  fundamental issue in cost accounting and I

16  work with the -- you know, constantly all the

17  time in what I do, so from a combination of

18  my skill, knowledge, education and training.

19     Q.  In the post college, how many

20  courses have you taken where a regression

21  analysis was the subject?

22     A.  I have no idea; a handful probably.

23     Q.  You have taken some courses where

24  regression analysis was a subject?

25     A.  Sure.

167

1

2    Q.   Were the instructors statisticians?

3    A.   I don't know.

4    Q.   Economists?

5    A.   I don't know.

6    Q.   Were there any tests involved in

7  this training or courses?

8    A.   There may be.  I don't know.

9    Q.   Do you have any kind of

10  certifications or degrees in statistics or

11  regression?

12    A.   Well, I'm a CPA, and as a cost

13  accountant, that's a major issue in cost

14  accounting.

15    Q.   Do you have any training in the use

16  of Excel software to do regressions?

17    A.   Sure.

18    Q.   Where did you get that training?

19    A.   Well, we've all -- several years,

20  you know, in-house training courses, I have

21  had continuing professional education courses

22  on how to do it, that's probably...and there

23  may be others, but that's all that's coming

24  to mind now.

25    Q.   Have you taken any courses where

168

1

2   doing regression analysis was the specific

3   focus of the course?

4      A.  Probably, yeah.

5      Q.  Can you recall approximately when

6   you took that course?

7      A.  Well, this is my 32nd year in the

8   business, so it's kind of hard for me to

9   recall every particular course I've taken

10  over the last 32 years.

11     Q.  In your testimony earlier, you said

12  that you did conduct a Durbin Watson Test?

13     A.  Yeah.

14     Q.  Is that Durbin Watson Test

15  reflected in your expert report?

16     A.  No, I don't think it is.  No, it's

17  not.

18     Q.  Do you recall what your Durbin

19  Watson statistic was?

20     A.  It was 1.4.

21     Q.  Does the 1.4 suggest to you that

22  there is autocorrelation in the regression

23  model?

24     A.  No --

25     Q.  Why not?

287

1

2      A.   Subjective.  I mean, you can tell

3   whether or not something is linear or not by

4   sight.

5      Q.   Can you cite any authoritative

6   sources that state that this is a preferred

7   or acceptable method for testing for

8   specification error in a regression model?

9      A.   Sure, yeah, it's in just about

10   every cost accounting textbook that you could

11   ever pull off a shelf.  First one that comes

12   to mind is Horngren.

13      Q.   Can you spell that for me?

14      A.   H-O-R-N-G-R-E-N.

15      Q.   H-O-R-N --

16      A.   It would be in just about any cost

17   accounting textbook.

18      Q.   And those sources -- do those

19   sources say whether it's a preferred method

20   or an acceptable method?

21      A.   They say it's the best method.

22   That's what you should do to determine your

23   linearity on something like this.  Now, it

24   depends, you know, if you're trying to go to

25   the moon or something like that, perhaps not,

293

1

2       ask for how many hours we've been

3       going?  We started at ten after

4       9:00.  It's almost 6:00.,

5           He's getting really tired.

6           MR. BLUMBERG:  I understand.

7           MR. BROUGHTON:  I'm not

8       trying to be unreasonable.

9           We've heard that like almost

10      forty-five minutes ago.

11      Q.   So does linearity test for a

12  specification error?

13      A.   That's what specification is, it's

14  linearity.

15      Q.   Did you add the 30.5 million and

16  add that to your .78 times revenue to get the

17  253 million in costs?

18      A.   Did I do what?

19      Q.   To get the 253 million cost, did

20  you take the 30.5 million fix an add that to

21  your .78 plus revenue?

22      A.   Times revenue, you mean.

23      Q.   Uh-huh?

24      A.   Yes, that's how -- that's the cost

25  prediction.

Lawrence D.  Morriss, Jr.                    October 29, 2009

296

Lawrence D. Morriss, Jr.

1
2   A.   Because having the fiscal '07, '09
3   contract and being able to have the time to
4   reduce their scheduled service and
5   reorganize.

6           MR. BROUGHTON:  Okay.
7           No further questions.
8           THE VIDEOGRAPHER:  The time
9       is 5:56 p.m. and this completes the
10      videotaped deposition of
11      Mr. Lawrence D. Morriss, Jr. and
12      this completes Tape 5.
13          (Whereupon, the examination
14      of LAWRENCE D. MORRISS, JR. was
15      concluded at 5:56 p.m.)

16
17
18
19                _Lawrence D. Morriss J._
20          LAWRENCE D. MORRISS, JR.

21  Subscribed and sworn to
    before me this _14th_ day
22  of _December_          , 2009.

23
24  _Davey Neziroski_
25  NOTARY PUBLIC

          Davey Neziroski
          Notary Public, State of New York
          No. 01NE6145135
          Qualified in Bronx County
          Commission Expires May 01, 2010

Toll Free: 888.486.4044

ESQUIRE
an Alexander Gallo Company

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 300

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 24 Line No. 17   Change to: craft to CRAF

4    _____

5    Reason for change: Transcription error

6    Page No. 24 Line No. 19   Change to: crafts to CRAFs

7    and craft to CRAF

8    Reason for change: Transcription error

9    Page No. 25 Line No. 8   Change to: craft to CRAF

10

11   Reason for change: Transcription error

12   Page No. 25 Line No. 9   Change to: craft to CRAF

13

14   Reason for change: Transcription error

15   Page No. 25 Line No. 15   Change to: craft to CRAF

16

17   Reason for change: Transcription error

18   Page No. 25 Line No. 22   Change to: craft to CRAF

19

20   Reason for change: Transcription error

21

22

23   SIGNATURE:_____  DATE:_____

24            LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 30~~0~~

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. _40_ Line No. _15_ Change to: _concerned to concern_

4    _____

5    Reason for change: _Transcription error_

6    Page No. _40_ Line No. _21_ Change to: _concerned to concern_

7    _____

8    Reason for change: _Transcription error_

9    Page No._____ Line No._____ Change to:_____

10   _____

11   Reason for change:_____

12   Page No. _45_ Line No. _12_ Change to: _V-21-ADCD, LLC to_

13   _V21A - DC1D LLC_

14   Reason for change: _Transcription error_

15   Page No. _45_ Line No. _15_ Change to: _lease sale to sale_

16   _lease_

17   Reason for change: _Transcription errors._

18   Page No. ____ Line No. _____ Change to:_____

19   _____

20   Reason for change: _'/_

21

22

23   SIGNATURE:_____ DATE:_____

24              LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 300 / 2

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 52 Line No. 2  Change to: Lakova to Yakola .

4

5    Reason for change: Transcription error

6    Page No. 52 Line No. 10  Change to: Sholtz to Schultz

7

8    Reason for change: Transcription error

9    Page No. 53 Line No. 6  Change to: inaudible to total ATA

10

11   Reason for change: Transcription error

12   Page No. 55 Line No. 22  Change to: Lakova to Yakola

13

14   Reason for change: Transcription error

15   Page No. 56 Line No. 23  Change to: Lakola to Yakola

16

17   Reason for change: Transcription Error

18   Page No. 57 Line No. 11  Change to: absent to cyclical

19

20   Reason for change: Transcription error

21

22

23   SIGNATURE: _____  DATE: _____

24            LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 30 of 3

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. _57_ Line No. _13_ Change to: _an even to uneven_

4    _____

5    Reason for change: _Transcription error_

6    Page No. _57_ Line No. _22_ Change to: _Lakola to Yakola_

7    _____

8    Reason for change: _Transcription error_

9    Page No. _68_ Line No. _15_ Change to: _7 to ._

10   _____

11   Reason for change: _Transcription error_

12   Page No. _96_ Line No. _15_ Change to: _means to mean_

13   _____

14   Reason for change: _Transcription error_

15   Page No. _98_ Line No. _7_ Change to: _"jet line" to January-_

16   _____

17   Reason for change: _Transcription error_

18   Page No. _101_ Line No. _10_ Change to: _don't to only_

19   _____

20   Reason for change: _Transcription error._

21

22

23   SIGNATURE:_____  DATE:_____

24          LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                October 29, 2009

Page 30/4

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 102  Line No. 10  Change to: craft to CRAF

4    _____

5    Reason for change: Transcription error

6    Page No. 104  Line No. 8  Change to: do to did

7    _____

8    Reason for change: Transcription error

9    Page No. 104  Line No. 20  Change to: which cash to which it cash

10   _____

11   Reason for change: Transcription error

12   Page No. 105  Line No. 24  Change to: liability to viability

13   _____

14   Reason for change: Transcription error

15   Page No. 108  Line No. 5  Change to: had core to had a core

16   _____

17   Reason for change: Transcription error

18   Page No. 108  Line No. 15  Change to: Lakola  to  Yakola

19   _____

20   Reason for change: Transcription error

21

22

23   SIGNATURE:_____DATE:_____

24             LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 30X5

1      Deposition of LAWRENCE D. MORRISS, Jr.

2

3      Page No. 112   Line No. 5+25 Change to: debtors to creditors

4      _____

5      Reason for change: Misspoke

6      Page No. 115   Line No. 6   Change to: it's to that's

7      _____

8      Reason for change: Transcription error

9      Page No. 120   Line No. 11   Change to: review to report

10     _____

11     Reason for change: Transcription error

12     Page No. 121   Line No. 23   Change to: that suppose -- suppose -- of to

13     of Subodh Karnik

14     Reason for change: Transcription error

15     Page No. 122   Line No. 8   Change to: has got to has got a

16     _____

17     Reason for change: Transcription error

18     Page No. 122   Line No. 15-16 Change to: I've been in accountant for -- to

19     It does not account for

20     Reason for change: Transcription error

21

22

23     SIGNATURE: _____  DATE: _____

24             LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 30⌀6

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 123   Line No. 6   Change to: make to mix

4    _____

5    Reason for change: Transcription error

6    Page No. 123   Line No. 14   Change to: basis, in fact, to cas.s in fact

7.   _____

8    Reason for change: Transcription error

9    Page No. 125   Line No. 20   Change to: Lakova to Yakova

10   _____

11   Reason for change: Transcription error

12   Page No. 128   Line No. 11   Change to: natural to Thatcher

13   _____

14   Reason for change: Transcription error

15   Page No. 128   Line No. 14   Change to: projections and to projections in

16   _____

17   Reason for change: Transcription error

18   Page No. 130   Line No. 11   Change to: analyze to annualize

19   _____

20   Reason for change: Transcription error

21

22

23   SIGNATURE: _____  DATE: _____

24           LAWRENCE D. MORRISS, Jr.

25

Lawrence D. Morriss, Jr.                    October 29, 2009

Page 30 17

1   Deposition of LAWRENCE D. MORRISS, Jr.

2

3   Page No. 130   Line No. 13   Change to: year 287 to year of 287

4   _____

5   Reason for change: Transcription error

6   Page No. 131   Line No. 8   Change to: in to and

7   _____

8   Reason for change: Transcription error

9   Page No. 131   Line No. 10   Change to: the to that

10  _____

11  Reason for change: Transcription error

12  Page No. 132   Line No. 25   Change to: plane to flying

13  _____

14  Reason for change: Transcription error

15  Page No. 135   Line No. 13   Change to: tenor to tenent

16  _____

17  Reason for change: Transcription error

18  Page No. 136   Line No. 3   Change to: significant to significance

19  _____

20  Reason for change: Transcription error

21

22

23  SIGNATURE: _____   DATE: _____

24              LAWRENCE D. MORRISS, Jr.

25

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 140  Line No. 12   Change to: linearity that to linearity that there

4    _____

5    Reason for change: Transcription error

6    Page No. 140  Line No. 19   Change to: regressions measure to

7    regression measuring

8    Reason for change: Transcription error

9    Page No. 143  Line No. 2   Change to: significant step to

10   significance F

11   Reason for change: Transcription error

12   Page No. 143  Line No. 3   Change to: significant step to significance

13   F

14   Reason for change: Transcription error

15   Page No. 143  Line No. 21  Change to: squares to squared

16   _____

17   Reason for change: Transcription error

18   Page No. 147  Line No. 25  Change to: tests to steps

19   _____

20   Reason for change: Transcription error

21

22

23   SIGNATURE:_____  DATE:_____

24         LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 30¢ 9

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 148  Line No. 17  Change to: and to in

4    _____

5    Reason for change: Transcription error

6    Page No. 149  Line No. 5  Change to: purjorative to perjorative term

7

8    Reason for change: Transcription error

9    Page No. 149  Line No. 16  Change to: -- I to interval you

10

11   Reason for change: Transcription error

12   Page No. 153  Line No. 10  Change to: loss to lost

13

14   Reason for change: Transcription error

15   Page No. 154  Line No. 22  Change to: regressions were to

16   regression results were

17   Reason for change: Transcription error

18   Page No. 155  Line No. 14-15 Change to: definition, the best unbiased linear

19   estimate to definition Blue, the best linear unbiased estimate

20   Reason for change: Transcription error

21

22

23   SIGNATURE:_____  DATE:_____

24              LAWRENCE D. MORRISS, Jr.

25

Lawrence D. Morriss, Jr.                    October 29, 2009

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 155 Line No. 15  Change to: *ordinarily to ordinary least*

4    _____

5    Reason for change: *Transcription error*

6    Page No. 155 Line No. 18  Change to: *off to of*

7    _____

8    Reason for change: *Transcription error*

9    Page No. 155 Line No. 21  Change to: *There I to I*

10   _____

11   Reason for change: *Transcription error*

12   Page No. 156 Line No. 5  Change to: *measure to measures*

13   _____

14   Reason for change: *Transcription error*

15   Page No. 157 Line No. 5  Change to: *stater to stat*

16   _____

17   Reason for change: *Transcription error*

18   Page No. 157 Line No. 7  Change to: *values to value*

19   _____

20   Reason for change: *Transcription error*

21

22

23   SIGNATURE: _____  DATE: _____

24            LAWRENCE D. MORRISS, Jr.

25

Lawrence D. Morriss, Jr.                    October 29, 2009

Page 300

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 159 Line No. 24   Change to: 1, 2 and 2, 2 to

4    1.2 and 2.2

5    Reason for change: Transcription error

6    Page No. 162 Line No. 14   Change to: not to no

7

8    Reason for change: Transcription error

9    Page No. 169 Line No. 18   Change to: in residuals to In the residuals

10

11   Reason for change: Transcription error

12   Page No. 172 Line No. 13   Change to: around or up the to

13   around the

14   Reason for change: Transcription error

15   Page No. 172 Line No. 25   Change to: rots to roots

16

17   Reason for change: Transcription error

18   Page No. 194 Line No. 5   Change to: 4 test to before tax

19

20   Reason for change: Transcription error

21

22

23   SIGNATURE:_____  DATE:_____

24            LAWRENCE D. MORRISS, Jr.

25

Lawrence D. Morriss, Jr.                    October 29, 2009

Page 300/3

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 183 Line No. 8   Change to: doable to oweable

4    _____

5    Reason for change: Transcription error

6    Page No. 187 Line No. 3   Change to: Duntredus to Dunntreatise
                                          Dunn treatise
7

8    Reason for change: Transcription error

9    Page No. 189 Line No. 5   Change to: Duntredus to Dunntreatise
                                          Dunn treatise
10

11   Reason for change: Transcription error

12   Page No. 189 Line No. 8   Change to: analyze to annualized

13   _____

14   Reason for change: Transcription error

15   Page No. 191 Line No. 7   Change to: spin to spend

16   _____

17   Reason for change: Transcription error

18   Page No. 191 Line No. 9   Change to: spin to spend

19   _____

20   Reason for change: Transcription error

21

22

23   SIGNATURE:_____ DATE:_____

24            LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 300 /4

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 192  Line No. 8  Change to: spin to spend

4    _____

5    Reason for change: Transcription error

6    Page No. 192  Line No. 19  Change to: in class to reclassed

7    _____

8    Reason for change: Transcription error

9    Page No. 202  Line No. 23  Change to: could to would

10   _____

11   Reason for change: Transcription error

12   Page No. 204  Line No. 8  Change to: on his to on this

13   _____

14   Reason for change: Transcription error

15   Page No. 204  Line No. 12  Change to: adju-- to adjusted

16   _____

17   Reason for change: Transcription error

18   Page No. 205  Line No. 2  Change to: razims, the cazims to

19   rasms, the casms

20   Reason for change: Transcription error

21

22

23   SIGNATURE: _____  DATE: _____

24            LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 300/5

1       Deposition of LAWRENCE D. MORRISS, Jr.

2

3       Page No. 207  Line No. 23   Change to:  that — to that seven

4       _____

5       Reason for change: Transcription error

6       Page No. 209  Line No. 14   Change to:  than the to than in the

7       _____

8       Reason for change: Transcription error

9       Page No. 223  Line No. 4   Change to:  every sum to some

10      _____

11      Reason for change: Transcription error

12      Page No. 223 Line No. 5   Change to:  it -- to it showed

13      _____

14      Reason for change: Transcription error

15      Page No. 243 Line No. 9   Change to: analysis to analyses

16      _____

17      Reason for change: Transcription error

18      Page No. 244 Line No. 13   Change to: monomial to an anamoly

19      _____

20      Reason for change: Transcription error

21

22

23      SIGNATURE:_____   DATE:_____

24              LAWRENCE D. MORRISS, Jr.

25

Lawrence D. Morriss, Jr.                    October 29, 2009

Page 300

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 244 Line No. 14  Change to: increased to decreased

4    _____

5    Reason for change: Transcription error

6    Page No. 245 Line No. 25  Change to: Rick Sholtz to Frick

7    Schultz

8    Reason for change: Transcription error

9    Page No. 246 Line No. 4   Change to: Lakova to Yakova

10   _____

11   Reason for change: Transcription error

12   Page No. 246 Line No. 24  Change to: your to there

13   _____

14   Reason for change: Transcription error

15   Page No. 250 Line No. 7   Change to: June to January

16   _____

17   Reason for change: Transcription error

18   Page No. 254 Line No. 6   Change to: management did to management

19   group did

20   Reason for change: Transcription error

21

22

23   SIGNATURE:_____  DATE:_____

24            LAWRENCE D. MORRISS, Jr.

25

Lawrence D.  Morriss, Jr.                    October 29, 2009

Page 30̶0̶ 17

1    Deposition of LAWRENCE D. MORRISS, Jr.

2

3    Page No. 254 Line No. 17   Change to: editrations to iterations

4    _____

5    Reason for change: Transcription error

6    Page No. 256 Line No. 15   Change to: Lakora to Yakola

7    _____

8    Reason for change: Transcription error

9    Page No. 268 Line No. 18   Change to: Lakora to Yakola

10   _____

11   Reason for change: Transcription error

12   Page No. 281 Line No. 21   Change to: about become the to about the

13   _____

14   Reason for change: Transcription error

15   Page No. 285 Line No. 14   Change to: Including to and excluding

16   _____

17   Reason for change: Transcription error

18   Page No. 290 Line No. 4   Change to: when you're to and he is

19   _____

20   Reason for change: Transcription error

21

22

23   SIGNATURE: _Lawrence D. Morriss, Jr_   DATE: 12/11/09

24        LAWRENCE D. MORRISS, Jr.

25