EXHIBIT 1-E: Adams Depo

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF INDIANA
2             INDIANAPOLIS DIVISION

3

4  ATA AIRLINES, INC.,

5         Plaintiff,

6                          CIVIL ACTION FILE

       vs.

7                    NO. 1:08-CV-0785-RLY-DML

8  FEDERAL EXPRESS CORPORATION,

9         Defendant.

10  _____

11

12

13

14          VIDEOTAPED DEPOSITION OF
          A. FRANK ADAMS, III, Ph.D.

15

16

17           January 12, 2010
               8:41 a.m.

18

19

20

             1117 West Peachtree Street, NW
21             Atlanta, Georgia

22

23

24

25  Reported by:  Michelle M. Boudreaux, CCR, RPR

A. Frank Adams, III, Ph.D. - 1/12/2010

1    the RESET test.

2         Q    So you consider the RESET test to be

3    objective?

4         A    It's an objective test, yes.

5         Q    Would you agree that there -- unless there is

6    economic plausibility among the independent and

7    dependent variables, that the R squared would be

8    meaningless?

9         A    Unless there -- repeat it again, sir.

10        Q    Unless there is economic plausibility among

11   the independent and dependent variables, the R squared

12   would be meaningless?

13        A    There are -- there are certainly tests for

14   irrelevant variables, if that's what you're asking.

15   Irrelevant variables could bias your estimates and --

16   but you can also test for that.  And so that, again,

17   can be test for specification error.

18        Q    Does the RESET test only test linearity?

19        A    The RESET tests for incorrect functional

20   form, and so you could have nonlinearity that you

21   are -- you're specifying your independent variables and

22   possibly your dependent variable in the wrong

23   functional form.  You may need to take the natural

24   logarithm of both the dependent and independent

25   variable.  You may need to square one of the terms.

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 43

1   You may need to have the variables enter in some other
2   functional form because what you see is subjective.
3         The tests are objective and they tell you if
4   you have a high probability of having a problem with
5   your model.  And so that's the fundamental issue that I
6   have with Mr. Morriss's analysis.  He performed no test
7   that was objective.  He looked at the data and he said
8   he saw something.  And so that's not -- that's not part
9   and parcel to the training that I received in
10  econometrics or the training that any student that I
11  know of that's taken a college level or graduate level
12  course in econometrics receives, that you look at the
13  data and you see things and then you've performed any
14  type of test that say your results have any degree of
15  statistical validity.  So I have a big issue with him
16  seeing linearity in the data.
17      Q    Would you explain to the jury what you mean
18  by "functional form"?
19      A    I think I just did, sir.
20      Q    Okay.  Would you tell us again, then?
21      A    Sure.  It's the -- the dependent and
22  independent variable in Mr. Morriss's model, he is
23  saying that -- that costs are a function of revenue.
24  And so the costs are costs, revenue is revenue; they're
25  just the plain data that had not been transformed in

A. Frank Adams, III, Ph.D. - 1/12/2010

1    any manner.

2          If the RESET test is a test for specification

3    error, which I believe it is, it can test for omitted

4    variables and it can test for incorrect functional

5    form.  In other words, you've not specified the

6    relationship between these variables in the appropriate

7    manner, you've not transformed the data.

8          And so it may be you transformed the

9    dependent variable and the independent variable by

10   taking the natural logarithm of those values and

11   then -- and then running your regression on that model

12   with the transformed data, or you square one of the

13   terms or cube one of the terms in your independent

14   variables, and it, again, may give you, at that point

15   in time, a RESET test that says you don't have any

16   problem with incorrect functional form.

17         But the problem that you have, if it doesn't

18   pass the RESET and it -- it doesn't pass the RESET test

19   at any conventional level, again, at the highest degree

20   of statistical probability, the 99 percent level,

21   Mr. Morriss's model fails.  And so there is only a

22   very, very small chance that -- that there is no

23   specification error, either incorrect functional form

24   or omitted variables.

25         And so as a result, his estimates are --

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 45

1   they're biased, they're inconsistent and they're

2   inefficient.  They are not statistically valid.  You

3   can't rely on those models -- on that model to produce

4   estimates of lost profits that have any statistical

5   degree of reliability.  They're not valid.

6              MR. BROUGHTON:  Kim, I apologize.  I

7       don't have an extra copy of this, but I

8       wanted to mark it as an exhibit.  It's very

9       short and you can take a look at it.

10             (Discussion off the written record.)

11             THE VIDEOGRAPHER:  Going off the video

12      record; the time is 10:05 a.m.

13             (Recess taken.)

14             (Exhibit 2 marked for identification.)

15             THE VIDEOGRAPHER:  We're back on the

16      video record; the time is 10:09 a.m.

17      Q    (By Mr. Broughton)  Dr. Adams, we've marked

18  as Exhibit No. 2 a short article by Jeffrey M.

19  Wooldridge called "Econometric Analysis of Cross

20  Section and Panel Data."  Do you see that?

21      A    Yes, sir.

22      Q    Have you ever seen Exhibit 2 before?

23      A    No, I haven't.

24      Q    Have you ever heard of Jeffrey Wooldridge?

25      A    I've heard of him when I attended

A. Frank Adams, III, Ph.D. - 1/12/2010

1   Mr. Morriss's deposition.

2       Q    Okay.  And was -- was that some -- one of the

3   items you looked into since -- between when Mr. Morriss

4   gave his deposition and today?

5       A    Yes, sir.

6       Q    Okay.  And what research or review did you do

7   with respect to Jeffrey Wooldridge?

8       A    I looked at what he had written about RESET.

9       Q    Okay.  And do you agree with it or disagree

10  with it?

11      A    Which part?

12      Q    Well, let's turn to this Adams Exhibit 2,

13  page 125.  And you'll see there's some handwritten

14  marks on this page, correct?

15      A    Correct.

16      Q    And I guess the first full paragraph at the

17  top of page 125, Mr. Wooldridge says, "There is some

18  misunderstanding in the testing literature about the

19  merits of RESET.  It has been claimed that RESET can be

20  used to test for a multitude of specification problems,

21  including omitted variables and heteroskedasticity.   In

22  fact, RESET is generally a poor test for either of

23  these problems.  It is easy to write down models where

24  an omitted variable, say Q, is highly correlated with

25  each X, but RESET has the same distribution that it has

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 47

1    under H0."  Do you see that?

2        A    Yes, sir.

3        Q    And had you read this particular statement

4    before?

5        A    Maybe not this particular statement, but I've

6    seen references to this in another of his text.

7        Q    And do you agree or disagree with

8    Mr. Wooldridge's statement here that we just read into

9    the record?

10       A    There is some disagreement in the literature

11   about the RESET test.  And one thing that is not in

12   this agreement is that the RESET test is a perfectly

13   legitimate test for incorrect functional form.  And so

14   Dr. Wooldridge does state that.  He might not state

15   that in this section, but I have a copy of his --

16   pertinent parts of his introductory econometrics test,

17   which he does give the opinion that it is a perfectly

18   valid test for incorrect functional form.  And if you

19   have incorrect functional form, then your coefficient

20   estimates are biased, inconsistent, and inefficient.

21   Therefore, Mr. Morriss's regression estimates, his

22   model, is not valid.

23            So regardless of whether it's RESET testing

24   for omitted variables or incorrect functional form,

25   Mr. Morriss still has a model that has significant

A. Frank Adams, III, Ph.D. - 1/12/2010

1   problems and that it fails RESET.  And Dr. Wooldridge,

2   in no shape, form, or fashion that I've seen, has ever

3   stated that it's a -- it's a poor test for incorrect

4   functional form.

5        I also take exception with your

6   characterization of Dr. Wooldridge and what he is

7   stating here.  He is stating -- and I can gave you an

8   example from the introductory econometrics text that

9   can make it more clear, if you want to stop for a

10  minute and make a copy of that.

11       Q    We can maybe do that at another break, but

12  let me just ask you here -- I didn't think I

13  characterized anything of Mr. Wooldridge.  I thought I

14  just read this verbatim.

15       A    Uh-huh.

16       Q    So I didn't know I put any characterization

17  on it.  What are you referring to?

18       A    Okay.  Well, you probably didn't.  And if I

19  can show you a section from another text that he has

20  written, it makes it more clear that Dr. Wooldridge is

21  not necessarily convinced that under all conditions,

22  that RESET does not test for omitted variables.  It's

23  in a subset of those conditions that he states that it

24  is a poor test for omitted variables.

25       Q    Okay.  And we'll get to that in moment.

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 49

1  Before we leave this Exhibit 2 --

2      A    Uh-huh.  Yes.

3      Q    -- if you go on down further on page 125,

4  there below that indented equation, underlined it says,

5  "Therefore, RESET provides no evidence of functional

6  form misspecification."

7      A    Well, then that's the first time I've seen

8  that.

9      Q    Okay.  So do you agree or disagree with

10 Mr. Wooldridge's statement that we just read?

11     A    I disagree that in general RESET provides no

12 evidence of functional form misspecification, and I

13 have several cites from other authors from

14 econometrics, as well as Dr. Wooldridge himself, that

15 contradicts that statement.

16     Q    If we look at the next paragraph in

17 Exhibit 2, page 125, it says, "Even though we already

18 know IQ shows up very significantly in the equation" --

19 I'll skip that equation part.  It says, "RESET does

20 not, and should not be expected to, detect the omitted

21 variable problem.  It can only test whether the

22 expected value of Y given the variables actually in the

23 regression is linear in those variables."  Do you see

24 that?

25     A    Yes, sir.

A. Frank Adams, III, Ph.D. - 1/12/2010

1     Q    Do you agree or disagree with that statement?

2     A    The statement, in general, I disagree with

3  because there's evidence from other econometricians, as

4  well as Dr. Wooldridge himself in another text he has

5  written that states that it's a perfectly legitimate

6  test for incorrect functional form.

7     Q    So do you agree, then, that there is a split

8  among the authorities on this issue?

9     A    I think that Wooldridge is on an island.

10     Q    Okay.

11     A    And I think that you have taken

12  Dr. Wooldridge and have taken a limited set of or at

13  least a subset of what RESET can do and applied it to

14  this problem.  And I have taken what I believe is a

15  perfectly reasonable test and have applied it to

16  Mr. Morriss's regression model, and RESET tells me that

17  there is a problem with his model, whether it be

18  omitted variables or incorrect functional form.

19     Q    In econometrics, what is it called when one

20  changes regression variables to variables that have no

21  reasonable evidence of economic plausibility?

22     A    That would be an irrelevant variable, I

23  believe, what you're talking about.  Changes it?

24  You're saying changes it or adding?

25     Q    Either one.

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 51

1       A    If you -- if you change the functional form

2   of a variable, it may be perfectly legitimate and

3   appropriate because you have a diagnostic test that

4   says you have an incorrect functional form.  And so in

5   that case, your OLS assessments are not going to be

6   minimum variance, not going to be unbiased, and -- and

7   they're going to be inconsistent.

8       Q    If you actually change one of the regression

9   variables to a different variable that has no

10  reasonable evidence of economic plausibility, what term

11  would you use to describe that?

12      A    I don't understand what you're asking.

13  You're saying change a variable, or you're saying

14  adding additional variable?  Which one are you saying,

15  sir?

16      Q    Change a variable.

17      A    Change it to another variable, or you change

18  the form of the variable?

19      Q    Change it to another variable.

20      A    Okay.  So you have replaced that variable

21  with another variable --

22      Q    Yes.

23      A    -- is that the question?

24      Q    Yes.

25      A    Okay.  So now would you repeat the question

A. Frank Adams, III, Ph.D. - 1/12/2010

1  now that I understand you're -- you are changing -- you

2  are substituting one variable for another.  Is that

3  correct?

4       Q    Correct.  What would you call it in

5  econometrics when you change one of the regression

6  variables, as we just discussed, and replace it with

7  another variable --

8       A    Uh-huh.

9       Q    -- that has no reasonable evidence of

10  economic plausibility?

11       A    If you've got a variable that -- that is not

12  specified by -- not supported by theory in your model,

13  then it's a -- it's an irrelevant variable.

14       Q    Is that also called data mining?

15       A    It could be called data mining.

16       Q    And -- and what if there is no economic

17  plausibility in the variable that is added or replaced?

18       A    Then you've got a regression that's not going

19  to give you reliable estimates.

20       Q    You were going to tell us about some of the

21  documents that you found there.

22       A    Sure.  And there are several.

23       Q    Okay.

24       A    So if you'd like to stop and make a copy

25  of -- of these documents, then that would be fine.

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 53

```
 1      Q      All right.   Before we do that, are you
 2  familiar with Dr. Wooldridge's background?
 3      A      Yes, I am.
 4      Q      And what did you learn about Dr. Wooldridge's
 5  background?
 6      A      I believe -- I didn't write this down, but I
 7  believe he has a Ph.D. in economics from the university
 8  of San Diego.  Is that correct?  No?  Then I am
 9  incorrect in terms of my memory.
10      Q      Okay.
11      A      So...
12            MR. BROUGHTON:  Why don't we go ahead
13        and take a break.  I think maybe we're almost
14        out of tape, and we can make some more
15        copies.
16            THE VIDEOGRAPHER:  We're going off the
17        video record.  This is the end of Tape No. 1.
18        The time is 10:20 a.m.
19            (Recess taken.)
20            (Exhibits 3 through 5 marked for
21        identification.)
22            THE VIDEOGRAPHER:  We are back on the
23        video record.  This is the beginning of
24        Tape No. 2.  The time is 10:37 a.m.
25      Q      (By Mr. Broughton)  Dr. Adams, you handed us
```

A. Frank Adams, III, Ph.D. - 1/12/2010

1    some additional documents, and one of them has been

2    marked as Adams Exhibit 3; is that right?

3        A    Yes, sir.

4        Q    And is that the one that says -- has

5    handwritten on the top "2006"?

6        A    That's correct.

7        Q    Okay.  And then Adams Exhibit 4 has

8    handwritten on it "2007," is that right?

9        A    No.  It's -- Adams Exhibit 4 is 1998, "A

10   Guide to Econometrics, Fourth Edition, Peter Kennedy."

11       Q    Okay.  So then, do you have one that has

12   handwritten "2007" on it?

13       A    Yes, sir.  "Principles of Econometrics," by

14   Hill, Griffiths, and Lim, Exhibit 5.

15       Q    Okay.  And would you point out to us anything

16   of interest to you or anything that forms the basis of

17   your -- of any opinions you have from Adams Exhibit 3?

18       A    Sir, could I go back to Adams Exhibit 2 --

19       Q    Sure.

20       A    -- for a minute?

21       Q    Absolutely.

22       A    Yes, sir.  If I could direct your attention

23   to page 125.

24       Q    Hold on one second.  Okay.

25       A    Page 125, towards the bottom of the page,

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 55

1  underlined, "Therefore, RESET provides no evidence of
2  functional form misspecification."  Do you see that,
3  sir?

4      Q     I do.

5      A     And that is relative to Example 6.4.  What
6  Dr. Wooldridge is saying there, that there's no
7  evidence of functional form misspecification in
8  Example 6.4.

9      Q     Okay.

10     A     He does not say that RESET provides no
11  evidence of functional form misspecification in
12  general; he is just applying it to this particular
13  example.

14     Q     All right.

15     A     Okay.  If you go to Adams Exhibit 3 -- and I
16  apologize for the right-hand side being somewhat not
17  legible, but if you turn to page 308, and about a third
18  of the way down, it says, "RESET adds polynomials..."
19  Do you see that line?

20     Q     Hold on.  Why don't you hold up your copy and
21  just point it to me.

22     A     (Witness complies with request of counsel.)

23     Q     Okay.  Yes, I see it.

24     A     It says, "RESET adds polynomials in the
25  OLS" -- something -- "values to equation (9.2) to

A. Frank Adams, III, Ph.D. - 1/12/2010

1   detect general kinds of functional form

2   misspecification."

3          And if you'll turn to the next page, 309, and

4   then you'll see the underlined portion there, sir.

5      Q     I do.

6      A     It says on page 309, Exhibit -- Adams

7   Exhibit 3, "Some have argued that RESET is a very

8   general test for model misspecification, including

9   unobserved omitted variables and heteroskedasticity.

10  Unfortunately, such use of RESET is largely misguided.

11  It can be shown that RESET has no power for detecting

12  omitted variables whenever they have expectations that

13  are linear in the included independent variables in the

14  model."

15         Dr. Wooldridge is very specific there.  He

16  says "whenever they have expectations that are linear

17  in the included independent variables in the model."

18  He does not preclude the case where there is a lower

19  degree of correlation between a supposed -- expected

20  value of a supposed omitted variable and the included

21  variables.

22         So Dr. Wooldridge is leaving open the door

23  that -- in my particular case, when I've added a trend

24  variable to the model, it's not highly correlated to

25  the revenue variable.  As a result, Wooldridge might

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 57

1    agree with me on this.  It's not clear to me that he

2    disagrees completely.

3            In addition, if you'll read the very last

4    statement there that's underlined, "The bottom line is

5    that RESET is a functional form test, and nothing

6    more."  So at a minimum, Dr. Wooldridge says that RESET

7    will test for functional form problems, and Mr. Morriss

8    has functional form problems at a minimum in his

9    regression model to the highest conventional level of

.0   probability.

.1      Q    Are you -- are you telling the jury that

.2   ATA's military charter revenue and ATA's military

.3   charter costs are not correlative?

.4      A    No, there's a correlation between the

.5   variables.  It's just the problem with you have omitted

.6   a relevant variable that will explain costs to a

.7   greater degree than what Mr. Morriss has stated.  You

.8   can either transform the data and you can get a

.9   specification that does not have problems that violate

:0   the assumptions of the standard linear model of least

:1   squares theory.

:2            And so you have a theoretical problem with

:3   the specification of your model that you need to

:4   remediate, and the RESET test does a good job of

:5   testing for -- in my opinion, for both.  But at a

A. Frank Adams, III, Ph.D. - 1/12/2010

1    minimum, in Dr. Wooldridge's opinion, it's a perfectly

2    legitimate test for incorrect functional form.

3            And so if the form that the variables enter

4    the model is incorrect, then your estimates are not

5    statistically valid.  You have biased estimates that

6    are inconsistent and inefficient, and so they are not

7    statistically valid.

8        Q    What is the variable that you're saying was

9    omitted?

10       A    I am saying that if you -- if you add a trend

11   variable, that it -- it will add explanatory power to

12   the model, it will increase -- any variable that you

13   add will increase R square, and Mr. Morriss has said

14   that in his deposition testimony.  But the key issue,

15   does it add explanatory power when you look at the

16   adjusted R square.  That adjusts for adding variables

17   to the model.

18           So it's -- it's not a fair comparison.

19   Another criticism of Mr. Morriss is he doesn't

20   understand the difference between R square and adjusted

21   R square.  And so when you look at adjusted R square in

22   the model that I proposed, it, in fact, increases.  And

23   so there is a greater degree of explanatory power

24   looking at adjusted R square in my model versus

25   Mr. Morriss.

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 59

1         But I will say that even my model suffers
2    from either specification error or incorrect functional
3    form.  I haven't put forth a model that estimates
4    damages in this case.  I have tried to repair
5    Mr. Morriss's model and didn't find a specification
6    that actually passed the smell test.
7         Q    I believe a few moments ago, though, you said
8    that Mr. Morriss had omitted a variable.  Did I
9    misunderstand you?
10        A    I said that -- that it is possible that he
11   has omitted a variable, because RESET does have power
12   to test for omitted variables or incorrect functional
13   form.  RESET, unfortunately, can't tell you what the
14   remediation should be.  It just says you have a
15   problem.  And so then it's up to the economist,
16   econometrician, the analyst in order to try to find out
17   what he or she can do to correct the problems that the
18   model has.
19        Q    So you don't -- you can't tell the jury one
20   way or the other whether there definitely is an omitted
21   variable from Mr. Morriss's report?
22             MS. HODGES:  Object to form.
23             THE WITNESS:  It's my opinion that there
24        is an omitted variable, because when I add a
25        variable that is commonly accepted, and I've

A. Frank Adams, III, Ph.D. - 1/12/2010

1    100 percent accurate, so inconsistency in his testimony

2    about what regression analysis can do.  Just another

3    example of Mr. Morriss doesn't know what he's doing.

4        Q    Okay.  Anything after that page?

5        A    Let's see.  I think I'm in pretty good shape.

6    We've already talked about Dr. Wooldridge and -- so we

7    can move on to page 154.

8        Q    Okay.

9        A    Let's see.  This goes back to the same issue

10   about did not perform -- "So back to the methodology on

11   regression analysis," at 153, then 154, "so you did not

12   perform a Ramsey RESET, correct?"

13            "No, it would be inappropriate to do so."

14            It's clearly an indication that Mr. Morriss

15   has never had an econometrics class where he paid

16   attention, because if he had, then he would have been

17   exposed to at least the issue of specification error.

18   And so if he's been exposed to that, whether he's

19   chosen the Ramsey RESET test or the Hausman test or

20   some objective test for specification error, it would

21   be hard to state it would be inappropriate to do so.

22            And he goes on to state that he looked at the

23   data and the data was linear.  And again, I know of no

24   econometrics text that exists that says that that is a

25   valid test for specification error.  It's a requirement

A. Frank Adams, III, Ph.D. - 1/12/2010

```
 1  researchers?"
 2          His answer is, "It's generally accepted by
 3  all costs accountants who do this kind of work."
 4          I'd like references on that if he could
 5  provide them, not that that's his job to provide them
 6  for me, but he doesn't -- he doesn't provide any -- any
 7  source.
 8      Q    Okay.
 9      A    And so I've got an opinion and I generally
10  cite a source.  And Mr. Morriss has opinions and you
11  have no idea where they're coming from.  It's -- what
12  was amazing about this report is you look through the
13  entire report, and I did read through it briefly, and
14  Mr. Morriss and his staff has done a beautiful job of
15  referencing virtually every single page in it, but when
16  you get to that -- those pages of regression analysis,
17  there's nothing.  There are no references, there are no
18  citations, there's no authority, there's absolutely
19  nothing for what he's done.
20          And so as a college professor for now going
21  on 14 years, when I see that a student of mine has
22  turned in something like that, it reeks of a lack of
23  understanding.  And I read his work, it's apparent.
24          Page 290 -- well, the question was in 289,
25  "Aren't Adams' tests, the R squared, the T, et cetera,
```

A. Frank Adams, III, Ph.D. - 1/12/2010

1  taking issue with you saying the 30 million would be

2  fixed cost.  What I'm saying is that that's what the

3  model shows you, but it's at the zero revenue level

4  which in the -- in cost accounting terms, if you didn't

5  have a zero revenue observation, then it's, it's not

6  really something you want to go to with fixed cost."

7          Well, the regression equation, the -- his

8  results suggest that 30 million is the fixed cost,

9  because every other cost is invariant in his model.

10 And so my question is, if 30 million is not the fixed

11 cost, then what is the fixed cost?  And so if it's not

12 30 million or even close to it, then there's even more

13 evidence that his model is incorrect.

14         And so if this has estimated the wrong level

15 of fixed cost, then it's very possible it's estimated

16 the wrong slope of the -- of the regression

17 coefficient, the wrong slope of the independent

18 variable.  And so it's -- what is it?  I mean, what is

19 this model doing?  And it's unclear to me that he

20 understands what it's doing or not.

21         Last page, 293, the question, "So does

22 linearity test for a specification error?"

23         The answer is, "That's what specification is,

24 it's linearity."

25         Linearity does not test for specification

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 131

1   error.  I challenge Mr. Morriss to cite any

2   authoritative source that if you construct a model and

3   use ordinary least squares regression to estimate the

4   parameters, that linearity is a test for specification

5   error.  I just believe he has a gross lack of

6   understanding of what regression analysis is.

7           And I believe I've covered about everything

8   in his deposition, but I'll say I might have missed a

9   few things.

10      Q    Okay.

11      A    So I'll reserve the right to come back to

12  that at a later time if I have the opportunity.

13      Q    Okay.  We started this morning on that

14  deposition review, when I asked you do you have any

15  opinions that are not expressed in your report and you

16  said you had opinions based on deposition transcript.

17  And I just want to ask you:  Do you have any other

18  opinions that you have developed with regard to this

19  lawsuit that are not contained in your report or that

20  you have not already told us about so far today?

21      A    I can't think of any at this time, sir.

22      Q    Okay.  When regression variables have

23  economic plausibility, what is an acceptable R square?

24      A    That will depend on the model.  There are --

25  there are many -- there are many models of economic

Case 1:08-cv-00785-RLY-DML   Document 110-6   Filed 02/17/10   Page 25 of 37 PageID #:
1802
A. Frank Adams, III, Ph.D. - 1/12/2010

Page 142

1    the null hypothesis is false, and I've stated

2    quite clearly you don't prove anything, so --

3         MR. BROUGHTON:  Okay.

4         THE WITNESS:  And the summary just

5    recaps --

6         MR. BROUGHTON:  Correct.

7         THE WITNESS:  -- recaps the report.

8    Q    (By Mr. Broughton)  Do you agree that unit

9  sales drive costs?

10   A    Unit sales drive costs?  In what context are

11  you talking about, sir?

12   Q    The operations of ATA.

13   A    If you've got some level of output, that

14  drives costs.  If you're -- if you're flying people

15  from one destination to another, you've got costs

16  associated -- you're providing a service, you've got

17  costs associated with that.  And so based on you

18  providing that service, you should be able to estimate

19  what the costs are.

20   Q    And you do agree that revenues are a proxy

21  for unit sales?

22   A    Revenues are a proxy for output.  As I've

23  stated earlier, revenues are a proxy for output, but

24  you have two things going on here.  And so even

25  though -- even though Mr. Morriss has admonished me

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 143

1    about a lemonade stand and what 10-year-olds

2    understand, maybe it takes a 12-year-old to understand

3    that price times quantity is equal to revenue.

4            So you've got two variables that are moving

5    there.  And if you're trying to estimate costs based on

6    revenue, well, are revenues changing because of price,

7    are revenues changing because of a combination of price

8    and quantity, or are revenues changing because of

9    quantity?

10           So you have a number of issues that you have

11   to deal with there in terms of estimating what your

12   costs are.  And it's not clear to me that Mr. Morriss

13   has taken that into account in his model.  That could

14   be part of his problem, that he has not looked more

15   deeply into the issue of what's actually driving costs.

16           Horngren cautions cost accountants to look at

17   the cost drivers, and I've pointed out in the

18   PowerPoint presentation from Chapter 10 of Horngren's

19   2003 edition, he says very clearly -- again, I'm not

20   sure exactly which page it is, but he talks about -- he

21   talks about on Slide 10-30 -- 51, the relationship

22   between the cost driver and cost is not stationary.

23           I don't think that Mr. Morriss -- don't

24   think -- Mr. Morriss has not put forward in his report

25   where he's checked that, so I don't know if that's an

Case 1:08-cv-00785-RLY-DML   Document 110-6   Filed 02/17/10   Page 27 of 37 PageID #:
1804
A. Frank Adams, III, Ph.D. - 1/12/2010

Page 152

```
 1                          DISCLOSURE

 2

 3   STATE OF GEORGIA
 4   COUNTY OF FULTON

 5

           Deposition of A. FRANK ADAMS, III, Ph.D.

 6

 7        Pursuant to Article 10.B of the Rules and
     Regulations of the Board of Court Reporting of the
 8   Judicial Council of Georgia, I make the following
     disclosure:

 9

          I am a Georgia Certified Court Reporter.
10   I am here as a representative of Merrill Legal
     Solutions.

11

          I am not disqualified for a relationship of
12   interest under the provisions of O.C.G.A. §9-11-28©.
13        Merrill Legal Solutions will not be taking this
     deposition under any contract that is prohibited by
14   O.C.G.A §15-14-37 (a) and (b).
15        Merrill Legal Solutions has no exclusive contract
     to provide reporting services with any party to the
16   case, any counsel in the case, or any reporter or
     reporting agency from whom a referral might have been
17   made to cover this deposition.
18        Merrill Legal Solutions will charge its usual and
     customary rates to all parties in the case, and a
19   financial discount will not be given to any party to
     this litigation.

20

21           Michelle M Boudreaux.
             _____

22           MICHELLE M. BOUDREAUX, RPR
             CCR-B-2165

23

24

25
```

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 153

```
 1              A. FRANK ADAMS, III, Ph.D.
 2
                INSTRUCTIONS TO THE WITNESS
 3
 4              PLEASE READ YOUR DEPOSITION OVER CAREFULLY
    BEFORE YOU SIGN IT.  YOU SHOULD MAKE ALL YOUR CHANGES
 5  ON THE ATTACHED ERRATA SHEET.  PLEASE DO NOT MARK ON
    THE ORIGINAL DEPOSITION.
 6              AFTER MAKING ANY CHANGES WHICH YOU HAVE NOTED
    ON THE ATTACHED ERRATA SHEET, SIGN YOUR NAME ON THE
 7  ERRATA SHEET AND DATE IT.
 8              THEN SIGN YOUR DEPOSITION AT THE END OF YOUR
    TESTIMONY IN THE SPACE PROVIDED.  YOU ARE SIGNING IT
 9  SUBJECT TO THE CHANGES YOU HAVE MADE ON THE ERRATA
    SHEET, WHICH WILL BE ATTACHED TO THE DEPOSITION.
10              RETURN THE ORIGINAL ERRATA SHEET AND
    TRANSCRIPT TO MERRILL LEGAL SOLUTIONS, 1117 WEST
11  PEACHTREE STREET, ATLANTA, GEORGIA 30309.
12              ACCORDING TO THE RULES OF CIVIL PROCEDURE,
    YOU WILL HAVE THIRTY (30) DAYS FROM THE DATE YOU
13  RECEIVE THIS DEPOSITION IN WHICH TO READ, SIGN AND
    RETURN YOUR DEPOSITION TO THE ABOVE OFFICE.  IF YOU
14  FAIL TO DO SO, YOU AUTOMATICALLY WAIVE YOUR RIGHT TO
    MAKE ANY CORRECTIONS TO YOUR DEPOSITION.
15              PURSUANT TO RULE 30(E) OF THE FEDERAL RULES
    OF CIVIL PROCEDURE AND/OR THE OFFICIAL CODE OF GEORGIA
16  ANNOTATED 9-11-30(E), BOTH OF WHICH READ IN PART:  ANY
    CHANGES IN FORM OR SUBSTANCE WHICH YOU DESIRE TO MAKE
17  SHALL BE ENTERED UPON THE DEPOSITION...WITH A STATEMENT
    OF THE REASONS GIVEN...FOR MAKING THEM.  ACCORDINGLY,
18  TO ASSIST YOU IN EFFECTING CORRECTIONS, PLEASE USE THE
    FORM BELOW:
19
    PAGE              LINE              EXPLANATION
20   22                11          Professor - not capitalized
21   22                17          of business - not 'and business'
22   47                12          disagreement - not 'this
23                                         agreement'
24   60                16          F-statistic - not 'S-statistic'
25   68                11          sum        - not 'some'
```

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 154

| | PAGE | LINE | EXPLANATION |
|---|---|---|---|
| 1 | | | |
| 2 | 69 | 13 | 17.93 |
| 3 | 91 | 18 | disturbances – not |
| 4 | | | 'residuals' |
| 5 | 100 | 5 | by adding – not 'of adding' |
| 6 | 101 | 10 | or proxy – not 'a proxy' |
| 7 | 115 | 23 | leave out 'estimate' |
| 8 | | | lines 23-24 should read |
| 9 | | | ... is that the coefficient is |
| 10 | | | equal to zero. ...... |
| 11 | 130 | 9 | variable – not 'invariant' |
| 12 | 137 | 2 | take – not 'cannot' |
| 13 | 147 | 4 | insert 'said' after 'have' |
| 14 | 147 | 5 | insert 'is' before because |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |

22

23    _(signature)_

DEPONENT'S SIGNATURE

24

25    DATE: 2/16/10

A. Frank Adams, III, Ph.D. - 1/12/2010

Page 155

SIGNATURE PAGE OF WITNESS

I HEREBY ACKNOWLEDGE THAT I HAVE READ THE FOREGOING DEPOSITION AND THAT THE SAME IS A TRUE AND CORRECT TRANSCRIPTION OF THE ANSWERS GIVEN BY ME TO THE QUESTIONS PROPOUNDED, EXCEPT FOR THE CHANGES, IF ANY, NOTED ON THE ATTACHED ERRATA SHEET.

SIGNATURE: _____

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS THE _16_ DAY OF _FEBRUARY_ 2010.
NOTARY PUBLIC: _____
MY COMMISSION EXPIRES: _JAN 14, 2012_

DAVID LOHR WENTZEL
MY COMMISSION EXPIRES
NOTARY
PUBLIC
JANUARY 14, 2012
CHEROKEE COUNTY, GEORGIA



ECONOMETRIC ANALYSIS

OF CROSS SECTION

AND PANEL DATA



EXHIBIT

© 2002 Massachusetts Institute of Technology

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from the publisher.

This book was set in Times Roman by Asco Typesetters, Hong Kong, and was printed and bound in the United States of America.

Library of Congress Cataloging-in-Publication Data

Wooldridge, Jeffrey M., 1960–
    Econometric analysis of cross section and panel data / Jeffrey M. Wooldridge.
        p.   cm.
    Includes bibliographical references and index.
    ISBN 0-262-23219-7 (cloth)
    1. Econometrics—Asymptotic theory. I. Title.

    HB139.W663   2001
    330'.01'5195—dc21                                    2001044263

10

nomials in $\hat{y}_i$, say $\hat{y}_i^2$, $\hat{y}_i^3$, and $\hat{y}_i^4$, as a test for neglected nonlinearity. There are a couple of ways to do so. Ramsey suggests adding these terms to equation (6.23) and doing a standard $F$ test [which would have an approximate $\mathcal{F}_{3,N-K-3}$ distribution under equation (6.23) and the homoskedasticity assumption $\mathrm{E}(u^2 \mid \mathbf{x}) = \sigma^2$]. Another possibility is to use an $LM$ test: Regress $\hat{u}_i$ onto $\mathbf{x}_i$, $\hat{y}_i^2$, $\hat{y}_i^3$, and $\hat{y}_i^4$ and use $N$ times the $R$-squared from this regression as $\chi_3^2$. The methods discussed in Chapter 4 for obtaining heteroskedasticity-robust statistics can be applied here as well. Ramsey's test uses generated regressors, but the null is that each generated regressor has zero population coefficient, and so the usual limit theory applies. (See Section 6.1.1.)

There is some misunderstanding in the testing literature about the merits of RESET. It has been claimed that RESET can be used to test for a multitude of specification problems, including omitted variables and heteroskedasticity. In fact, RESET is generally a poor test for either of these problems. It is easy to write down models where an omitted variable, say $q$, is highly correlated with each $\mathbf{x}$ but RESET has the same distribution that it has under $\mathrm{H}_0$. A leading case is seen when $\mathrm{E}(q \mid \mathbf{x})$ is linear in $\mathbf{x}$. Then $\mathrm{E}(y \mid \mathbf{x})$ is linear in $\mathbf{x}$ [even though $\mathrm{E}(y \mid \mathbf{x}) \neq \mathrm{E}(y \mid \mathbf{x}, q)$], and the asymptotic power of RESET equals its asymptotic size. See Wooldridge (1995b) and Problem 6.4a. The following is an empirical illustration.

*Example 6.4 (Testing for Neglected Nonlinearities in a Wage Equation):* We use OLS and the data in NLS80.RAW to estimate the equation from Example 4.3:

$$\log(wage) = \beta_0 + \beta_1 exper + \beta_2 tenure + \beta_3 married + \beta_4 south$$
$$+ \beta_5 urban + \beta_6 black + \beta_7 educ + u$$

The null hypothesis is that the expected value of $u$ given the explanatory variables in the equation is zero. The $R$-squared from the regression $\hat{u}$ on $\mathbf{x}$, $\hat{y}^2$, and $\hat{y}^3$ yields $R_u^2 = .0004$, so the chi-square statistic is .374 with $p$-value $\approx .83$. (Adding $\hat{y}^4$ only increases the $p$-value.) Therefore, RESET provides no evidence of functional form misspecification.

Even though we already know IQ shows up very significantly in the equation ($t$ statistic = 3.60—see Example 4.3), RESET does not, and should not be expected to, detect the omitted variable problem. It can only test whether the expected value of $y$ given the variables actually in the regression is linear in those variables.

### 6.2.4 Testing for Heteroskedasticity

As we have seen for both OLS and 2SLS, heteroskedasticity does not affect the consistency of the estimators, and it is only a minor nuisance for inference. Nevertheless, sometimes we want to test for the presence of heteroskedasticity in order to justify use

nomials in $\hat{y}_i$, say $\hat{y}_i^2$, $\hat{y}_i^3$, and $\hat{y}_i^4$, as a test for neglected nonlinearity. There are a couple of ways to do so. Ramsey suggests adding these terms to equation (6.23) and doing a standard $F$ test [which would have an approximate $\mathcal{F}_{3,N-K-3}$ distribution under equation (6.23) and the homoskedasticity assumption $E(u^2 \mid \mathbf{x}) = \sigma^2$]. Another possibility is to use an $LM$ test: Regress $\hat{u}_i$ onto $\mathbf{x}_i$, $\hat{y}_i^2$, $\hat{y}_i^3$, and $\hat{y}_i^4$ and use $N$ times the $R$-squared from this regression as $\chi_3^2$. The methods discussed in Chapter 4 for obtaining heteroskedasticity-robust statistics can be applied here as well. Ramsey's test uses generated regressors, but the null is that each generated regressor has zero population coefficient, and so the usual limit theory applies. (See Section 6.1.1.)

There is some misunderstanding in the testing literature about the merits of RESET. It has been claimed that RESET can be used to test for a multitude of specification problems, including omitted variables and heteroskedasticity. In fact, RESET is generally a poor test for either of these problems. It is easy to write down models where an omitted variable, say $q$, is highly correlated with each $\mathbf{x}$, but RESET has the same distribution that it has under $H_0$. A leading case is seen when $E(q \mid \mathbf{x})$ is linear in $\mathbf{x}$. Then $E(y \mid \mathbf{x})$ is linear in $\mathbf{x}$ [even though $E(y \mid \mathbf{x}) \neq E(y \mid \mathbf{x}, q)$], and the asymptotic power of RESET equals its asymptotic size. See Wooldridge (1995b) and Problem 6.4a. The following is an empirical illustration.

*Example 6.4 (Testing for Neglected Nonlinearities in a Wage Equation):*  We use OLS and the data in NLS80.RAW to estimate the equation from Example 4.3:

$$\log(wage) = \beta_0 + \beta_1 exper + \beta_2 tenure + \beta_3 married + \beta_4 south$$
$$+ \beta_5 urban + \beta_6 black + \beta_7 educ + u$$

The null hypothesis is that the expected value of $u$ given the explanatory variables in the equation is zero. The $R$-squared from the regression $\hat{u}$ on $\mathbf{x}$, $\hat{y}^2$, $\hat{y}^3$ yields $R_u^2 = .0004$, so the chi-square statistic is .374 with $p$-value $\approx .83$. (Adding $\hat{y}^4$ only increases the $p$-value.) Therefore, RESET provides no evidence of functional form misspecification.

Even though we already know IQ shows up very significantly in the equation ($t$ statistic = 3.60—see Example 4.3), RESET does not, and should not be expected to, detect the omitted variable problem. It can only test whether the expected value of $y$ given the variables actually in the regression is linear in those variables.

### 6.2.4 Testing for Heteroskedasticity

As we have seen for both OLS and 2SLS, heteroskedasticity does not affect the consistency of the estimators, and it is only a minor nuisance for inference. Nevertheless, sometimes we want to test for the presence of heteroskedasticity in order to justify use

THIRD EDITION  *2006*

# INTRODUCTORY ECONOMETRICS
## A MODERN APPROACH

JEFFREY M. WOOLDRIDGE
Michigan State University



EXHIBIT
*Adams 3*
*1-12-10 MB*

THOMSON
SOUTH-WESTERN

Australia · Canada · Mexico · Singapore · Spain · United Kingdom · United States

W

## RESET as a General Test for Functional Form Misspecification

Some tests have been proposed to detect general functional form misspecification. Ra (1969) **regression specification error test (RESET)** has proven to be useful in this

The idea behind RESET is fairly simple. If the original model

$$y = \beta_0 + \beta_1 x_1 + \ldots + \beta_k x_k + u$$

satisfies MLR.4, then no nonlinear functions of the independent variables sh significant when added to equation (9.2). In Example 9.1, we added quadratics in nificant explanatory variables. Although this often detects functional form problem the drawback of using up many degrees of freedom if there are many explanat ables in the original model (much as the straight form of the White test for heter ticity consumes degrees of freedom). Further, certain kinds of neglected nonlinear not be picked up by adding quadratic terms. RESET adds polynomials in the OLS values to equation (9.2) to detect general kinds of functional form misspecificati

In order to implement RESET, we must decide how many functions of the fitt to include in an expanded regression. There is no right answer to this question, squared and cubed terms have proven to be useful in most applications.

Let $\hat{y}$ denote the OLS fitted values from estimating (9.2). Consider the e equation

$$y = \beta_0 + \beta_1 x_1 + \ldots + \beta_k x_k + \delta_1 \hat{y}^2 + \delta_2 \hat{y}^3 + error.$$

This equation seems a little odd, because functions of the fitted values from th estimation now appear as explanatory variables. In fact, we will not be interest estimated parameters from (9.3); we only use this equation to test whether (9.2) ha important nonlinearities. The thing to remember is that $\hat{y}^2$ and $\hat{y}^3$ are just nonlinea tions of the $x_j$.

The null hypothesis is that (9.2) is correctly specified. Thus, RESET is the $F$ for testing $H_0$: $\delta_1 = 0$, $\delta_2 = 0$ in the expanded model (9.3). A significant $F$ statistic some sort of functional form problem. The distribution of the $F$ statistic is app $F_{2,n-k-3}$ in large samples under the null hypothesis (and the Gauss-Markov ass The $df$ in the expanded equation (9.3) is $n - k - 1 - 2 = n - k - 3$. An $LM$ ver available (and the chi-square distribution will have two $df$). Further, the test can robust to heteroskedasticity using the methods discussed in Section 8.2.

## E X A M P L E  9 . 2

### (Housing Price Equation)

We estimate two models for housing prices. The first one has all variables in lev

$$price = \beta_0 + \beta_1 lotsize + \beta_2 sqrft + \beta_3 bdrms + u.$$

The second one uses the logarithms of all variables except *bdrms*:

$$lprice = \beta_0 + \beta_1 llotsize + \beta_2 lsqrft + \beta_3 bdrms + u. \qquad (9.5)$$

Using $n = 88$ houses in HPRICE1.RAW, the RESET statistic for equation (9.4) turns out to be 4.67; this is the value of an $F_{3,82}$ random variable ($n = 88$, $k = 3$), and the associated $p$-value is .012. This is evidence of functional form misspecification in (9.4).

The RESET statistic in (9.5) is 2.56, with $p$-value = .084. Thus, we do not reject (9.5) at the 5% significance level (although we would at the 10% level). On the basis of RESET, the log-log model in (9.5) is preferred.

In the previous example, we tried two models for explaining housing prices. One was rejected by RESET, while the other was not (at least at the 5% level). Often, things are not so simple. A drawback with RESET is that it provides no real direction on how to proceed if the model is rejected. Rejecting (9.4) by using RESET does not immediately suggest that (9.5) is the next step. Equation (9.5) was estimated because constant elasticity models are easy to interpret and can have nice statistical properties. In this example, it so happens that it passes the functional form test as well.

Some have argued that RESET is a very general test for model misspecification, including unobserved omitted variables and heteroskedasticity. Unfortunately, such use of RESET is largely misguided. It can be shown that RESET has no power for detecting omitted variables whenever they have expectations that are linear in the included independent variables in the model (see Wooldridge [1995] for a precise statement). Further, if the functional form is properly specified, RESET has no power for detecting heteroskedasticity. The bottom line is that RESET is a functional form test, and nothing more.

## Tests against Nonnested Alternatives

Obtaining tests for other kinds of functional form misspecification—for example, trying to decide whether an independent variable should appear in level or logarithmic form—takes us outside the realm of classical hypothesis testing. It is possible to test the model

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + u \qquad (9.6)$$

against the model

$$y = \beta_0 + \beta_1 \log(x_1) + \beta_2 \log(x_2) + u, \qquad (9.7)$$

and vice versa. However, these are **nonnested models** (see Chapter 6), and so we cannot simply use a standard $F$ test. Two different approaches have been suggested. The first is to construct a comprehensive model that contains each model as a special case and then