UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATA AIRLINES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-0785-RLY-DML |
| | ) | |
| FEDERAL EXPRESS CORP., | ) | |
| Defendant. | ) | |

**ENTRY FOR JULY 29, 2010**

**RICHARD L. YOUNG, JUDGE**

On July 29, 2010, the parties appeared for the final pre-trial conference. Plaintiff, ATA Airlines, Inc. ("Plaintiff"), appeared by Kenneth E. Broughton, W. Alan Wright, and Alice M. Morical; Defendant, Federal Express Corp. ("Defendant"), appeared by Peter D. Blumberg, M. Kimberly Hodges, and Michael E. Gable. The court heard argument on a number of pending motions, and ruled as follows:

1. Defendant's Motion in Limine to Exclude Evidence and Argument Regarding Lawrence D. Morriss, Jr.'s Expert Opinions and Report (Docket # 110) is **DENIED**;

2. Plaintiff's Motion to Exclude or Limit the Testimony of Howard A. Zandman (Docket # 113) is **UNDER ADVISEMENT**;

3. Defendant's Motion in Limine and Objection to the Expert Testimony of Robert F. Agnew (Docket # 111) is **DENIED as MOOT**;

1

4. Defendant's Motion in Limine to Exclude Evidence or Argument Related to the Size or Wealth of Defendant (Docket # 137) is **GRANTED**;

5. Defendant's Motion in Limine to Exclude ATA's Claim for FY '08 Lost Profits (Docket # 138) is **DENIED**;

6. Defendant's Motion in Limine to Exclude DC-10 Damages (Docket # 139) is **UNDER ADVISEMENT**;

7. Plaintiff's Motion in Limine (Docket # 144) is **GRANTED** with respect to requests number 2 (as to evidence or testimony regarding securities filings), 5, 8, 9, 10, 13, 14, 15, 18, 19, 20, and 28; **DENIED** with respect to requests number 2 (as to evidence that the parties' agreement was two years in duration), 3, 4, 6 (as to damages), 7 (as to damages), 11, 12, 16, and 17; and **UNDER ADVISEMENT** with respect to requests number 1, 21-27; and

8. Defendant's Supplemental Motion in Limine (Docket # 170) is **WITHDRAWN** with respect to request number 1, and **UNDER ADVISEMENT** with respect to request number 2.

**SO ORDERED** this 30th day of July 2010.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

2

Electronic Copies to:

Peter D. Blumberg
FEDERAL EXPRESS CORPORATION
peter.blumberg@fedex.com

Kenneth E. Broughton
HAYNES AND BOONE, LLP
kenneth.broughton@haynesboone.com

Michael E. Gabel
FEDEX LEGAL DEPARTMENT
megabel@fedex.com

M. Kimberly Hodges
FEDEX LEGAL DEPARTMENT
kim.hodges@fedex.com

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Don R. Hostetler
HOOVER HULL LLP
dhostetler@hooverhull.com

Thomas E. Kurth
HAYNES AND BOONE, LLP
thomas.kurth@haynesboone.com

Alice McKenzie Morical
HOOVER HULL LLP
amorical@hooverhull.com

George E. Purdy
BOSE MCKINNEY & EVANS, LLP
gpurdy@boselaw.com

Robert R. Ross
FEDERAL EXPRESS CORPORATION
rrross@fedex.com

W. Alan Wright
HAYNES AND BOONE, LLP
alan.wright@haynesboone.com