UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATA AIRLINES, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-0785-RLY-DML |
| | ) | |
| FEDERAL EXPRESS CORPORATION, | ) | |
|     Defendant. | ) | |

## VERDICT FORM I

### ATA's Breach of Contract Claim

1.  Has ATA proven, by a preponderance of the evidence, that FedEx and ATA had an enforceable contract for long range international passenger business with the FedEx Team for the three-year period from government fiscal year 2007 through government fiscal year 2009?

    Yes ✓        No ____

    If your answer to Question No. 1 is "Yes," proceed to Question No. 2. If your answer to Question No. 1 is "No," proceed to Verdict Form II, FedEx's Counterclaim.

2.  Has ATA proven, by a preponderance of the evidence, that FedEx breached the contract?

    Yes ✓        No ____

1

If your answer to Question No. 2 is "Yes," proceed to Question No. 3. If your answer to Question No. 2 is "No," proceed to Verdict Form II, FedEx's Counterclaim.

3. Has ATA proven, by a preponderance of the evidence, that FedEx's breach was the cause of ATA's damages?

   Yes ✓          No ____

If your answer to Question No. 3 is "Yes," proceed to Question No. 4. If your answer to Question No. 3 is "No," proceed to Verdict Form II, FedEx's Counterclaim.

4. What, if any, lost profits do you award to ATA for fiscal year 2008 (April 3, 2008-September 30, 2008)?

   $ 21,999,470

5. What, if any, lost profits do you award to ATA for fiscal year 2009 (October 1, 2008-September 30, 2009)?

   $ 43,998,941

6. Has FedEx proven, by a preponderance of the evidence, its affirmative defense of mitigation; that is, that some or all of ATA's claimed damages could have reasonably been avoided?

   Yes ____          No ✓

If your answer to Question No. 6 is "Yes," proceed to Question No. 7. If your answer to Question No. 6 is "No," the foreperson should sign and date Verdict Form I.

2

7. How much, if any, should ATA's damage award be reduced for its failure to mitigate?

    $ _____0_____

If you found in favor of ATA on its breach of contract claim in Verdict Form I, the foreperson should sign and date Verdict Form I, and please, do not proceed to Verdict Form II. If you found in favor of FedEx on ATA's breach of contract claim, please proceed to Verdict Form II, FedEx's Counterclaim.

The Foreperson should sign and date the Verdict Form.

[signature redacted]                          10/19/2010
                                              DATE

## VERDICT FORM II

### FedEx's Counterclaim

1. Has FedEx proven, by a preponderance of the evidence, that it had an enforceable contract that required ATA to fly for the FedEx Team through the end of fiscal year 2008 (September 30, 2008)?

    Yes _____    No _____

    If your answer to Question No. 1 is "Yes," proceed to Question No. 2. If your answer to Question No. 1 is "No," the foreperson should sign and date this form.

2. Has FedEx proven, by a preponderance of the evidence, that ATA breached the contract?

    Yes _____    No _____

    If your answer to Question No. 2 is "Yes," proceed to Question No. 3. If your answer to Question No. 3 is "No," the foreperson should sign and date this form.

3. Has FedEx proven, by a preponderance of the evidence, that ATA's breach was the cause of FedEx's damages?

    Yes _____    No _____

    If your answer to Question No. 3 is "Yes," proceed to Question No. 4. If your answer to Question No. 3 is "No," the foreperson should sign and date this form.

4. What, if any, of FedEx's claimed lost expenses do you award as damages? (Please refer to Final Instruction No. 37)

    $ _____

4

The Foreperson should sign and date the Verdict Form.

_____          _____
**SIGNATURE OF FOREPERSON**              **DATE**