UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ATA AIRLINES, INC.,                )
      Plaintiff,                  )
                                   )
  vs.                              )      1:08-cv-0785-RLY-DML
                                   )
FEDERAL EXPRESS CORP.,             )
      Defendant.                  )

**ENTRY ON DEFENDANT'S MOTION FOR NEW TRIAL, A NEW TRIAL ON DAMAGES, OR TO ALTER OR AMEND DAMAGES AWARD**

Defendant, Federal Express Corporation ("FedEx"), moves for a new trial on grounds that the jury's verdict was against the clear weight of the evidence and certain jury instructions and evidentiary rulings were erroneous. FedEx also moves for a new trial limited to damages, or remittitur of the jury's $65,998,411.00 damages award. Pursuant to Federal Rule of Civil Procedure 59, "[t]he court may award a new trial if the verdict is not rationally connected to the evidence, if it is born out of passion and prejudice, or if it is monstrously excessive." *Slane v. Moriah Boats, Inc.*, 164 F.3d 1065, 1067 (7th Cir. 1998) (citing *American Nat'l Bank & Trust Co. of Chicago v. Regional Transp. Auth.*, 125 F.3d 420, 437 (7th Cir. 1997)). Requests for remittitur are reviewed under essentially the same standard as requests for a new trial. *American Nat'l Bank*, 125 F.3d at 437 (citing *Dresser Indus., Inc., Waukesha Engine Div. v. Gradall Co.*, 965 F.2d 1442, 1446 (7th Cir. 1992)).

The court has read and reviewed the parties' submissions, the designated evidence, and the applicable law, and finds that the verdict was not against the clear weight of the evidence, the jury instructions properly instructed the jury as to the applicable law, and the evidentiary rulings were not erroneous. The court further finds ATA's damages expert, Mr. Morriss, employed an appropriate methodology and that his damages analysis properly accounted for all relevant costs and expenses. In sum, the jury's damages award was rationally based upon the evidence and was not monstrously excessive. FedEx's Motion for a New Trial, a New Trial on Damages, or to Alter or Amend Damages Award (Docket # 224) is **DENIED**.

**SO ORDERED** this 19th day of January 2011.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Peter D. Blumberg
FEDERAL EXPRESS CORPORATION
peter.blumberg@fedex.com

Kenneth E. Broughton
HAYNES AND BOONE, LLP
kenneth.broughton@haynesboone.com

Michael E. Gabel
FEDEX LEGAL DEPARTMENT
megabel@fedex.com

M. Kimberly Hodges
FEDEX LEGAL DEPARTMENT
kim.hodges@fedex.com

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Don R. Hostetler
HOOVER HULL LLP
dhostetler@hooverhull.com

Thomas E. Kurth
HAYNES AND BOONE, LLP
thomas.kurth@haynesboone.com

Alice McKenzie Morical
HOOVER HULL LLP
amorical@hooverhull.com

George E. Purdy
BOSE MCKINNEY & EVANS, LLP
gpurdy@boselaw.com

Robert R. Ross
FEDERAL EXPRESS CORPORATION
rrross@fedex.com

W. Alan Wright
HAYNES AND BOONE, LLP
alan.wright@haynesboone.com